| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF TEXAS |
| Case number *(if known)* _____   Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | **Debtor's name** | **Kal Freight Inc.** |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **86-1670249** |
| 4. | **Debtor's address** | **Principal place of business** **10156 Live Oak Ave.** **Fontana, CA 92335** Number, Street, City, State & ZIP Code  **San Bernardino** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **https://kalfreight.com/** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

Debtor **Kal Freight Inc.**  Case number (*if known*)
_____Name_____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __4841__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

| Debtor | **Kal Freight Inc.** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

| List all cases. If more than 1, attach a separate list | Debtor | **See Rider 1** | Relationship | **Affiliate** |
|---|---|---|---|---|
| | District | **Southern District Texas, Houston** | When | |
| | | | Case number, if known | |

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes.  Insurance agency _____
  Contact name _____
  Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**  *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Kal Freight Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/5/2024
            MM / DD / YYYY

X  _/s/ Bradley D. Sharp_   **Bradley D. Sharp**
   Signature of authorized representative of debtor   Printed name

Title   **Chief Restructuring Officer**

**18. Signature of attorney**

X   /s/ Teddy M. Kapur         Date   12/05/2024
    Signature of attorney for debtor              MM / DD / YYYY

**Teddy M. Kapur**
Printed name

**Pachulski Stang Ziehl & Jones LLP**
Firm name

**700 Louisiana Street**
**Susite 4500**
**Houston, TX 77002**
Number, Street, City, State & ZIP Code

Contact phone   713-691-9385       Email address   tkapur@pszjlaw.com

**24046816 TX**
Bar number and State

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 4

**Rider 1 to Voluntary Petition**

On the date hereof, each of the affiliated entities listed below, including the Debtor in this Chapter 11 Case (collectively, the "<u>Debtors</u>"), filed a petition in this Court for relief under chapter 11 of title 11 of the United States Code.

1. Kal Freight Inc.

2. Kal Aviation LLC

3. Kal Partz Inc.

4. Kal Trailers & Leasing Inc.

5. KVL Tires Inc.

# UNANIMOUS WRITTEN CONSENT OF

# THE MEMBERS

# OF THE BOARD OF DIRECTORS

# OF

# KAL FREIGHT INC.

The undersigned, being all of the members of the Board of Directors of KAL Freight Inc., a Texas corporation (the "**Company**"), do hereby consent to and adopt the following recitals and resolutions by written consent in lieu of a meeting:

**WHEREAS,** the continuing liquidity constraints facing the Company have resulted in the Company being unable to pay its debts as they come due and successfully operate its business; and

**WHEREAS,** the Board has reviewed the financial statements and cash flow projections of the Company and evaluated the ability of the Company to cover short-term obligations and pay long-term obligations;

**NOW, THEREFORE, BE IT RESOLVED**, that in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, employees, shareholders, and other stakeholders that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**");

**FURTHER RESOLVED**, that the officers of the Company (each, an "**Authorized Officer**") be, and each of them hereby is, authorized on behalf of the Company to execute, verify and file all petitions, schedules, lists, and other papers or documents, and to take and perform any and all further actions and steps that any such Authorized Officer deems necessary, desirable and proper in connection with the Company's chapter 11 case, with a view to the successful prosecution of such case;

**FURTHER RESOLVED**, that Bradley D. Sharp be, and he hereby is, appointed and confirmed as the Chief Restructuring Officer of the Company, and in such capacity shall be an Authorized Officer, authorized, empowered, and directed, subject to the oversight of the Board, to make decisions with respect to all aspects of the management and operation of the Company's business, including, without limitation, human resources, finance, administration, and oversight and prosecution of the Company's bankruptcy case, and to act on behalf of the Company as otherwise may be set forth in an engagement agreement to be entered into between the Company and the Chief Restructuring Officer, the terms of which are hereby authorized and approved;

**FURTHER RESOLVED**, that the Company's Officers shall report to, be subject to the direction of, and may be terminated by, the Company's Chief Restructuring Officer;

**FURTHER RESOLVED**, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain the law firm of Pachulski Stang Ziehl & Jones LLP ("**PSZ&J**") as bankruptcy counsel to represent and assist the Company in carrying out its duties under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance each Company's rights in connection therewith, and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of PSZ&J;

