23

**Exhibit 1**
*Curriculum Vitae of Independent Directors*

**ROBERT H. WARSHAUER**
8680 Empire Club Drive, Unit # 5,
P.O. Box 211, Park City, Utah 84060
914 552-2600 - robertwarshauer@gmail.com

## Work Summary

Mr. Warshauer is an experienced, consensus building executive with 35 years of unique operational, financial and investment banking expertise with both public and private companies in a wide range of industries. Mr. Warshauer has worked with boards of directors, management teams and creditors on all aspects of capital markets transactions, including restructurings, refinancings and M&A

**BLST Holdings, LLC dba Bluestem Brands, Eden Prairie, MN**, Chief Executive Officer, February 2020 - Present
- Fingerhut a long standing billion dollar fintech, fusing data modeling and data analytics through machine learning to provide flexible payment options for our valued customers to establish, build or rebuild credit through purchases of national brand merchandise
- Orchard Brands through distinctive labels offers a large selection of private label merchandise through E-Commerce and catalog mailings.

**Imperial Capital, LLC, New York, NY,** Managing Director – April 2008 - June 2020
Head Investment Banking – New York & Co-Head National Restructuring Advisory Practice
- Provide capital markets and financial advisory services to companies, boards and creditors on refinancings, restructurings, recapitalizations and acquisitions across a variety of industries
- Unique combination of investment banking expertise and operational performance improvement experience to provide a broader range of services to large and middle market companies

**Kroll Zolfo Cooper, New York, NY,** Managing Director – April 2007 - April 2008
- Provided operational improvement, cost reduction, merger & acquisition, interim CEO management and capital market advisory services to public and private clients

**Lighting Science Group Corporation, Dallas, TX (NASDAQ: LSCG)**
President & Member of the Board of Directors – March 2006 - March 2007
Investment Banker to the Company (client of Giuliani Capital) – February 2005 - March 2006
- Coordinated new capital raising programs, Asian manufacturing and operational improvements, and the ultimate sale of the company to a leading private equity group

**Ernst & Young LLP and Affiliated Companies –** 1985 - 2006
**Ernst & Young LLP, New York, San Francisco, Los Angeles,** Partner – 1985 - 1999
- Negotiated spin-off transactions to create Giuliani Capital Advisors and EY Corporate Finance
- Negotiated restructurings, acquisitions and capital raising efforts on behalf of clients across many industries including manufacturing, retail/consumer, airlines, energy, technology and telecom

**Ernst & Young Corporate Finance LLC, New York, NY**
- Senior Managing Director, Member of the Board of Managers – 1999 - 2004

**Giuliani Capital Advisors LLC, New York, NY (Successor Company to Ernst & Young Corporate Finance)**
- Senior Managing Director and Member of the Board of Managers – November 2004 - August 2006

**W.R. Grace Inc., New York, NY** Senior Financial Analyst – 1983 - 1985

**Price Waterhouse, New York/Stamford CT,** Senior Accountant and Certified Public Accountant – 1980 - 1983

**Board of Director and Executive Management Positions**

**BC Partners, New York** – a leading Private Equity and Credit investment firm with over $50 Billion in assets
    **BC Partners Specialty Lending, Inc, NY & London,** Board of Directors 2018 - Present
- Chair of the Audit Committee and Independent Director of this business development investment company

    **Portman Ridge Finance Corp., Inc. NY,** (NASDAQ:PTMN) Board of Directors 2019 - Present
- Chair of the Audit Committee and Independent Director of this publicly traded BDC, successor entity of KCAP (NASDAQ:KCAP), Kohlberg & Company's specialty lending vehicle

    **Logan Ridge Finance Corp, Inc. NY,** (NASDAQ:LRFC) Board of Directors 2021 - Present
- Chair of the Audit Committee and Independent Director of this closed-end investment company

    **Alternative Credit Income Fund** & **Opportunistic Credit Income Fund**, **NY,** Independent Trustee
- Chair of the Audit Committee of these specialized interval funds 2021 – Present

**Horizon Maritime Holdings. New Foundland, Canada,** Board of Directors April 2024 - Present
- Leading provider of vessels and offshore maritime services for harsh weather and deep water environments in Canada, Norway and around the globe

