| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 24-90614 (CML) |
|---|---|---|---|
| Debtor |  | In Re: | Kal Freight Inc., et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Fan B. He<br>White & Case LLP<br>200 South Biscayne Blvd., Suite 4900<br>Miami, FL 33131-2352<br>(305) 371-2700; fhe@whitecase.com<br>Florida State Bar, No. 95597 |
|---|---|

| Name of party applicant seeks to appear for: | Vanguard National Trailer Corp. and CIMC Reefer, Inc. |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔____<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated: 12/6/2024 | Signed: /s/ Fan B. He |
|---|---|

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: | Clerk's signature: |

**Order**      **This lawyer is admitted *pro hac vice*.**

Dated: _____    _____
                                                                                    United States Bankruptcy Judge