United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 06, 2024
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT　　　　SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 24-90614 (CML) |
|---|---|---|---|
| Debtor | In re: | Kal Freight Inc. | |

This lawyer, who is admitted to the State Bar of ___New York and Illinois___

| | |
|---|---|
| Name | Gregory V. Demo |
| Firm | Pachulski Stang Ziehl & Jones LLP |
| Street | 780 Third Avenue, 34th Floor |
| City & Zip Code | New York, NY 10017 |
| Telephone | 212.561.7700 |
| Licensed: State & Number | NY 5371992, IL 6296209 |

Seeks to appear as the attorney for this party:

| Kal Freight Inc., et al. | |
|---|---|
| Dated: December 4, 2024 | Signed: */s/ Gregory V. Demo* |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
|---|
| Dated: _____ Signed: _____ Deputy Clerk |

### Order

This lawyer is admitted *pro hac vice*.

Signed: December 06, 2024

_____
Christopher Lopez
United States Bankruptcy Judge