**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>Kal Freight Inc., *et al.*,<br><br>　　　　　　　　　Debtors.[1] | Chapter 11<br><br>Case No. 24-90614 (CML)<br><br>(Jointly Administered) |

## STIPULATION FOR INTERIM RELIEF FROM THE AUTOMATIC STAY

Wells Fargo Equipment Finance, Inc. and Wells Fargo Bank, National Association (collectively, "Wells Fargo") and the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby enter into this stipulation (this "Stipulation") in regard to the *Joint Motion for Relief from the Automatic Stay* [Docket No. 138] filed by Wells Fargo on December 12, 2024 (the "Motion") regarding certain trucks, trailers, and attached refrigeration equipment for which Wells Fargo provided secured financing (collectively, the "Equipment").

## RECITALS

A.　　The Motion is set for hearing before the Bankruptcy Court at 10:00 a.m. on January 7, 2025 and seeks relief from the automatic stay with regard to all of the Equipment or, alternatively, requests adequate protection for the Debtors' continued possession and use thereof.

---

[1]　The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification numbers, are:  KAL Freight Inc. (0249); KAL Aviation LLC (2600); KAL Partz Inc. (0139); KAL Trailers & Leasing Inc. (0840); and KVL Tires Inc. (0320).  The location of the Debtors' service address in these Chapter 11 cases is 10156 Live Oak Ave., Fontana, CA 92335.

**Stipulation – Page 1**

4918-8565-9144.2 47520.00002

B.      Wells Fargo and the Debtors are engaged in discussions in regard to adequate protection of the Equipment.  However, the Debtors have determined that several units of Equipment will not be necessary for their reorganization and Wells Fargo has requested that the Debtors promptly surrender possession of these units so that Wells Fargo may dispose of them in accordance with the provisions of the relevant loan agreements and the Uniform Commercial Code.

C.      The parties have agreed to limited, interim relief from the automatic stay in favor of Wells Fargo in regard to the Motion.

**ACCORDINGLY, THE PARTIES DO HEREBY STIPULATE AS FOLLOWS:**

1.      Upon entry of this Stipulation, the Debtors shall surrender possession of the following units of Equipment (the "Surrendered Units") to Wells Fargo or its agents:

| | |
|---|---|
| Truck | 1XPBD49X1PD804104 |
| Dry Van | 5V8VC5320PM307529 |
| Dry Van | 5V8VC532XPT306751 |
| Dry Van | 5V8VC5321PT306752 |
| Dry Van | 5V8VC5325PT306754 |
| Dry Van | 5V8VC5327PT306755 |
| Dry Van | 5V8VC5329PT306756 |
| Dry Van | 5V8VC5320PT306757 |
| Dry Van | 5V8VC5322PT306758 |

2.      The Debtors shall reasonably cooperate with Wells Fargo's agents with regard to the physical removal of the Surrendered Units, the turnover of any maintenance records and titles pertaining thereto, and disclosure of the location of the Surrendered Units.

3.      The automatic stay under 11 U.S.C. § 362(a) shall be terminated with respect to the Surrendered Units to permit Wells Fargo to take possession and to dispose thereof.

4.      Nothing herein shall prejudice or diminish the other relief sought by Wells Fargo pursuant to the Motion, nor prejudice or diminish the Debtors' objections and defenses thereto, and all such matters are reserved for determination by the Bankruptcy Court at the hearing on the Motion.

*[Remainder of page intentionally left blank]*

4918-8565-9144.2 47520.00002                                   3

Stipulated and agreed as of December 19, 2024:

**PALMER LEHMAN SANDBERG, PLLC**

*/s/  Larry Chek*
Larry Chek
State Bar No. 04174650
8350 N. Central Expressway,
Suite 1111
Dallas, Texas  75206
Telephone:  (214) 242-6444
Facsimile:  (214) 265-1950

ATTORNEYS FOR WELLS FARGO EQUIPMENT FINANCE, INC. AND WELLS FARGO BANK, NATIONAL ASSOCIATION

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Teddy M. Kapur*
Teddy M. Kapur (SBT 24046186)
Maxim B. Litvak (SBT 24002482)
Benjamin L. Wallen (SBT 24102623)
700 Louisiana Street, Suite 4500
Houston, TX  77002
Telephone (713) 691-9385
Facsimile:  (713) 691-9407
tkapur@pszjlaw.com
mlitvak@pszjlaw.com
bwallen@pszjlaw.com

ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION

**The foregoing Stipulation is hereby approved by the Court:**

Dated: