Electronic Appearance Sheet

Trinitee Green, Polsinelli PC
Client(s): FRIND-Aerotropolis, LLC

Larry Chek, Palmer Lehman Sandberg PLLC
Client(s): Wells Fargo Equipment FInance, Inc. and Wells Fargo Bank, N.A.

Teddy Kapur, Pachulski Stang Ziehl & Jones LLP
Client(s): Debtors' Counsel

Richard Pachulski, Pachulski Stang Ziehl & Jones LLP
Client(s): Debtors' Counsel

Steven Golden, Pachulski Stang Ziehl & Jones LLP
Client(s): Debtors' Counsel

Gregory Demo, Pachulski Stang Ziehl & Jones LLP
Client(s): Debtors' Counsel

Benjamin Wallen, Pachulski Stang Ziehl & Jones LLP
Client(s): Debtors' Counsel

Robert Stark, Brown Rudnick, LLP
Client(s): Official Committee

Bennett Silverberg, Brown Rudnick, LLP
Client(s): Official Committee

Steven Levine, Brown Rudnick, LLP
Client(s): Official Committee

Shari Dwoskin, Brown Rudnick, LLP
Client(s): Official Committee

Kenneth Aulet, Brown Rudnick, LLP
Client(s): Official Committee

Katie Spewak, Bryan Cave Leighton Paisner LLP
Client(s): XTRA Lease

Robert Stark, Brown Rudnick
Client(s): Committee of Unsecured Creditors

Bennett Silverberg, Brown Rudnick
Client(s): Committee of Unsecured Creditors

Frances Smith, Ross, Smith & Binford, PC
Client(s): Flushing Bank

Electronic Appearance Sheet

Theresa Driscoll, Moritt Hock & Hamroff
Client(s): Flushing Bank

Larry  Chek, Palmer Lehman Sandberg PLLC
Client(s): Wells Fargo Equipment FInance, Inc. and Wells Fargo Bank, N.A.

Kim Gage, Cooksey, Toolen, Gage, Duffy & Woog
Client(s): Daimler Truck Financial Services USA LLC

Trey Wood, Bracewell LLP
Client(s): Simmons Bank, secured creditor and party in interest

Joseph Coleman, Kane Russell Coleman and Logan PC
Client(s): Official Unsecured Creditors Committee

Matthew Lewis, White & Case
Client(s): Vanguard National Trailer Corporation

Richard Pachulski, Pachulski Stang Ziehl & Jones LLP
Client(s): Counsel to Debtors

Benjamin Wallen, Pachulski Stang Ziehl & Jones LLP
Client(s): Counsel to Debtors

Max Litvak, Pachulski Stang Ziehl & Jones LLP
Client(s): Counsel to Debtors

Teddy Kapur, Pachulski Stang Ziehl & Jones LLP
Client(s): Counsel to Debtors

Steven Golden, Pachulski Stang Ziehl & Jones LLP
Client(s): Counsel to Debtors

Bill Smelko, Procopio, Cory, Hargreaves & Savitch, LLP
Client(s): Sikander and Dharminder Randhawa

Frances Smith, Ross, Smith & Binford, PC
Client(s): Flushing Bank

Mark Platt, Frost Brown Todd LLP
Client(s): Premier Trailers, LLC

Jared Roach, Reed Smith LLP
Client(s): Mitsubishi Capital; Truist Equipment Finance, Fifth Third Bank

James Grogan, Greenberg Traurig, LLP
Client(s): MODE Transportation, LLC

Electronic Appearance Sheet

Daniel Ferretti, Baker Donelson Bearman Caldwell & Berkowitz PC
Client(s): Atlantic Union Equipment Finance, Inc.

William Hotze, Kane Russell Coleman Logan PC
Client(s): Official Committee of Unsecured Creditors

Matthew Giadrosich, Padfield & Stout
Client(s): PACCAR Financial Corp.

William Dorward, Singer & Levick, P.C.
Client(s): Link Logistics

Bennett Silverberg, Brown Rudnick LLP
Client(s): Official Creditors Committee

Tres Gibbs, Cokinos | Young
Client(s): Pioneer Properties; Ferreline Wetzel, LLC