United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 29, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Kal Freight, Inc., *et al*. | Case No.: 24-90614 (CML) |
| Debtors.[1] | (Jointly Administered) |

**STIPULATION AND ORDER FOR INTERIM RELIEF
FROM THE AUTOMATIC STAY FOR DAIMLER
TRUCK FINANCIAL SERVICES USA LLC**

Daimler Truck Financial Services USA LLC ("Daimler") and the debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors" and, together with Daimler, the "Parties") hereby enter into this stipulation in regard to the *Emergency Motion for an Order Granting Daimler Truck Financial Services USA LLC Relief from the Automatic Stay and Related Relief* [Docket No. 411] (the "Motion"),[2] concerning certain trucks/tractors and trailers comprising a portion of the Retained Collateral (as defined in the Motion).

## RECITALS

**WHEREAS** the Motion is set for hearing before the Bankruptcy Court on February 11, 2025, at 1:00 p.m., prevailing Central Time, and seeks relief from the automatic stay with regard to, *inter alia*, all of the Retained Collateral;

**WHEREAS** the Debtors have determined that 50 units of the Retained Collateral (the "Idle Units") are not being used and are not necessary for their reorganization;

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification numbers, are: Kal Freight Inc. (0249); Kal Aviation LLC (2600); Kal Partz Inc. (0139); Kal Trailers & Leasing Inc. (0840); and KVL Tires Inc. (0320). The location of the Debtors' service address in these chapter 11 cases is 10156 Live Oak Ave., Fontana, CA 92335.

[2] Unless otherwise specifically defined herein, all capitalized terms and phrases used in this Order bear the meanings assigned in the Motion.

1

**WHEREAS** Daimler has requested that the Debtors promptly surrender possession of the Idle Units so that Daimler may dispose of them in accordance with the provisions of the relevant Loan Documents and the Uniform Commercial Code;

**WHEREAS**, pursuant to the Interim Order [Docket No. 52], the Debtors presently are providing adequate protection payments to Daimler of $1,953,134 per month, payable in equal weekly installments, in exchange for the Debtors' use in their post-petition business operations of all the Retained Collateral, including the Idle Units (the "Adequate Protection Payments");

**WHEREAS** the Parties agree that, upon the Debtors' surrender of the Idle Units to Daimler, the Adequate Protection Payments should be reduced on a go-forward basis in proportion to the amount of said payments covering the Idle Units;

**AND WHEREAS** the Parties have agreed to limited, interim relief from the automatic stay in favor of Daimler in regard to the Motion;

**NOW, THEREFORE, IT IS STIPULATED BY THE PARTIES AND HEREBY ORDERED AS FOLLOWS:**

1. Upon entry of this Stipulation and Order, the Debtors shall surrender possession of the Idle Units identified in the following table to Daimler or its agents:

| # | Year | Make | VIN |
|---|------|------|-----|
| 1 | 2023 | Frght | 3AKJHHDR9PSNV9671 |
| 2 | 2023 | Frght | 3AKJHHDR9PSNV9525 |
| 3 | 2023 | Frght | 3AKJHHDR0PSNV9669 |
| 4 | 2023 | Frght | 3AKJHHDR2PSNV9527 |
| 5 | 2023 | Frght | 3AKJHHDR8PSNV9516 |
| 6 | 2023 | Frght | 3AKJHHDR5PSNV9716 |
| 7 | 2022 | Frght | 3AKJHHDR6NSNF1620 |
| 8 | 2022 | Frght | 3AKJHHDR5NSNF1589 |
| 9 | 2023 | Frght | 3AKJHHDR7PSNV9670 |
| 10 | 2023 | Frght | 3AKJHHDRXPSNV9551 |
| 11 | 2023 | Frght | 3AKJHHDRXPSNV9713 |