**FURTHER RESOLVED**, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain Development Specialists, Inc. ("**DSI**") to provide interim management services to the Company, and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of DSI;

**FURTHER RESOLVED**, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain the services of Stretto, Inc. ("**Stretto**"), as claims and noticing agent, effective as of the date the petition is filed, and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Stretto;

**FURTHER RESOLVED**, that the Authorized Officers of the Company be, and hereby are, authorized and directed to employ any other professionals necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and cause to be filed appropriate applications with the bankruptcy court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper;

**FURTHER RESOLVED**, that the Authorized Officers of the Company be, and each of them hereby is, authorized and empowered to obtain post-petition financing according to terms which may be negotiated by the management of the Company, including under debtor-in-possession credit facilities or the use of cash collateral; and to enter into any guaranties and to pledge and grant liens on its assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreement; and in connection therewith, the Authorized Officers of the Company are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements and related ancillary documents;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized on behalf of the Company to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or

2

certificates and to take any and all actions and steps deemed by any such Authorized Officer to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful chapter 11 case, including, but not limited to the development, filing and prosecution to confirmation of a chapter 11 plan and related disclosure statement; and

**FURTHER RESOLVED**, that any and all actions heretofore taken by any Authorized Officer or the directors of the Company in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects.

**IN WITNESS WHEREOF,** the undersigned has executed this Written Consent as of December 4, 2024.

**DIRECTORS**:

_____
Robert H. Warshauer

_____
John T. Young, Jr.

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Kal Freight Inc. |
| United States Bankruptcy Court for the Southern District of Texas (State) | |
| Case number (If known): | |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (on a Consolidated Basis) 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1. | GRANT THORNTON LLP<br>170 N. CLARK STREET<br>SUITE 200<br>CHICAGO, IL 60601<br><br>DENTONS US LLP<br>JESS R. BRESSI, ESQ.<br>4675 MACARTHUR COURT<br>SUITE 12250<br>NEWPORT BEACH, CA 92660 | Jess R. Bressi<br>Tel. 949-241-8967<br>jess.bressi@dentons.com | Professional Services | Unliq. | | | Undetermined |
| 2. | CIMC REEFER TRAILER INC.<br>717 EAST QUARRY ROAD<br>MONON IN 47959 | Jeff Gagnon<br>Tel. 951.656.3402<br>gagnon.cimc@gmail.com | Inventory | | | | $12,732,893.01 |
| 3. | SHAYLA S. DAVIS<br>CAIN LAW OFFICE<br>ANTHONY ALFONSO, ESQ.<br>MONTY L. CAIN, ESQ.<br>10415 GREENBRIAR PLACE<br>SUITE A<br>P.O. BOX892098<br>OKLAHOMA CITY, OK-73189 | Anthony Alfonso, Esq.<br>Monty L. Cain, Esq.<br>Tel. 405.759.7400<br>Email: anthony@cainlaw-oks.com<br>monty@cainlaw-okc.com | Litigation | C,U,D | | | $3,000,000.00 |
| 4. | ALL SOLUTIONS INSURANCE AGENCY<br>22346 ALESSANDRO BLVD.<br>MORENO VALLEY, CA 92553 | Araceli Aguilar<br>Tel. 951.247.2003<br>commercial@allsolins.com | Insurance | | | | $1,317.950.00 |
| 5. | CONTINENTAL TIRE THE AMERICA<br>P.O. BOX 745388<br>ATLANTA GA 30374 | Todd Currier<br>Tel. 704.491.7885<br>Email: Todd.Currier@conti-na.com | Tire Inventory | | | | $1,177,017.40 |