**Chicken Soup for the Soul Entertainment, CT, (**NASDAQ:CSSE) Independent Director, May 2024 - July 2024
- Publicly traded entertainment and media company as a premium provider of ad-supported video-on-demand, owner of 50,000 content titles and 29,000 retail video kiosks

**Cognition Financial Co. Boston, MA,** Board of Directors April 2023 - October 2023
- Leading private student loan lending, financing and servicing company

**Icon Parking Holdings, LLC, New York, NY,** Independent Board of Directors June 2020 - April 2023
- Largest parking garage company in Manhattan operating under the Icon and Quick Park brands

**Powermat Technologies, Inc. Tel Aviv, Israel,** Board of Directors June 2020 - October 2022
- Global provider of wireless charging platforms to consumers worldwide

**Redbox Entertainment, Inc, New York, NY,** (NASDAQ:RDBX) Board of Directors April 2022 - July 2022
- Leading video on-demand streaming and video rental company

**Global Knowledge Inc, Cary, NC,** Independent Board of Directors June 2020 - 2021
- World's leading technology skills training provider, supporting major tech enterprises & professionals

**MD America Energy, LLC, Ft Worth, Texas,** Chairman Board of Directors April 2020 - December 2020
- Oil and gas operating company engaged in the acquisition, development, exploitation and production of crude oil and natural gas properties in East Texas with over $1 Billion invested

**LBI Media** (dba Estrella Media), **Los Angeles, CA** Board of Directors 2019 - 2021
- Leading vertically integrated, multi-platform, Spanish language TV and radio media company

**Element Power Holdings & Greenlink Interconnect, Dublin, Ireland,** Board of Directors 2019 - 2021
- Clean energy technology solutions throughout Europe and South America

**STG Group, Inc., Washington, D.C.,** Chairman Board of Directors 2017 - 2018
- Provides cyber security, network intrusion detection, access control, and risk assessment services to US Defense and National Security Agencies including the NSA, CIA, FBI, Army, Navy, etc.

**UniTek Global Services, Blue Bell, PA (NASDAQ: UNTK),** Board of Directors 2015 - 2018
- Fully-integrated solutions provider, offering systems integration to cable, satellite carriers

**Heartland Automotive, Dallas, TX,** Interim President & CEO 2014 - 2015, Board of Directors 2015 - 2016
- Operator of over 500 Jiffy Lube locations in 23 states with 5,500 employees

**Coyne Textile Services, Syracuse, NY**, Board of Directors 2010 - 2011
- Uniform rental, industrial products and business services company

**Shred-it International, Inc., Toronto, Canada**, President & Chief Executive Officer 2007 - 2009
- International document management company with 2,500 employees operating in 16 countries through company owned and franchised lcoations throughout the world

In addition, Mr. Warshauer has served as Board Observer for **Quicken, Inc**. and **Cedar Electronics, Inc.**

**Professional and Affiliations**
Global M&A Network - Atlas M&A & Restructuring Award Winner
American Bankruptcy Institute – Former Board of Directors & Nominating Committee
American Institute of Certified Public Accountants & New York State Society of CPAs
Frequent speaker at conferences and quoted in business publications on capital markets and restructurings

**Education**
New York University – MBA Degree in Finance
Bucknell University – BSBA Degree in Business and Accounting
NASD Representative – Series 7, 24 and 63
Certified Public Accountant – New York State (Non-Practicing)

# John T. Young, Jr.

Neinda Advisors LLC<br>
Mobile:  +1 713 955 9800<br>
John.Young@Neinda.com

## Overview

John Young is a leader with unique qualifications stemming from 25 years of governance, executive and advisory experience in special situations.  His expertise has been deployed by key constituents across the capital structure in both in-court and out-of-court restructurings. Mr. Young has conducted time and issue sensitive board investigations and provided expert testimony in significant business and corporate bankruptcy cases, with a focus on valuation and solvency-related issues. In addition to holding multiple professional accreditations, he maintains an active CPA license and meets the qualifications of an audit committee financial expert.