| # | Year | Make | VIN |
|---|---|---|---|
| 12 | 2023 | Frght | 3AKJHHDR2PSNV9477 |
| 13 | 2022 | Frght | 3AKJHHDR5NSNF1575 |
| 14 | 2022 | Frght | 3AKJHHDR4NSNF1616 |
| 15 | 2022 | Frght | 3AKJHHDR1NSNF1623 |
| 16 | 2022 | Frght | 3AKJHHDR7NSNF1528 |
| 17 | 2022 | Frght | 1FUJHHDR7NLMZ7065 |
| 18 | 2023 | Frght | 3AKJHHDR4PSNV9772 |
| 19 | 2024 | Frght | 3AKJHHDR5PSUP4973 |
| 20 | 2023 | Frght | 3AKJHHDR9PSNV9444 |
| 21 | 2023 | Frght | 3AKJHHDR0PSNV9803 |
| 22 | 2023 | Frght | 3AKJHHDRXPSNV9825 |
| 23 | 2023 | Frght | 3AKJHHDRXPSNV9744 |
| 24 | 2023 | Frght | 3AKJHHDR5PSNV9800 |
| 25 | 2023 | Frght | 3AKJHHDR6PSNV9465 |
| 26 | 2023 | Frght | 3AKJHHDR4PSNV9819 |
| 27 | 2023 | Frght | 3AKJHHDR7PSNV9698 |
| 28 | 2024 | Frght | 3AKJHHDR3RSUT3177 |
| 29 | 2023 | Frght | 3AKJHHDR3PSNV9701 |
| 30 | 2023 | Frght | 3AKJHHDR9PSNV9766 |
| 31 | 2023 | Frght | 3AKJHHDR1PSNV9809 |
| 32 | 2023 | Frght | 3AKJHHDR6PSNV9434 |
| 33 | 2023 | Frght | 3AKJHHDR4PSNV9657 |
| 34 | 2023 | Frght | 3AKJHHDR0PSNV9459 |
| 35 | 2022 | Frght | 3AKJHHDR5NSNF1642 |
| 36 | 2023 | Frght | 3AKJHHDR5PSNV9456 |
| 37 | 2023 | Frght | 3AKJHHDR1PSNV9454 |
| 38 | 2023 | Frght | 3AKJHHDR4PSNV9447 |
| 39 | 2023 | Frght | 3AKJHHDR3PSNV9780 |
| 40 | 2023 | Frght | 3AKJHHDR6PSNV9658 |
| 41 | 2023 | Frght | 3AKJHHDRXPSNV9453 |
| 42 | 2023 | Frght | 3AKJHHDR9PSNV9430 |
| 43 | 2023 | Frght | 3AKJHHDR9PSNV9461 |
| 44 | 2023 | Frght | 3AKJHHDRXPSNV9646 |
| 45 | 2023 | Frght | 3AKJHHDR7PSNV9443 |
| 46 | 2022 | Frght | 3AKJHHDR2NSNF1615 |
| 47 | 2023 | Frght | 3AKJHHDR8PSUP4952 |
| 48 | 2023 | Frght | 3AKJHHDR4PSUP4950 |
| 49 | 2023 | Frght | 3AKJHHDR7PSUP4974 |
| 50 | 2023 | Frght | 3AKJHHDR5PSUP4956 |

2. The Debtors shall reasonably cooperate with Daimler's agents with regard to the physical removal of the Idle Units, the turnover of any maintenance records and titles pertaining thereto, and the disclosure of the location of the Idle Units.

3. Upon the Debtors' surrender of the Idle Units to Daimler, the Adequate Protection Payments shall be reduced on a go-forward basis by $180,162.06 per month, such that the Adequate Protection Payments shall be $1,772,971.94 per month, payable in equal weekly installments, for the Debtors' use in their post-petition business operations of all residual Retained Collateral consisting of approximately 493 trucks/tractors and 6 trailers.

4. Upon entry of this Stipulation and Order, the automatic stay under 11 U.S.C. § 362(a) shall be terminated with respect to the Idle Units to permit Daimler to take possession thereof and to exercise its rights and remedies therefor in accordance with applicable non-bankruptcy law and the Loan Documents.

5. The 14-day stay period set forth in Rule 4001(a)(4) of the Federal Rules of Bankruptcy Procedure is hereby waived and this Stipulation and Order shall be effective immediately upon its entry.

6. Nothing herein shall prejudice or diminish the other relief sought by Daimler pursuant to the Motion, nor prejudice or diminish the Debtors' objections and defenses thereto, and all such matters are reserved for determination by the Bankruptcy Court at the hearing on the Motion.

7. This Stipulation and Order shall not be modified, altered, amended or vacated without the written consent of all Parties hereto or by further order of the Bankruptcy Court.

8. The Bankruptcy Court shall retain, and the Parties consent to its jurisdiction to resolve, any disputes or controversies arising from this Stipulation and Order.

STIPULATED AND AGREED TO THIS 28th DAY OF JANUARY, 2025.

/s/ Stephen A. McCartin

Stephen A. McCartin (TX 13374700)
Thomas C. Scannell (TX 24070559)
FOLEY & LARDNER LLP
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
smccartin@foley.com
tscannell@foley.com

Kim P. Gage (admitted *pro hac vice*)
COOKSEY TOOLEN GAGE DUFFY WOOG
535 Anton Boulevard, Suite 1000
Costa Mesa, CA 92626-1977
Telephone: 714.431.1090
Facsimile: 714.431.1119
E-mail: kgage@cookseylaw.com

and

Joseph S. Harper (admitted *pro hac vice*)
FOLEY & LARDNER LLP
150 East Gilman Street
Madison, WI 53703
Telephone: 608.257.5035
Facsimile: 608.258.4258
Email: jharper@foley.com

*Counsel to Daimler Truck Financial Services USA LLC*

/s/ Maxim B. Litvak

Teddy M. Kapur (SBT 24046186)
Maxim B. Litvak (SBT 24002482)
Benjamin L. Wallen (SBT 24102623)
700 Louisiana Street, Suite 4500
Houston, TX 77002
Telephone (713) 691-9385
Facsimile: (713) 691-9407
tkapur@pszjlaw.com
mlitvak@pszjlaw.com
bwallen@pszjlaw.com

*Attorneys for the Debtors and the Debtors-in-Possession*

**IT IS SO ORDERED.**

Signed: January 29, 2025

Christopher Lopez
United States Bankruptcy Judge