4894-3150-4096.3 47520.00001

Debtor  __Kal Freight Inc._____   Case number (*if known*)_____
           Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6. CARGO SOLUTIONS EXPRESS INC. 14589 VALLEY BLVD. FONTANA, CA 92335 | Tel. 909.350.1644 Email: info@cargosolutionexpress.com | Warehousing | | | | $953,823.00 |
| 7. REEFER SALES & SERVICE 750 Intermodal Drive Brampton ON L6T 0B5 CANADA | John Sheikh Tel. 905.599.9900 Email: john.sheikh@reefersales.com | Inventory | | | | $471,805.00 |
| 8. ZC RUBBER AMERICA, INC 663 BREA CANYON ROAD SUITE #4 WALNUT CA 91789 | Accounting Tel. 909.599.9900 Email: accounting@zcrubberamerica.com | Tire Inventory | | | | $458,729.61 |
| 9. PILOT 6141 US 127 NORTH EATON, OH 45320 | Sales Tel. 937.456.5303 Email: sales@pilottravelcenters.com | Fuel | | | | $458,234.70 |
| 10. SUMITOMO RUBBER NORTH AMERICA 8656 HAVEN AVE. RANCHO CUCAMONGA, CA 91730 | D. Leal Tel. 909.694.3114 Email: dleal@srnatire.com | Tire Inventory | | | | $427,696.85 |
| 11. FERENTINO TIRE USA INC. PO BOX 1028 MARCO ISLAND FL 34145 | Leah Harker Tel. 574 808 9005 Email: LeahHarker@ferentino.com | Tire Inventory | | | | $315,031.61 |
| 12. REXFORD INDUSTRIAL REALTY LP 800 N. HAVEN AVE., SUITE 200 ONTARIO, CA 91764 | R. Rodriguez Tel. 424.324.2489 Email: rrodriguez@rexfordindustrial.com | Rent | | | | $314,592.54 |
| 13. SOUTHERN TIRE MART TULARE WHS #985 837 INDUSTRIAL AVE TULARE, CA 93274 | Accounting Tel. 559.686.5456 Email: accountstatement@stmtires.com | Tire Inventory | | | | $313,643.47 |
| 14. LUCY'S TIRE, INC. 12940 NW SOUTH RIVER DRIVE MEDLEY, FL 33178 | Accounting Tel. 305.593.2028 Email: info@lucystire.com | Tire Inventory | | | | $310,799.22 |
| 15. TYJON HUNTER WILSHIRE LAW FIRM PLC ALIVIA ABREU, ESQ 3055 WILSHIRE BLVD 12TH FLOOR LOS ANGELES CA 90010 | Alivia Abreu, Esq Tel. 213-381-9988 Email: aabreu@wilshirelawfirm.com | Litigation | C,U,D | | | $250,000.00 |
| 16. EFS PO BOX 630038 Cincinnati, OH 45263 | Support Tel. 888.824.7378 Email: support@firstfleetinc.com | Fuel | | | | $206,729.88 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims (on a consolidated basis)    page 2