## Governance Roles (Representative)

**Talis Biomedical Corporation (NASDAQ: TLIS), Independent Director, Audit Committee Chair**
Serve as independent director and responsible for independent oversight of a pending class-action securities fraud litigation against the company and its directors. *In re Talis Biomedical Sec. Litig., No. 1:22-cv-00105-SI (N.D. Cal.)*

**Chicken Soup for the Soul Entertainment (NASDAQ: CSSE), Independent Director**
Recently served as an independent director and member of the board's Strategic Review Committee.  The independent director role was determined necessary to address concerns surrounding insider conflicts and related party transactions.

**CANarchy, Independent Director**
Served as independent director through a series of transactions resulting in the company's February 17, 2022, sale to Monster Beverage Corporation (NASDAQ: MNST).  Role involved independent oversight of transactions including management of 'fairness' analysis.

**Echo Energy Partners I, LLC, Independent Director**
Served as independent director through the consummation of a restructuring transaction resulting in the free and clear sale of assets to Red Bluff Resources, LLC.

**Oak Ridge Natural Resources and Pinedale Energy Partners, Independent Director**
Served as independent director through a transaction of Pinedale Energy Partners to UP Energy, LLC.  Role involved leading negotiations with secured lenders and negotiating relief from minimum volume commitments in connection with an uneconomic natural gas midstream agreement.

**Frontera Holdings LLC, Investigations Expert**
Retained on behalf of the Disinterested Managers to conduct investigations in connection with intercompany transactions and other transactions and investment decisions among subsidiaries within parallel investment structures.

**Sheridan Holding Company I, LLC, Investigations Expert**
on behalf of the independent directors to conduct investigations into the reasonableness of management fees and expense allocations across parallel investment structures, evaluate transactions across various funds and investment vehicles, and perform solvency analysis to determine the potential basis for fraudulent transfer litigation.

## Interim Management Positions (Representative)

**Gold Standard Baking, Chief Restructuring Officer (Bankr. D. Del. Case No. 22-10559)**
Managed multi-year restructuring of a commercial bakery following a loss of workforce resulting from the employment of undocumented workers.  Created significant value through the renegotiation of key contracts which were later monetized as part of a sale of one of the business units.  Subsequently identified multiple opportunities to restructure the remaining business and ultimately arranged an assignment of the first-lien debt to an investor group that included management.  The assigned debt was equitized through a Chapter 11 process, creating a de-levered going concern and preserving approximately 300 jobs.

**Ravn Air Group, Chief Restructuring Officer (Bankr. D. Del. Case No. 20-10755)**
Retained in April 2020 at the height of COVID-19 lockdowns, managed the suspension of operations, de-levering and restructuring of RavnAir, the leading provider of passenger, mail, freight and medical flight services to rural Alaska.  Through Chapter 11, managed the liquidation and de-levering process while identifying a financial partner to take assignment of the FAA Part 121 and Part 135 certificates

**Delta Petroleum (NASDAQ: DPTR), Chief Restructuring Officer  (Bankr. D. Del. Case No. 11-14006) &**
**Par Petroleum (NYSE: PARR), Chief Executive Officer**
Managed a multi-year restructuring process following the company's investment of over $1.4 billion in failed exploratory oil and gas wells.  Following a failed sale process, managed a restructuring of the balance sheet centered around a $1.4 billion IRC §382(l)(5) qualifying NOL.  Following the restructuring of the business, the role continued as interim Chief Executive Officer charged with identifying and acquiring appropriate assets allowing use of the NOL carryforward, including trading operations and a refinery in the Hawaiian Islands.

# John T. Young, Jr.

### Interim Management Positions (Continued)

| Interim Management (Representative) | Mandate | Venue | Case No. | Petition Date |
|---|---|---|---|---|
| Remora Petroleum LP | Chief Restructuring Officer | Bankr. S.D. Tex. | 20-34037 | 08/12/20 |
| Trinity River Resources, LP | Independent Manager | Bankr. W.D. Tex. | 16-10472 | 04/21/16 |
| Saratoga Resources Inc. | Chief Restructuring Officer | Bankr. W.D. La. | 15-50748 | 06/18/15 |
| Buccaneer Resources, LLC | Chief Restructuring Officer | Bankr. S.D. Tex. | 14-60041 | 05/31/14 |
| Marcus Oil & Chemical | Chief Restructuring Officer | Bankr. S.D. Tex. | 11-36020 | 07/12/11 |
| Scotia Pacific Company LLC | Chief Financial Officer / Debtor Advisor | Bankr. S.D. Tex. | 07-20027 | 01/18/07 |
| Suja Life, LLC | Chief Restructuring Officer | Out of Court | | |
| Saguaro Power Company | Chief Restructuring Officer | Out of Court | | |