4894-3150-4096.3 47520.00001

Debtor __Kal Freight Inc._____   Case number (*if known*)_____
      Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 17. | NICHOLAS COONER<br>THE VENTRESS FIRM, P.C.<br>LISA VENTRESS, ESQ<br>1322 SPACE PARK DRIVE<br>SUITE C222<br>HOUSTON, TX 77058 | Lisa Ventress, Esq.<br>Tel. 832.240.4365<br>Email: lisa@theventressfirm.com | Litigation | C,U,D | | | $200,000.00 |
| 18. | GORACHI INC.<br>SYNDER BURNETT EGERER LLP<br>CHRISTOPHER M. COTTER, ESQ.<br>STACEY WALKER, ESQ.<br>5383 HOLLISTER AVENUE SUITE 240<br>SANTA BARBARA CA 93111 | Christopher M. Cotter, Esq.<br>Stacey Walker, Esq.<br>Tel. 805.692.2800<br>Email: ccotter@sbelaw.com<br>swalker@sbelaw.com | Litigation | C,U,D | | | $200,000.00 |
| 19. | US AUTO FORCE<br>P.O. BOX 31001-3012<br>PASADENA CA 91110-3012 | P. Giordano<br>Tel. 909.801.7091<br>Email: PGiordano@usventure.com | Tire Inventory | | | | $194,128.89 |
| 20. | BRIDGESTONE AMERICAS<br>PO BOX 730026<br>DALLAS TX 75373-0026 | Accounting<br>Tel. 512.443.1782<br>Email: BillingServices@bfusa.com | Tires | | | | $156,788.29 |
| 21. | STOUGHTON PARTS SALES, INC.<br>416 S. ACADEMY STREET<br>STOUGHTON WI 53589 | Tel. 800.227.5391<br>Email: stimailer@stoughtontrailers.com | Parts Inventory | | | | $144,526.05 |
| 22. | INTERSTATE BATTERIES<br>3793 DUKE AVE.<br>CLOVIS, CA 93612 | Chan Luong<br>Tel. 559.346.1700<br>chan.long@ibsa.com | Parts Inventory | | | | $141,266.28 |
| 23. | CHINA MANUFACTURES ALLIANCE LL<br>406 EAST HUNTINGTON DRIVE<br>MONROVIA CA 91016 | Lena Lu<br>Tel. 888.226.5250<br>Email: lena.lu@cmaintl.com | Tire Inventory | | | | $139,669.09 |
| 24. | TOPA TIRE INDUSTRIAL<br>51 MCCLOSKEY RD<br>HOLLISTER CA 95023 | Accounting<br>Tel. 209 735 2626<br>Email: accounting@topatire.com | Tire Inventory | | | | $124,888.00 |
| 25. | MAXAM TIRE NORTH AMERICA INC<br>CL 800088<br>PO BOX 55008<br>BOSTON, MA 02205-5008 | Chantal Boganda<br>Tel. 905.595.5558<br>Email: Chantal.Boganda@sailuntires.com | Tire Inventory | | | | $120,176.04 |
| 26. | AMERICAN TIRE DISTRIBUTORS<br>PO BOX 3145<br>HUNTERSVILLE NC 28070-3145 | Rene Liko<br>Tel. 704.992.2000<br>Email: reneliko@atd.com | Tire Inventory | | | | $116,593.09 |

Official Form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims (on a consolidated basis)   page 3
4894-3150-4096.3 47520.00001

Debtor  Kal Freight Inc.
Name

Case number (if known)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 27. 3G SILLECT PARTNERS, LP<br>21192 BRETON LANE<br>HUNTINGTON BEACH CA 92646 | Jon Gergen<br>Tel. 714.651.7757<br>email: Johnr@asuassiates.com | Property Rent | | | | $104,142.54 |
| 28. DONALDSON COMPANY INC<br>PO BOX 207356<br>DALLAS TX 753207356 | Kathleen Libett<br>Brian Bedsford<br>Karie Henderson<br>Tel. 1.952.703.4997<br>Email:<br>kathleen.libett@donaldson.com;<br>brian.beresford@donaldson.com;<br>karie.henderson@donaldson.com | Parts Inventory | | | | $103,714.85 |
| 29. LINGLONG AMERICAS, LLC<br>1484 MEDINA ROAD<br>SUITE 118<br>MEDINA OH 44256 | Qian Sun<br>Tel. 330 952 3553<br>Email: qian_sun@linglong.cn | Tire Inventory | | | | $101,689.99 |
| 30. RUSH TRUCK CENTER<br>INTERSTATE BILLING SERVICE INC<br>P.O. BOX 2208<br>DECATUR AL 35609 | J. Guevara<br>Tel. 800.359.1639<br>Email: guevaraj@rushenterprises.com | Parts Inventory | | | | $99,210.40 |

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>Kal Freight Inc.,<br><br>Debtor. | Chapter 11<br><br>Case No. 24-\_\_\_\_\_ (\_\_\_)<br><br>(Joint Administration Requested) |

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned authorized officer of the above-captioned Debtor, certifies that the following is a corporation other than the Debtor, or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1.

☒ None [*check if applicable*]

    Name:
    Address:

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>Kal Freight Inc.,<br><br>Debtor. | Chapter 11<br><br>Case No. 24-_____ (___)<br><br>(Joint Administration Requested) |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case:

| Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| Kalvinder Singh | 10156 Live Oak Ave.<br>Fontana, CA 92335 | 100% |

4894-3150-4096.3 47520.00001

**Fill in this information to identify the case:**

Debtor name   **Kal Freight Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■ Other document that requires a declaration    **Corporate Ownership Statement and List of Equity Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/5/2024   x _____
Signature of individual signing on behalf of debtor

**Bradley D. Sharp**
Printed name

**Chief Restructuring Officer**
Position or relationship to debtor