### Litigation and Expert Testimony (Representative)

**In re EB Holdings II, Inc. and QXH II, Inc. v. Illinois National Insurance Company, et al. Case No. 2:20-cv-02248-JCM-NJK, United States District Court for the District of Nevada**

Testifying expert retained by counsel to EB Holdings (Ecobat) to provide an expert report and testimony in support of damage theories and quantification of damages.

**In re Sanchez Energy Corporation, et al., Debtors, No. 19-34508 (MI), United States Bankruptcy Court for the Southern District of Texas**

Testifying expert retained by counsel to the Ad Hoc Group of Senior Secured Noteholders and DIP Lenders and the DIP Agent to provide testimony in connection with lien-related litigation and ancillary issues including fraudulent transfer, valuation methodology and diminution of value.

**In re Diamond Offshore Drilling Inc, et al., Debtors, No. 20-32307 (DRJ), Adv. Pro. No. 21-03010, United States Bankruptcy Court for the Southern District of Texas**

Testifying expert retained by counsel to defendants EFS BOP, LLC, Hydril USA Distribution LLC and General Electric Company (GE) to provide damage analysis and testimony in connection with contract rejection damages and cure/assumption negotiations.

### Restructuring Advisory Matters (Representative)

| Chapter 11 Restructuring Case | Client | Venue | Case No. | Petition Date |
|---|---|---|---|---|
| Foresight Energy LP | Secured Lender | Bankr. E.D. Mo. | 20-41308 | 03/10/20 |
| Knight Energy Holdings, LLC | Secured Lender | Bankr. W.D. La. | 17-51014 | 08/08/17 |
| Atinum MidCon I, LLC | Secured Lender | Bankr. S.D. Tex. | 16-33645 | 07/22/16 |
| Triangle USA Petroleum Corporation | Secured Lender | Bankr. D. Del. | 16-11566 | 06/29/16 |
| Rockall Energy Holdings LLC | Official Committee of Unsecured Creditors | Bankr. N.D. Tex. | 22-90000 | 03/09/22 |
| Tilden Marcellus LLC | Official Committee of Unsecured Creditors | Bankr. W.D. Pa | 22-20212 | 02/04/22 |
| Rockdale Marcellus, LLC | Official Committee of Unsecured Creditors | Bankr. W.D. Pa | 21-22080 | 09/21/21 |
| Limetree Bay Services, LLC | Official Committee of Unsecured Creditors | Bankr. S.D. Tex. | 21-32351 | 07/12/21 |
| Agilon Energy Holdings II LLC | Official Committee of Unsecured Creditors | Bankr. S.D. Tex. | 21-32156 | 06/27/21 |
| Gulfport Energy Corporation | Official Committee of Unsecured Creditors | Bankr. S.D. Tex. | 20-35562 | 11/13/20 |
| Fieldwood Energy LLC | Official Committee of Unsecured Creditors | Bankr. S.D. Tex. | 20-33948 | 08/03/20 |
| Sable Permian Resources LLC | Official Committee of Unsecured Creditors | Bankr. S.D. Tex. | 20-33193 | 06/25/20 |
| Whiting Petroleum Corporation | Official Committee of Unsecured Creditors | Bankr. S.D. Tex. | 20-32021 | 04/01/20 |
| Southland Royalty Company, LLC | Official Committee of Unsecured Creditors | Bankr. D. Del. | 20-10158 | 01/27/20 |
| Alta Mesa Resources, Inc. | Official Committee of Unsecured Creditors | Bankr. S.D. Tex. | 19-35133 | 09/11/19 |
| PES Holdings, LLC | Official Committee of Unsecured Creditors | Bankr. D. Del. | 19-11626 | 07/21/19 |
| White Star Petroleum Holdings, LLC | Official Committee of Unsecured Creditors | Bankr. D. Del. | 19-11179 | 05/28/19 |
| ONE Aviation Corporation | Official Committee of Unsecured Creditors | Bankr. D. Del. | 18-12309 | 10/09/18 |
| R.E. Gas Development, LLC | Official Committee of Unsecured Creditors | Bankr. W.D. Pa. | 18-22032 | 05/18/18 |
| Erin Energy Corporation | Official Committee of Unsecured Creditors | Bankr. S.D. Tex. | 18-32106 | 04/25/18 |
| Cobalt International Energy | Official Committee of Unsecured Creditors | Bankr. S.D. Tex. | 17-36709 | 12/14/17 |
| CJ Holding Co. | Official Committee of Unsecured Creditors | Bankr. S.D. Tex. | 16-33590 | 07/20/16 |
| LINN Energy, LLC | Official Committee of Unsecured Creditors | Bankr. S.D. Tex. | 16-60040 | 05/11/16 |

# John T. Young, Jr.

**Creditor Trust Roles (Representative)**

**Ravn Air Group Liquidating Trust, Liquidating Trustee (Bankr. D. Del. Case No. 20-10755)**
Responsible for leading the liquidation of aircraft, aircraft parts, real estate, tooling, and ground equipment and also prosecuting litigation for the benefit of both secured and unsecured creditors. Additional responsibilities involved the collection of disputed receivables from the U.S. Postal Service and other governmental entities. The liquidation process resulted in recoveries to both secured and unsecured creditors that significantly exceeded plan projections.

**CJ Holding Co, Unsecured Claims Representative (Bankr. S.D. Tex. Case No. 16-33590)**
Designee under the plan of reorganization responsible for representing the interests of approximately $1.3 billion of unsecured creditor claims. The role involved leadership over certain claims litigation, liquidation of public warrants designated for the benefit of unsecured creditors, and oversight involvement over the debtor's post-confirmation activities through consent and consultation rights. After a six-year process, the distributions to unsecured creditors exceeded confirmation date estimates by approximately 35%.

**LINN Energy, LLC, LINN Creditor Representative (Bankr. S.D. Tex. Case No. 16-60040)**
Designee under the plan of reorganization responsible for representing the interests of holders of allowed general unsecured claims. The seven-year process involved extensive litigation in connection with over $15 billion of disputed claims. With consent and consultation rights, the role required significant participation in settlements and other actions of the debtors which influenced recoveries to unsecured creditors. The LINN Energy Chapter 11 matter was one of the largest energy cases filed with funded debt exceeding $7 billion.

**Delta Petroleum General Recovery Trust and Wapiti Recovery Trust, Trustee (Bankr. D. Del. Case No. 11-14006)**
Responsible for oversight of two trusts stemming from the Delta Petroleum Chapter 11 cases. The Wapiti trust was funded to prosecute fraudulent transfer claims against Wapiti Oil and Gas and the general recovery trust was funded to prosecute claims objections.

**Houston Regional Sports Network, Disbursing Agent (Bankr. S.D. Tex. 13-35998)**
Selected by stipulation between the Houston Rockets NBA team, the Houston Astros MLB team, and Comcast Corporation to serve as Disbursing Agent empowered to prosecute claim objections, negotiate compromises and settlements of claims, and oversee plan distributions in connection with allowed claims.

**International and Cross-border Experience (Representative)**

**Fellow of INSOL International (2024)**, INSOL International is the global federation of national associations of accountants and lawyers specializing in turnaround and insolvency, with approximately twenty Fellows inducted each year. The Fellows program serves as the highest recognition of international insolvency qualifications.

**Buccaneer Resources, LLC and Buccaneer Energy Ltd. (ASX: BCC), Chief Restructuring Officer**
Led restructuring of Australia-listed oil and gas exploration business through a US Chapter 11 with recognition as a foreign main proceeding in Australia under UNCITRAL Model Law on Cross-Border Insolvency. The Buccaneer restructuring is the first instance of the Australian courts recognizing a Center of Main Interest (COMI) beyond the country of incorporation and then granting recognition of a US Chapter 11 plan under Model Law.

**Confidential Client – $6 Billion Infrastructure Project in the Cooperative Republic of Guyana, Restructuring Advisor**
Retained to serve as restructuring advisor to a confidential infrastructure project in Guyana to advise on managing exposure to various risks including the project's lead EPC contractor seeking protections under a UK Scheme of Arrangement and a Dutch WHOA. One of the many responsibilities of the advisory mandate involved leading discussions with the EPC's executive management team and working with client executives on the development of contingency plans related to the restructuring of the EPC.

**Cobalt International Energy (NYSE: CIE), Restructuring Advisor**
Served as financial advisor to the Official Committee of Unsecured Creditors which included the indenture trustee of funded unsecured debt of $1.4 billion. Insolvency was tied directly to a failed sale process of its Angolan assets resulting from a contract breach by Sonangol, the state oil company of the Republic of Angola. Cobalt subsequently commenced a Chapter 11 process to facilitate negotiations with Sonangol and to conduct a sale process of its U.S. Gulf of Mexico assets. As lead restructuring advisor for creditors, engineered negotiating leverage contributing to incremental recovery from Sonangol of $350 million.

**Hudson Advisors, Seoul, Republic of Korean**
Provided analytical support to Lone Star Opportunity Funds' multibillion-dollar investments in Korea during the Asian financial crisis of the late 1990s.

# John T. Young, Jr.

## Primary Employment History

**2024 — Present**  **Neinda Advisors LLC, Managing Partner**
Boutique advisory practice offering fiduciary oversight services to organizations facing governance challenges in complex situations.

**2008 — 2024**  **Riveron Consulting, as acquirer of Conway MacKenzie, Senior Managing Director**
Founder of Houston restructuring practice with responsibility for leading approximately 100 professionals and oversight of practice growth.  Developed service offerings including Debtor Restructuring Advisory and Interim Management, Secured Creditor Advisory, Unsecured Creditor Advisory, Litigation and Expert Testimony, and Fiduciary Services.  Successfully developed one of the leading restructuring practices across the industry.

**2000 — 2008**  **XRoads Solutions Group, Principal**
Developed foundational restructuring and turnaround management skills supporting well-known industry leaders on mid-market and large-cap Chapter 11 matters.  Eventually tasked with relocating to Houston to develop and lead the firm's Houston office.  Supported key roles in the Chapter 11 cases of PSINet, Winn-Dixie Stores, MCI WorldCom and led the restructuring of Pacific Lumber and Scotia Pacific (PALCO & SCOPAC).

**1998 — 2000**  **Hudson Advisors, Analyst**
Provided analytical support to Lone Star Opportunity Funds' multibillion-dollar investments in the Republic of Korea during the Asian financial crisis of the late 1990s.

**1997 — 1998**  **KPMG Peat Marwick LLP, Assurance Services, Associate**

## Honors, Professional Licenses and Accrediting Institutions

**Accountancy**  **Certified Public Accountant (CPA), Texas**
*Texas State Board of Public Accountancy,* and the *American Institute of Certified Public Accountants*
**Certification in Financial Forensics (CFF)**
*American Institute of Certified Public Accountants*

**Restructuring**  **Certified Insolvency and Restructuring Advisor (CIRA)**
*Association of Insolvency & Restructuring Advisors*
**Certified Turnaround Professional (CTP)**
*Turnaround Management Association*

**Valuation**  **Accreditation in Business Valuation (ABV)**
*American Institute of Certified Public Accountants*
**Certification in Distressed Business Valuation (CDBV)**
*Association of Insolvency & Restructuring Advisors*

**International**  **INSOL Fellow**
*Insol International; Global federation of accountants and lawyers specializing in cross-border restructuring.*

## Recent Speaking Engagements and Interviews

**VALCON 2022**, May 2022, *Reorganization Value, § 363 Value, and the Games People Play*
**Reorg Research**, January 2022, *Bankruptcy Industry Update:  2022 Outlook*
**American Bar Association**, October 2020, *Chapter 22s of Oil and Gas Debtors: Why is it Happening and What are they Doing They Didn't Do the First Time?*

## Education

Master of Business Administration, Baylor University, 1997

Bachelor of Business Administration, Baylor University, 1995