# EXHIBIT B

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Kal Freight, Inc. |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number | 24-90614 |

## Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
|---|---|

| | |
|---|---|
| **1. Who is the current creditor?** | Wallwork Financial Corporation <br> Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the debtor _____ |
| **2. Has this claim been acquired from someone else?** | ☑ No <br> ☐ Yes. From whom? _____ |
| **3. Where should notices and payments to the creditor be sent?** <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** <br><br> Vedder Price P.C., Attn: Mitchell D. Cohen, Esq <br> Name <br> 1633 Broadway, 31st Floor <br> Number     Street <br> New York     NY     10019 <br> City     State     ZIP Code <br><br> Contact phone  (212) 407-6980 <br> Contact email  mcohen@vedderprice.com <br><br> Uniform claim identifier for electronic payments in chapter 13 (if you use one): <br> _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | **Where should payments to the creditor be sent?** (if different) <br><br> Wallwork Financial Corporation <br> Name <br> 401 38th Street SW <br> Number     Street <br> Fargo     ND     58103 <br> City     State     ZIP Code <br><br> Contact phone  (701) 476-7489 <br> Contact email  justin.pavek@wallworkfinancial.com |
| **4. Does this claim amend one already filed?** | ☑ No <br> ☐ Yes. Claim number on court claims registry (if known) _____     Filed on ___/___/___  MM / DD / YYYY |
| **5. Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No <br> ☐ Yes. Who made the earlier filing? _____ |

Official Form 410

**Proof of Claim**

page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  2  4  1  9

**7. How much is the claim?**  $ _____ 1,127,975.52 . **Does this amount include interest or other charges?**

☐ No

☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Money Loaned - See Attached

**9. Is all or part of the claim secured?**

☐ No

☑ Yes.  The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☑ Motor vehicle

☐ Other. Describe:  Motor Vehicles - See Attached

**Basis for perfection:**  Certificates of Title - See Attached

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**  $ Unknown

**Amount of the claim that is secured:**  $ Unknown

**Amount of the claim that is unsecured:**  $ Unknown  (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**  $ 1,127,975.52

**Annual Interest Rate** (when case was filed) _____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.**  $ _____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☑ No | |
|---|---|---|
| | ☐ Yes. *Check one:* | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  01/17/2025
                  MM / DD / YYYY

Signature

Print the name of the person who is completing and signing this claim:

| Name | Justin Pavek | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Chief Credit Officer | | |
| Company | Wallwork Financial Corporation | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 401 38th St. SW | | |
| | Number        Street | | |
| | Fargo | ND | 58103 |
| | City | State | ZIP Code |
| Contact phone | (701) 476-7444 | Email | justin.pavek@wallworkfinancial.com |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |
|---|---|
| In re: | Chapter 11 |
| KAL FREIGHT INC., *et al.*, | Case No. 24-90614 (CML) |
| Debtors.[1] | (Jointly Administered) |

## ADDENDUM TO PROOF OF CLAIM OF
## WALLWORK FINANCIAL CORPORATION

Wallwork Financial Corporation ("Claimant") asserts this proof of claim (this "Proof of Claim") against debtor, Kal Freight, Inc. ("Debtor"), for all amounts due and owing to Claimant as of December 5, 2024 (the "Petition Date"), pursuant to:

(i) that certain Combination Note and Security Agreement No. 004 ("Contract No. 004") by and between Claimant and Debtor, whereby Debtor granted to Claimant a first priority lien on and security interest in, *inter alia*, seven (7) 2021 Freightliner Cascadia Semi-Tractors (VIN #s 3AKJHHDR6MSMA5538, 3AKJHHDR5MSMA5546, 3AKJHHDR8MSMA5556, 3AKJHHDR1MSMA5558, 3AKJHHDR3MSMA5559, 3AKJHHDRXMSMA5560 and 3AKJHHDR9MSMA5551) (the "Contract No. 004 Equipment"); and

(ii) that certain Combination Note and Security Agreement No. 005 ("Contract No. 005", together with Contract No. 004, the "Contracts") by and between Claimant and Debtor, whereby Debtor granted to Claimant a first priority lien on and security interest in, *inter alia*, four (4) 2023 Peterbilt 579 Semi-Tractors (VIN #s 1XPBD49X4PD837307, 1XPBD49X0PD837305, 1XPBD49X9PD837304 and 1XPBD49X2PD837306) and four (4) 2024 Peterbilt 579 Semi-Tractors (VIN #s 1XPBD49X4RD610153, 1XPBD49X0RD610151, 1XPBD49X9RD610150 and 1XPBD49X2RD610152 (the "Contract No. 005 Equipment", together with the Contract No. 004 Equipment, the "Equipment").

Claimant properly and timely perfected its security interests in the Equipment by recording its liens on those certain certificates of title ("Certificates of Title") issued by the State of California evidencing Claimant's status as the first priority and only lienholder with respect to the Equipment.

---

[1] The Debtors in these jointly administered chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Kal Freight Inc. (0249); Kal Aviation LLC (2600); Kal Partz Inc. (0139); Kal Trailers & Leasing Inc. (0840); and KVL Tires Inc. (0320). The location of the Debtors' service address is 10156 Live Oak Avenue, Fontana, California 92335.

On or about November 13, 2018, Claimant and Debtor entered into that certain Cross-Collateralization Agreement (the "Cross-Collateralization Agreement"), pursuant to which Debtor agreed that all obligations of Debtor to Claimant shall be secured by a security interest in and to "all equipment and vehicles financed or leased by Claimant for or on behalf of" Debtor.

True and correct copies of the Contracts, Certificates of Title, payment history and Cross Collateralization Agreement relating to the Contracts and Equipment are attached hereto and incorporated herein by reference as **Exhibit 1** through **Exhibit 7**, respectively.

## AMOUNT OF CLAIM

The amount due to Claimant as of the Petition Date is no less than **$1,127,975.52** (as detailed in the chart below), plus all accrued and accruing taxes, fees, costs and all other amounts due and owing under the Contracts, including, but not limited to accruing attorneys' fees and costs:

| Contract No. | Contract Balance | Late Fees | Misc. Fees | Subtotal |
|---|---|---|---|---|
| 004 | $47,322.97 | $3,393.09 | $624.09 | $51,340.15 |
| 005 | $1,007,076.77 | $6,407.59 | $63,151.01 | $1,076,635.37 |
| **TOTAL:** | | | | **$1,127,975.52** |

Claimant reserves the right to amend, update and/or supplement this Proof of Claim at any time and in any respect and to assert any and all other claims of whatever kind or nature that it has, or it may have, against Debtor, including, without limitation, with respect to interest and attorneys' fees under 11 U.S.C. § 506(b) that accrue following the Petition Date. The filing of this Proof of Claim shall not be deemed (i) a waiver or release of any claims or rights of Claimant, (ii) an election of remedy, (iii) a waiver of any past, present or future defaults or events of default, and/or (iv) a waiver or release of any setoff rights, any right to any security that might be held by it or for its benefit, or any right to claim specific assets, or any other right or rights of action that the Claimant has or may have against the Debtor, any guarantor or any other persons or entities, and the Claimant expressly reserves all such rights. Further, nothing contained herein shall be deemed or construed as a waiver of any administrative expense claims that Claimant has or may have against Debtor and Claimant retains the right to assert such claims. This Proof of Claim is filed without prejudice to the filing by Claimant or any other applicable party or additional proofs of claim with respect to any other liability or indebtedness.

Nothing herein shall prejudice any rights that the Claimant may have against any other person or entity, including, without limitation, any of other debtors, any of their officers or directors and/or any guarantor, pursuant to the terms of any agreements and/or any applicable law. Nothing herein is intended to or shall amend, modify or waive any other claim filed by the Claimant against the Debtor or any other party. Without limiting the generality of the foregoing, nothing contained herein shall be deemed to be or construed as a waiver of any general unsecured claim, administrative priority claim, secured claim or right to specific performance that Claimant has or may have against the Debtor or any guarantor, or any claims or obligations of any type that Claimant has or may have against any other person or entity.

## **NOTICE**

Claimant requests that all notices, pleadings, and other communications of any kind regarding this Proof of Claim be given to and served upon counsel for the Claimant: Vedder Price P.C., 222 North LaSalle Street, Suite 2400, Chicago, Illinois 60601, Attn.: David L. Kane, Tel.: (312) 609-7778, Email: dkane@vedderprice.com; and Vedder Price P.C, 1633 Broadway, 31st Floor, New York, New York 10019, Attn: Max DuVal, Tel: (212) 407-7765, Email: mduval@vedderprice.com.

EXHIBIT 1

(Contract 004)

**Wallwork Financial Corporation**
**401 38th Street SW P.O. Box 628**
**Fargo, ND 58107-0628**

## *Combination Note and Security Agreement*

**Name and Address of Debtor**
Kal Freight Inc.
1607 South Campus Ave
Ontario, California 91761

Note# 12419-004

This Agreement dated as of **08/03/2020** by the debtor named above (the "Debtor") in favor of Wallwork Financial Corporation ("Secured Party").
1 . **Loan.** For value received, Debtor hereby promises to pay to the order of Secured Party at its main office in Fargo, ND in lawful money of the United States of America the principal sum of **$1,785,544.88** together with interest on the unpaid balance hereof from the date funds are disbursed.

**Principal and interest shall be payable in (48) equal consecutive monthly installment payments of $40,716.04 commencing 11/03/2020 and continuing on the same day of each month thereafter until fully paid.** Installment payments shall be applied first to interest and then to principal. Any installment payment not made within ten (10) days after its due date shall be subject to a late charge of up to 5.0% of the amount of the installment but in any event not more than permitted by applicable state law.

Debtor shall have the right to prepay all or part of the principal indebtedness due Secured Party at any time. In consideration of such prepayment right, and as compensation to Secured Party for the loss of the benefit of its bargain, unless prohibited by applicable state law, Debtor shall also pay to Secured Party a percentage of the remaining amount of indebtedness being prepaid equal to 5% in year one of Loan, 4% in year two of Loan, 3% in year three of Loan, or the maximum rate allowed under applicable state law if lower.

This Loan may be prepaid in part but only as a result of a disposition of an item of collateral which secures this Loan. The amount of such prepayment shall be the product of the unpaid principal balance of this Loan determined in accordance with the preceding paragraph times a fraction, the numerator of which is the original advance made by the Secured Party with respect to the item of collateral in question and the denominator of which is the original principal balance of this Loan with respect to the existing collateral securing this Loan. Nothing contained in this paragraph shall be construed as an authorization by Secured Party to the undersigned to sell or otherwise dispose of an item of collateral which secures this Loan. Such sale or disposition of an item of collateral by the undersigned shall be made solely in accordance with the terms of this security agreement or other agreement pursuant to which the undersigned pledged such item of collateral to Secured Party.

The undersigned may remit to Secured Party amounts in excess of an installment that is due hereunder and Secured Party shall apply such amount to the next maturing installment or installments. Payment of amounts in excess of the installment that is due or installments prior to the due date thereof shall not be treated as a prepayment or result in a change to either the total number of installments or the total sum of all installments payable under this Loan.

2. **Definitions.** The following terms have the following meanings in this Agreement:
"Equipment" means the following described equipment of the Debtor, together with all accessories, attachments, parts, repairs, additions, and replacements attached thereto or incorporated therein:
**Equipment Description:**

**\* See Attached "Equipment Schedule" dated 08/3/2020 \***

"Guarantor" means any guarantor of the Loan.
"Loan" means the loan evidenced by paragraph 1 of this Agreement.
"Obligations" means (a) the Loan and all other obligations of Debtor to Secured Party under this Agreement and (b) each and every other obligation Debtor may now or at any time in the future owe to Secured Party.

**THIS AGREEMENT INCLUDES THE TERMS ON THE ATTACHED PAGE(S).**

IN WITNESS WHEREOF the Debtor has signed this Agreement as of the date first above written.

Kal Freight Inc.
Debtor Name

Debtor Signature

Additional Debtor Signature (if applicable)

Debtor Phone: (     )

Debtor Cell: (     )

Debtor Email:

Page **1** of 3

Certified Copy

3. **Security Interest.** To secure payment of the Obligations, Debtor hereby grants Secured Party a security interest in the Equipment and in the proceeds thereof.

4. **Representations and Agreements.** Debtor hereby represents and agrees as follows:

   (a) *Authorization.* If Debtor is not an individual, the execution, delivery and performance of this Agreement has been duly authorized by all necessary action on the part of the Debtor and will not violate any provision of the Debtor's governing documents

   (b) *Business Location; Name.* Debtor shall not change its name or business address from that set forth above, and, if an individual, shall not change the state of residence, and, if not an individual, shall not change the state of organization, unless it shall have given Secured Party or its assigns no less than thirty (30) days' prior written notice thereof.

   (c) *Business Purpose; Lawful Use.* The Equipment will be used primarily for business purposes as opposed to personal, family or household purposes. Debtor will comply with all laws and regulations applicable to the Equipment and its use.

   (d) *Clear Title; Authorization to Pay Loan Proceeds.* Upon disbursement of the proceeds of the Loan, Debtor will have good and marketable title to the Equipment free and clear of all security interests, liens, and other encumbrances and rights, and of all claims of co-ownership by others. Debtor authorizes Secured Party to disburse the Loan proceeds directly to the seller of the Equipment to Debtor to the extent of the unpaid purchase price.

   (e) *No Sales or Junior Liens.* Debtor will not sell, transfer, lease, grant a security interest in, or otherwise encumber the Equipment except for the security interest granted hereunder.

   (f) *Equipment Delivery.* The Equipment has been delivered to and accepted by the Debtor and is in all respects satisfactory to Debtor.

   (g) *Equipment Location.* Debtor will not part with possession or control of or suffer or allow to pass out of its possession or control any Equipment or change the location of the Equipment or any part thereof from the Equipment Location shown above unless the Equipment is rolling stock.

   (h) *Maintenance.* Debtor will maintain the Equipment in good repair, condition, and working order and will furnish all parts and services required therefor, all at its expense, ordinary wear and tear excepted.

   (i) *Taxes.* Debtor will pay all personal property, sales, use, and other taxes levied on or assessed against the Equipment before the date on which penalties attach thereto.

   (j) *Equipment Personalty.* The Equipment shall remain personal property regardless of its attachment to realty, and Debtor agrees to take such action at its expense as may be necessary to prevent any third party from acquiring any interest in the Equipment as a result of its attachment to realty.

   (k) *Equipment Use.* Debtor will use the Equipment with due care and only for purposes of which it is intended.

   (l) *Casualty Insurance.* Debtor will obtain and maintain physical damage insurance issued by responsible insurance companies insuring the Equipment against damage and loss in an amount not less than the full replacement value of the Equipment. Debtor shall furnish Secured Party with a certificate of insurance evidencing the issuance of a policy to Debtor in at least the minimum amounts required herein naming Secured Party as loss payee for the property damage coverage. Each such policy shall be in such form and with such insurers as may be satisfactory to Secured Party and each such policy shall contain a clause requiring the insurer to give Secured Party at least 10 days prior written notice of any alteration in the terms of the policy or the cancellation thereof.  Debtor shall advise Secured Party in writing promptly of any loss or damage to the Equipment and of the circumstances and extent of such damage. Any insurance or condemnation proceeds received shall be paid to Secured Party and credited to Debtor's Obligations. Notwithstanding anything herein to the contrary, Debtor shall not be required to pay to Secured Party a prepayment premium on a prepayment hereunder that is due to a casualty to the Equipment provided Debtor provides Secured Party with proof of an insurance claim therefore.

   (m) *Inspection Rights.* Debtor will permit Secured Party to inspect the Equipment at any time and from time to time as Secured Party may reasonably request.

   (n) *Further Assurances.* Debtor will promptly execute and deliver to Secured Party such further documents and take such further action as Secured Party may request in order to carry out more effectively the intent and purpose of this Agreement, including the execution and delivery of appropriate financing statements to protect fully Secured Party's interest hereunder in accordance with the Uniform Commercial Code or other applicable law. Secured Party and any assignee of Secured Party is authorized to file one or more Uniform Commercial Code financing statements without the signature of Debtor or signed by Secured Party or any assignee of Secured Party as attorney-in-fact for Debtor. Debtor hereby grants to Secured Party a power of attorney in Debtor's name, to apply for a certificate of title for any item of Equipment that is required to be titled under the laws of any jurisdiction where the Equipment is or may be used and/ or to transfer title thereto upon the exercise by Secured Party of its remedies upon an Event of Default by Debtor under this Agreement. Debtor will pay all costs of filing any financing, continuation or termination statements with respect to this Agreement including, without limitation, any documentary stamp taxes relating thereto. Debtor will do whatever may be necessary to have a statement of interest of Secured Party and any assignee of Secured Party in the Equipment noted on any certificate of title relating to the Equipment and will deliver said certificate to Secured Party. If Debtor fails to perform or comply with any of its agreements, Secured Party may perform or comply with such agreements in its own name or in Debtor's name as attorney-in-fact and the amount of any payments and expenses of Secured Party incurred in connection with such performance or compliance, together with interest thereon at the rate provided above, shall be deemed payable by Debtor upon demand.

5. **Events of Default.** The occurrence of any one of the following events will constitute an "Event of Default" hereunder:

   (a) *Default in the payment,* when due, of any payment of principal or interest on the Loan, or default in the payment when due, of any of the other Obligations.

   (b) *The breach of any one or more of the representations* of Debtor hereunder, or failure of Debtor to observe or perform any one or more of the agreements to be observed or performed by Debtor hereunder.

   (c) *The filing of a petition by or against Debtor* or any Guarantor under the federal Bankruptcy Code naming Debtor or such Guarantor as debtor.

   (d) *Appointment of a receiver* of any part of the property of, assignment for the benefit of creditors by, or the commencement of any proceeding under any state bankruptcy or insolvency law by or against, Debtor or any Guarantor.

   (e) *Any financial or credit information submitted by or on behalf of Debtor* or any Guarantor shall prove to have been false or misleading when submitted.

   (f) *An event of default shall occur under any indebtedness* Debtor may now or hereafter owe to any affiliate of Secured Party.

   (g) *Any individual Debtor or individual Guarantor shall die.*

Page **2** of 3

Certified Copy

(h) Debtor's consolidation with, merger into, or sale of all or substantially all of its assets to, any individual, corporation or other entity.

6. Remedies. Upon the occurrence of an Event of Default, and at any time thereafter, Secured Party may exercise, in its discretion, any one or more of the rights and remedies set forth below.

(a) Secured Party may declare the Loan and each other Obligation to be immediately due and payable, and the same shall thereupon be and become immediately due and payable in full without presentment, notice of dishonor, or protest, all of which Debtor hereby waives ; provided, however, that upon the filing of a petition by or against Debtor under the federal Bankruptcy Code naming the Debtor as debtor, the Loan and each other Obligation shall automatically be and become immediately due and payable in full without notice or demand of any kind.

(b) Secured Party may exercise any and all of the rights and remedies available to a secured party under the Uniform Commercial Code as in effect in the State of North Dakota, and in connection therewith, Debtor agrees at its expense to assemble the Equipment and make it available to Secured Party at a place or places to be designated by Secured Party in the continental United States reasonably convenient to both Secured Party and Debtor, and agrees that any notice of intended disposition of the Equipment required by law shall be deemed reasonable if such notice is given to Debtor in the manner provided in this Agreement at least 10 days before the date of such disposition.

(c) Secured Party may recover from Debtor, and Debtor agrees to pay, the legal fees and expenses incurred by Secured Party in the exercise of any right or remedy available to it under this Agreement, including expenses of repossession, repair, storage, transportation, and disposition of the Equipment.

(d) Secured Party may exercise any and all other rights and remedies available to it by law or other agreement.

7. Miscellaneous.

(a) Secured Party shall not be deemed to have waived any of its rights hereunder unless such waiver be in writing and signed by Secured Party. No delay or omission on the part of Secured Party in exercising any right hereunder shall operate as a waiver of such right or any other right. A waiver on any one occasion hereunder shall not be construed as a bar to or waiver of any right or remedy on any future occasion.

(b) All rights and remedies of Secured Party shall be cumulative and may be exercised singularly or concurrently, at Secured Party's option, and the exercise or enforcement of any one such right or remedy shall not bar or be a condition to the exercise or enforcement of any other.

(c) Any written notice hereunder to Debtor or Secured Party shall be deemed to have been given when delivered personally or deposited with a recognized overnight courier service or in the United State mails, postage prepaid, addressed to recipient at its address set forth above or at such other address as may be last known to sender.

(d) Debtor shall keep accurate and complete records pertaining to Debtor's business and financial condition and submit to Secured Party such periodic reports concerning Debtor's business and financial condition as Secured Party may from time to time reasonably request.

(e) This Agreement contains the entire agreement between the parties and may not be modified except in writing, signed by the parties. Any action by either party concerning the Agreement shall be venued in the courts of the state of North Dakota and the parties hereby submit to the personal jurisdiction of the Courts of North Dakota, both federal and state, in any action with respect to the Agreement and agree that any state Court action shall be venued in either the District Court of Cass, North Dakota, or Federal District Court in Fargo, North Dakota. Any provision which is in conflict with any applicable law shall be deemed, omitted, modified or altered to conform thereto. The invalidity of any portion of the Agreement shall not affect the remaining portions.

(f) This Agreement shall be binding upon and inure to the benefit of the successors and assigns of Debtor and Secured Party.

(g) If this Agreement is signed by more than one person as Debtor, then the term "Debtor" shall refer to each of them separately and to all of them jointly, and each such person shall be liable hereunder individually in full and jointly with the others.

(h) There shall be one original of the Agreement and it shall be marked "Original". To the extent that this Agreement constitutes chattel paper (as that term is defined by the Uniform Commercial Code), a security interest may be created only in the Agreement marked "Original."

(i) Notwithstanding anything to the contrary contained herein, if the rate of interest, late payment fee, prepayment premium or any other charges or fees due hereunder are determined by a court of competent jurisdiction to be usurious, then said interest rate, fees and/or charges shall be reduced to the maximum amount permissible under applicable law and any such excess amounts shall be applied towards the reduction of the principal balance of this Loan.

(j) Any provision in this Agreement that is unenforceable in any jurisdiction shall, as to such jurisdiction, be ineffective to the extent of such unenforceability, without invalidating the remaining provisions of the Agreement, and any such unenforceability in any jurisdiction shall not render unenforceable such provision in any other jurisdiction.

(k) Paragraph headings are for convenience only, are not part of this Agreement and shall not be deemed to affect the meaning or construction of any of the provisions hereof.

DEBTOR HEREBY WAIVES ANY RIGHT TO A JURY TRIAL WITH RESPECT TO ANY MATTER ARISING UNDER OR IN CONNECTION WITH THIS AGREEMENT.

Ver. 04/08

Certified Copy

# Equipment Schedule

**Wallwork Financial Corporation**

**Name of Debtor**
Kal Freight Inc.
1607 South Campus Ave
Ontario, California 91761

# 12419-004

| | Description | Serial Number |
|---|---|---|
| 1. | New 2021 Freightliner Cascadia Semi-Tractor | 3AKJHHDR7MSMA5533 |
| 2. | New 2021 Freightliner Cascadia Semi-Tractor | 3AKJHHDR0MSMA5535 |
| 3. | New 2021 Freightliner Cascadia Semi-Tractor | 3AKJHHDR6MSMA5538 |
| 4. | New 2021 Freightliner Cascadia Semi-Tractor | 3AKJHHDR5MSMA5546 |
| 5. | New 2021 Freightliner Cascadia Semi-Tractor | 3AKJHHDR9MSMA5548 |
| 6. | New 2021 Freightliner Cascadia Semi-Tractor | 3AKJHHDR7MSMA5550 |
| 7. | New 2021 Freightliner Cascadia Semi-Tractor | 3AKJHHDR9MSMA5551 |
| 8. | New 2021 Freightliner Cascadia Semi-Tractor | 3AKJHHDR6MSMA5555 |
| 9. | New 2021 Freightliner Cascadia Semi-Tractor | 3AKJHHDR8MSMA5556 |
| 10. | New 2021 Freightliner Cascadia Semi-Tractor | 3AKJHHDR1MSMA5558 |
| 11. | New 2021 Freightliner Cascadia Semi-Tractor | 3AKJHHDR3MSMA5559 |
| 12. | New 2021 Freightliner Cascadia Semi-Tractor | 3AKJHHDRXMSMA5560 |

**Date:** 08/03/2020

**Kal Freight Inc. - Debtor**

By - _____

By - _____

Certified Copy

EXHIBIT 2

(Certificates of Title for Contract 004)

Case 2:24-cv-06903-RGK-RAO Document 1-2 Filed 08/12/24 Page 3 of 56 Page ID #:56

## NOTICE OF TRANSFER AND
## RELEASE OF LIABILITY

*MAIL THIS PORTION TO DMV-OR-FILE ONLINE AT dmv.ca.gov*

A. NEW OWNER'S *LAST NAME* (OR) COMPANY NAME     *FIRST*

B. NEW OWNER'S ADDRESS     APT NUMBER     C. ODOMETER READING (NO TENTHS)

D. CITY     STATE     ZIP CODE     E. DATE OF SALE OR LEASE RETURN
MO.     DAY     YR

F. SELLER'S OR LESSEE'S *LAST NAME* (OR) COMPANY NAME     *FIRST*     G. SELLING PRICE (NO CENTS)
WHOLE DOLLARS

H. SELLER'S OR LESSEE'S ADDRESS     APT NUMBER     I. SELLER'S OR LESSEE'S SIGNATURE
X

J. CITY     STATE     ZIP CODE

VEHICLE ID NUMBER     YR MODEL     MAKE     PLATE NUMBER

3AKJHHDR6MSMA5538     2021 FRHT     4QEX879

REG 138A (REV 10/2012)

---

## STATE OF CALIFORNIA

### CERTIFICATE OF TITLE

191200908H1     VEHICLE HISTORY

COMMERCIAL     TITLE ONLY

| VEHICLE ID NUMBER | | YR MODEL | MAKE | PLATE NUMBER |
|---|---|---|---|---|
| 3AKJHHDR6MSMA5538 | | 2021 | FRHT | 4QEX879 |

| BODY TYPE MODEL | AX | UNLADEN WEIGHT | FUEL | TRANSFER DATE | FEES PAID | REGISTRATION EXPIRATION DATE |
|---|---|---|---|---|---|---|
| DS | 3 | 15500 | D | | $22 | 08/31/2020 |

| YR 1ST SOLD | CLASS | YR | MO | EQUIPMT/TRUST NUMBER | ISSUE DATE |
|---|---|---|---|---|---|
| 2020 | MA | | BI | | 09/08/20 |

MOTORCYCLE ENGINE NUMBER     ODOMETER DATE     ODOMETER READING

REGISTERED OWNER(S)
KAL FREIGHT INC
1607 S CAMPUS AVE
ONTARIO CA 91761

- - - - -

I certify (or declare) under penalty of perjury under the laws of the State of California that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.

1a_____ X
DATE     SIGNATURE OF REGISTERED OWNER

1b_____ X
DATE     SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads |_|_|_|_|_|_| (no tenths) miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

WARNING     ☐ Odometer reading is not the actual mileage.   ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | TRANSFEROR/SELLER SIGNATURE(S) | DATE | TRANSFEREE/BUYER SIGNATURE(S) |
|---|---|---|---|
| | X | | X |

PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY     PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY

### IMPORTANT READ CAREFULLY

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)
WALLWORK FNCL CORP
PO BX 628
FARGO
ND 58107

2. X
Signature releases interest in vehicle. (Company names must be countersigned)

Release Date _____

CA198643161

025111     REG. 17.30RS (REV 02/2016)

**VOID WITHOUT BEAR WATERMARK. HOLD TO LIGHT TO VIEW**

## KEEP IN A SAFE PLACE - VOID IF ALTERED

*IMPORTANT NOTICE — DO NOT DETACH UNTIL SOLD*

COMPLETE THIS FORM ONLINE AT dmv.ca.gov
AND PRINT A RECEIPT FOR YOUR RECORDS.
IF YOU MAIL THIS FORM, KEEP A COPY FOR YOUR RECORDS.

You are required by law to notify the Department of Motor Vehicles within five (5) days from the date you sell or otherwise dispose of a vehicle. This form is provided for use in reporting the sale or transfer to the Department, and does not constitute application for transfer of ownership (title). **This form is to be used ONLY for the vehicle described on the attached title.**

When this form is properly completed and the information is recorded by DMV (see WARNING below), liability for parking and/or traffic violations and civil litigation resulting from operation after the date of sale becomes the responsibility of the subsequent purchaser(s).

**WARNING: If you provide incomplete, inaccurate or unclear information, the information shall not be updated or retained.**

TO REMOVE YOUR NAME FROM DMV'S RECORDS, THE NEW OWNER MUST APPLY FOR TRANSFER USING THE ENDORSED CERTIFICATE OF TITLE (OWNERSHIP) RECEIVED FROM YOU.

## NOTICE OF TRANSFER AND RELEASE OF LIABILITY

(A) Print name of new owner.
(B) Print new owner's address.
(C) Enter odometer reading at the time of sale (motor vehicles only).
(D) Print new owner's city, state, and ZIP code.
(E) Enter date you sold or transferred the described vehicle.
(F) Enter your name.
(G) Enter selling price (in whole dollars-no-cents). If vehicle is a gift, enter "0".
(H) Print your address.
(I) Sign your name where designated.
(J) Print your city, state and ZIP code.

FILE ONLINE, OR MAIL THIS COMPLETED NOTICE TO:

DEPARTMENT OF MOTOR VEHICLES
P.O. BOX 942859
SACRAMENTO, CA 94259-0001

## APPLICATION FOR TRANSFER BY NEW OWNER    (Please print or type.)

Any change of registered owner or lienholder must be recorded with the Department of Motor Vehicles (DMV) within ten (10) days. The title, transfer fee and in most instances, use tax and a smog certificate must be presented to DMV to record the ownership change.

**NEW REGISTERED OWNER**

3a. TRUE FULL NAME(S) OF NEW REGISTERED OWNER(S) (LAST, FIRST, MIDDLE) AS IT APPEARS ON DRIVER'S LICENSE OR I.D. CARD

3b. ☐ AND ☐ OR  (LAST, FIRST, MIDDLE)

4. RESIDENCE OR BUSINESS STREET ADDRESS — APT./SP./STE. NUMBER

5. CITY — STATE — ZIP CODE

6. COUNTY OF RESIDENCE OR COUNTY WHERE VEHICLE IS PRIMARILY GARAGED-OR-FOR TRAILER COACHES,ADDRESS OR LOCATION WHERE KEPT

7. MAILING ADDRESS STREET OR P.O. BOX NUMBER (DO NOT COMPLETE IF SAME AS RESIDENCE ABOVE)

8. CITY — STATE — ZIP CODE

**OWNER**

If there is a mailing address entered on this form it is a valid, existing and accurate address. I consent to receive service of process at this mailing address pursuant to Code of Civil Procedure Sections 415.20(b), 415.30(a) and 416.90.
I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct.

9a. DATE — SIGNATURE OF NEW REGISTERED OWNER **X** — DRIVER LICENSE OR ID CARD NO. — PURCHASE DATE

9b. DATE — SIGNATURE OF NEW REGISTERED OWNER **X** — DRIVER LICENSE OR ID CARD NO. — PURCHASE PRICE OR IF GIFT, SO STATE

**LEASED VEH. ONLY**  10. ADDRESS OF NEW LESSEE IF DIFFERENT FROM LINE 4 ABOVE (WILL NOT BE PRINTED ON TITLE)

**NEW LIENHOLDER**

11. NAME OF LIENHOLDER - FIRM OR INDIVIDUAL HOLDING SECURITY INTEREST (IF NO LIEN, WRITE "NONE") DO NOT ENTER NAME OF REGISTERED OWNER(S) ABOVE — ELECTRONIC LIENHOLDER ID

12. STREET ADDRESS OR P.O. BOX NUMBER — ELT #

13. CITY — STATE — ZIP CODE

## TITLE REASSIGNMENTS BY LICENSED CALIFORNIA DEALERS

FEDERAL LAW REQUIRES that you state the mileage upon transfer of ownership. Failure to complete or making a false statement may result in fines and / or imprisonment.
The signature below releases my interest in this vehicle, acknowledges the odometer mileage recorded by the seller, and certifies to the odometer reading entered above my signature in compliance with Federal law.

**DEALER TRANSACTIONS ONLY**

14. Odometer now reads: ☐☐☐☐☐☐ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: *WARNING* - Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits.
I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct. — R/S NUMBER

DATE — SIGNATURE OF AUTHORIZED AGENT **X** — PRINTED NAME OF AGENT — DEALER NAME — DEALER NUMBER

DATE — BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING **X** — PRINTED NAME OF BUYER OR AGENT — SALESPERSON'S NUMBER

SOLD THROUGH AUCTION IF APPLICABLE — DATE OF AUCTION — AUCTION NAME — DEALER NUMBER

15. Odometer now reads: ☐☐☐☐☐☐ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: *WARNING* - Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits.
I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct. — R/S NUMBER

DATE — SIGNATURE OF AUTHORIZED AGENT **X** — PRINTED NAME OF AGENT — DEALER NAME — DEALER NUMBER

DATE — BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING **X** — PRINTED NAME OF BUYER OR AGENT — SALESPERSON'S NUMBER

16. Odometer now reads: ☐☐☐☐☐☐ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: *WARNING* - Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits.
I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct. — R/S NUMBER

DATE — SIGNATURE OF AUTHORIZED AGENT **X** — PRINTED NAME OF AGENT — DEALER NAME — DEALER NUMBER

DATE — BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING **X** — PRINTED NAME OF BUYER OR AGENT — SALESPERSON'S NUMBER

Case 8:24-bk-12674-TA Doc 73 Filed 07/17/24 Entered 07/17/24 17:33:20 Desc Main Document Page 16 of 56

*TO PROPERLY RELEASE YOUR LIABILITY, PLEASE READ AND FOLLOW INSTRUCTIONS ON REVERSE SIDE. SECTIONS A-I MUST BE COMPLETED IN FULL. PRINT IN INK. USE CAPITAL LETTERS. USE BLACK OR BLUE INK.*

## NOTICE OF TRANSFER AND RELEASE OF LIABILITY

*MAIL THIS PORTION TO DMV-OR-FILE ONLINE AT dmv.ca.gov*

A. NEW OWNER'S *LAST* NAME (OR) COMPANY NAME — *FIRST*

B. NEW OWNER'S ADDRESS — APT NUMBER

C. ODOMETER READING (NO TENTHS)

D. CITY — STATE — ZIP CODE

E. DATE OF SALE OR LEASE RETURN — MO. DAY YR

F. SELLER'S OR LESSEE'S *LAST* NAME (OR) COMPANY NAME — *FIRST*

G. SELLING PRICE (NO CENTS) — WHOLE DOLLARS

H. SELLER'S OR LESSEE'S ADDRESS — APT NUMBER

I. SELLER'S OR LESSEE'S SIGNATURE — X

J. CITY — STATE — ZIP CODE

VEHICLE ID NUMBER: 3AKJHHDR5MSA5546    YR. MODEL: 2021    MAKE: FRHT    PLATE NUMBER: 4QEX880

REG 138A (REV 10/2012)

---

## STATE OF CALIFORNIA

### CERTIFICATE OF TITLE

191200908H1    VEHICLE HISTORY

COMMERCIAL    TITLE ONLY

VEHICLE ID NUMBER: 3AKJHHDR5MSA5546    YR MODEL: 2021    MAKE: FRHT    PLATE NUMBER: 4QEX880

BODY TYPE MODEL: DS    AX: 3    UNLADEN WEIGHT: 15500    FUEL: D    TRANSFER DATE:    FEES PAID: $22    REGISTRATION EXPIRATION DATE: 08/31/2020

YR 1ST SOLD: 2020    CLASS: MA    YR:    MO: BI    EQUIPMT/TRUST NUMBER:    ISSUE DATE: 09/08/20

MOTORCYCLE ENGINE NUMBER:    ODOMETER DATE:    ODOMETER READING:

REGISTERED OWNER(S)

KAL FREIGHT INC
1607 S CAMPUS AVE
ONTARIO CA 91761

-----

I certify (or declare) under penalty of perjury under the laws of the State of California that **THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.**

1a. DATE ___ X ___ SIGNATURE OF REGISTERED OWNER

1b. DATE ___ X ___ SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads [ ] (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

WARNING ☐ Odometer reading is not the actual mileage. ☐ Mileage exceeds the odometer mechanical limits.

*I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

DATE ___ TRANSFEROR/SELLER SIGNATURE(S) X ___    DATE ___ TRANSFEREE/BUYER SIGNATURE(S) X ___

PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY    PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY

### IMPORTANT READ CAREFULLY

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

WALLWORK FNCL CORP
PO BX 628
FARGO
ND 58107

2. X _____
Signature releases interest in vehicle. (Company names must be countersigned)
Release Date _____

CA198643162
025122    REG 17 30RS (REV 02/2016)

**KEEP IN A SAFE PLACE - VOID IF ALTERED**

VOID WITHOUT BEAR WATERMARK - HOLD TO LIGHT TO VIEW

COMPLETE THIS FORM ONLINE AT dmv.ca.gov
AND PRINT A RECEIPT FOR YOUR RECORDS.
IF YOU MAIL THIS FORM, KEEP A COPY FOR YOUR RECORDS.

You are required by law to notify the Department of Motor Vehicles within five (5) days from the date you sell or otherwise dispose of a vehicle. This form is provided for use in reporting the sale or transfer to the Department, and does not constitute application for transfer of ownership (title). **This form is to be used ONLY for the vehicle described on the attached title.**

When this form is properly completed and the information is recorded by DMV (see WARNING below), liability for parking and/or traffic violations and civil litigation resulting from operation after the date of sale becomes the responsibility of the subsequent purchaser(s).

**WARNING: If you provide incomplete, inaccurate or unclear information, the information shall not be updated or retained.**

TO REMOVE YOUR NAME FROM DMV'S RECORDS, THE NEW OWNER MUST APPLY FOR TRANSFER USING THE ENDORSED CERTIFICATE OF TITLE (OWNERSHIP) RECEIVED FROM YOU.

## NOTICE OF TRANSFER AND RELEASE OF LIABILITY

(A) Print name of new owner.
(B) Print new owner's address.
(C) Enter odometer reading at the time of sale (motor vehicles only).
(D) Print new owner's city, state, and ZIP code.
(E) Enter date you sold or transferred the described vehicle.
(F) Print your name.
(G) Enter selling price (in whole dollars-no cents). If vehicle is a gift, enter "0".
(H) Print your address.
(I) Sign your name where designated.
(J) Print your city, state and ZIP code.

**FILE ONLINE, OR MAIL THIS COMPLETED NOTICE TO:**

**DEPARTMENT OF MOTOR VEHICLES**
P.O. BOX 942859
SACRAMENTO, CA 94259-0001

## APPLICATION FOR TRANSFER BY NEW OWNER    (Please print or type.)

Any change of registered owner or lienholder must be recorded with the Department of Motor Vehicles (DMV) within ten (10) days. The title, transfer fee and in most instances, use tax and a smog certificate must be presented to DMV to record the ownership change.

| | | |
|---|---|---|
| **N E W** | 3a. TRUE FULL NAME(S) OF NEW REGISTERED OWNER(S) (LAST, FIRST, MIDDLE) AS IT APPEARS ON DRIVER'S LICENSE OR I.D. CARD | |
| | 3b. ☐ AND  (LAST, FIRST, MIDDLE)  ☐ OR | |
| **R E G I S T E R E D** | 4. RESIDENCE OR BUSINESS STREET ADDRESS | APT./SP./STE. NUMBER |
| | 5. CITY | STATE   ZIP CODE |
| | 6. COUNTY OF RESIDENCE OR COUNTY WHERE VEHICLE IS PRIMARILY GARAGED-OR-FOR TRAILER COACHES,ADDRESS, OR LOCATION WHERE KEPT | |
| | 7. MAILING ADDRESS STREET OR P.O. BOX NUMBER (DO NOT COMPLETE IF SAME AS RESIDENCE ABOVE) | |
| | 8. CITY | STATE   ZIP CODE |

**O W N E R** If there is a mailing address entered on this form it is a valid, existing and accurate address. I consent to receive service of process at this mailing address pursuant to Code of Civil Procedure Sections 415.20(b), 415.30(a) and 416.90.
I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct.

| 9a. DATE | SIGNATURE OF NEW REGISTERED OWNER  X | DRIVER LICENSE OR ID CARD NO. | PURCHASE DATE |
|---|---|---|---|
| 9b. DATE | SIGNATURE OF NEW REGISTERED OWNER  X | DRIVER LICENSE OR ID CARD NO. | PURCHASE PRICE IF GIFT, SO STATE |

**LEASED VEH. ONLY** 10. ADDRESS OF NEW LESSEE IF DIFFERENT FROM LINE 4 ABOVE (WILL NOT BE PRINTED ON TITLE)

| | | |
|---|---|---|
| **N E W H O L D E R** | 11. NAME OF LIENHOLDER – FIRM OR INDIVIDUAL HOLDING SECURITY INTEREST (IF NO LIEN, WRITE "NONE") DO NOT ENTER NAME OF REGISTERED OWNER(S) ABOVE ELECTRONIC LIENHOLDER | ELT # |
| | 12. STREET ADDRESS OR P.O. BOX NUMBER | |
| | 13. CITY | STATE   ZIP CODE |

## TITLE REASSIGNMENTS BY LICENSED CALIFORNIA DEALERS

FEDERAL LAW REQUIRES that you state the mileage upon transfer of ownership. Failure to complete or making a false statement may result in fines and / or imprisonment.
The signature below releases my interest in this vehicle, and odometer mileage recorded by the seller, and certifies to the odometer reading entered above my signature in compliance with Federal law.

| | | |
|---|---|---|
| **D E A L E R** | 14. Odometer now reads: ☐☐☐☐☐☐ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: *WARNING* - Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits. I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct. | R/S NUMBER |
| | DATE   SIGNATURE OF AUTHORIZED AGENT  X   PRINTED NAME OF AGENT   DEALER NAME | DEALER NUMBER |
| | DATE   BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING  X   PRINTED NAME OF BUYER OR AGENT | SALESPERSON'S NUMBER |
| | SOLD THROUGH AUCTION IF APPLICABLE   DATE OF AUCTION   AUCTION NAME | DEALER NUMBER |

| | | |
|---|---|---|
| **T R A N S A C T I O N S  O N L Y** | 15. Odometer now reads: ☐☐☐☐☐☐ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: *WARNING* - Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits. I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct. | R/S NUMBER |
| | DATE   SIGNATURE OF AUTHORIZED AGENT  X   PRINTED NAME OF AGENT   DEALER NAME | DEALER NUMBER |
| | DATE   BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING  X   PRINTED NAME OF BUYER OR AGENT | SALESPERSON'S NUMBER |
| | 16. Odometer now reads: ☐☐☐☐☐☐ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: *WARNING* - Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits. I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct. | R/S NUMBER |
| | DATE   SIGNATURE OF AUTHORIZED AGENT  X   PRINTED NAME OF AGENT   DEALER NAME | DEALER NUMBER |
| | DATE   BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING  X   PRINTED NAME OF BUYER OR AGENT | SALESPERSON'S NUMBER |

## NOTICE OF TRANSFER AND RELEASE OF LIABILITY

MAIL THIS PORTION TO DMV-OR-FILE ONLINE AT dmv.ca.gov

A. NEW OWNER'S *LAST NAME* (OR) COMPANY NAME    *FIRST*

B. NEW OWNER'S ADDRESS    APT NUMBER

C. ODOMETER READING (NO TENTHS)

D. CITY    STATE    ZIP CODE

E. DATE OF SALE OR LEASE RETURN
MO.    DAY    YR

F. SELLER'S OR LESSEE'S *LAST NAME* (OR) COMPANY NAME    *FIRST*

G. SELLING PRICE (NO CENTS)
WHOLE DOLLARS

H. SELLER'S OR LESSEE'S ADDRESS    APT NUMBER

I. SELLER'S OR LESSEE'S SIGNATURE
X

J. CITY    STATE    ZIP CODE

| VEHICLE ID NUMBER | YR. MODEL | MAKE | PLATE NUMBER |
|---|---|---|---|
| 3AKJHHDR8MSMA5556 | 2021 FRHT | | 4QEX885 |

REG 138A (REV 10/2012)

---

## STATE OF CALIFORNIA

### CERTIFICATE OF TITLE

191200908H1

VEHICLE HISTORY

COMMERCIAL    TITLE ONLY

| VEHICLE ID NUMBER | YR MODEL | MAKE | PLATE NUMBER |
|---|---|---|---|
| 3AKJHHDR8MSMA5556 | 2021 | FRHT | 4QEX885 |

| BODY TYPE MODEL | AX | UNLADEN WEIGHT | FUEL | TRANSFER DATE | FEES PAID | REGISTRATION EXPIRATION DATE |
|---|---|---|---|---|---|---|
| DS | 3 | 15500 | D | | $22 | 08/31/2020 |

| YR 1ST SOLD | CLASS | YR | MO | EQUIPMT/TRUST NUMBER | ISSUE DATE |
|---|---|---|---|---|---|
| 2020 | MA | | BI | | 09/08/20 |

MOTORCYCLE ENGINE NUMBER    ODOMETER DATE    ODOMETER READING

REGISTERED OWNER(S)

KAL FREIGHT INC
1607 S CAMPUS AVE
ONTARIO CA 91761

I certify (or declare) under penalty of perjury under the laws of the State of California that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.

1a_____ DATE    X    SIGNATURE OF REGISTERED OWNER

1b_____ DATE    X    SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads |__|__|__|__|__| (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

WARNING    ☐ Odometer reading is not the actual mileage.    ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | TRANSFEROR/SELLER SIGNATURE(S) | DATE | TRANSFEREE/BUYER SIGNATURE(S) |
|---|---|---|---|
| | X | | X |
| | PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY | | PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY |

### IMPORTANT READ CAREFULLY

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

WALLWORK FNCL CORP
PO BX 628
FARGO
ND 58107

2. X
Signature releases interest in vehicle. (Company names must be countersigned)
Release Date _____

CA198643167

025167

REG. 17.30RS (REV.02/2016)

KEEP IN A SAFE PLACE - VOID IF ALTERED

VOID WITHOUT BEAR WATERMARK. HOLD TO LIGHT TO VIEW

**IMPORTANT NOTICE — DO NOT DETACH UNTIL SOLD**

COMPLETE THIS FORM ONLINE AT dmv.ca.gov
AND PRINT A RECEIPT FOR YOUR RECORDS.
IF YOU MAIL THIS FORM, KEEP A COPY FOR YOUR RECORDS.

You are required by law to notify the Department of Motor Vehicles within five (5) days from the date you sell or otherwise dispose of a vehicle. This form is provided for use in reporting the sale or transfer to the Department, and does not constitute application for transfer of ownership (title). *This form is to be used ONLY for the vehicle described on the attached title.*

When this form is properly completed and the information is recorded by DMV (SEE WARNING below), liability for parking and/or traffic violations and civil litigation resulting from operation after the date of sale becomes the responsibility of the subsequent purchaser(s).

**WARNING:** If you provide incomplete, inaccurate or unclear information, the information shall not be updated or retained.

TO REMOVE YOUR NAME FROM DMV'S RECORDS, THE NEW OWNER MUST APPLY FOR TRANSFER USING THE ENDORSED CERTIFICATE OF TITLE (OWNERSHIP) RECEIVED FROM YOU.

**NOTICE OF TRANSFER AND RELEASE OF LIABILITY**

(A) Print name of new owner.
(B) Print new owner's address.
(C) Enter odometer reading at the time of sale (motor vehicles only).
(D) Print new owner's city, state and ZIP code.
(E) Enter date you sold or transferred the described vehicle.
(F) Print your name.
(G) Enter selling price (in whole dollars-no cents). If vehicle is a gift, enter "0".
(H) Print your address.
(I) Sign your name where designated.
(J) Print your city, state and ZIP code.

FILE ONLINE, OR MAIL THIS COMPLETED NOTICE TO:

DEPARTMENT OF MOTOR VEHICLES
P.O. BOX 942859
SACRAMENTO, CA 94259-0001

## APPLICATION FOR TRANSFER BY NEW OWNER (Please print or type)

Any change of registered owner or lienholder must be recorded with the Department of Motor Vehicles (DMV) within ten (10) days. The title, transfer fee and in most instances, use tax and a smog certificate must be presented to DMV to record the ownership change.

**NEW REGISTERED OWNER**

3a. TRUE FULL NAME(S) OF NEW REGISTERED OWNER(S) (LAST, FIRST, MIDDLE) AS IT APPEARS ON DRIVER'S LICENSE OR I.D. CARD

3b. ☐ AND   (LAST, FIRST, MIDDLE)
☐ OR

4. RESIDENCE OR BUSINESS STREET ADDRESS   APT./SP./STE. NUMBER

5. (CITY)   STATE   ZIP CODE

6. COUNTY OF RESIDENCE OR COUNTY WHERE VEHICLE IS PRIMARILY GARAGED-OR-FOR TRAILER COACHES, ADDRESS OR LOCATION WHERE KEPT

7. MAILING ADDRESS STREET OR P.O. BOX NUMBER (DO NOT COMPLETE IF SAME AS RESIDENCE ABOVE)

8. CITY   STATE   ZIP CODE

If there is a mailing address entered on this form it is a valid, existing and accurate address. I consent to receive service of process at this mailing address pursuant to Code of Civil Procedure Sections 415.20(b), 415.30(a) and 416.90.

I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct.

9a. DATE   SIGNATURE OF NEW REGISTERED OWNER   X   DRIVER LICENSE OR ID CARD NO.   PURCHASE DATE

9b. DATE   SIGNATURE OF NEW REGISTERED OWNER   X   DRIVER LICENSE OR ID CARD NO.   PURCHASE PRICE OR IF GIFT, SO STATE

**LEASED VEH. ONLY**  10. ADDRESS OF NEW LESSEE IF DIFFERENT FROM LINE 4 ABOVE (WILL NOT BE PRINTED ON TITLE)

**NEW LIENHOLDER**

11. NAME OF LIENHOLDER – FIRM OR INDIVIDUAL HOLDING SECURITY INTEREST (IF NO LIEN, WRITE "NONE") DO NOT ENTER NAME OF REGISTERED OWNER(S) ABOVE ELECTRONIC LIENHOLDER ID   ELT #

12. STREET ADDRESS OR P.O. BOX NUMBER

13. CITY   STATE   ZIP CODE

## TITLE REASSIGNMENTS BY LICENSED CALIFORNIA DEALERS

FEDERAL LAW REQUIRES that you state the mileage upon transfer of ownership. Failure to complete or making a false statement may result in fines and / or imprisonment.

The signature below releases your interest in this vehicle, acknowledges the odometer mileage recorded by the seller, and certifies to the odometer reading entered above my signature in compliance with Federal law.

**DEALER TRANSACTIONS ONLY**

14. Odometer now reads: [ ] (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: *WARNING* – Mileage ☐ is not the actual mileage.  ☐ exceeds the odometer mechanical limits.   R/S NUMBER

I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct.

DATE   SIGNATURE OF AUTHORIZED AGENT   X   PRINTED NAME OF AGENT   DEALER NAME   DEALER NUMBER

DATE   BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING   X   PRINTED NAME OF BUYER OR AGENT   DEALER NAME   DEALER NUMBER

SOLD THROUGH AUCTION IF APPLICABLE   DATE OF AUCTION   AUCTION NAME

15. Odometer now reads: [ ] (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: *WARNING* – Mileage ☐ is not the actual mileage.  ☐ exceeds the odometer mechanical limits.   R/S NUMBER

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE   SIGNATURE OF AUTHORIZED AGENT   X   PRINTED NAME OF AGENT   DEALER NAME   DEALER NUMBER

DATE   BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING   X   PRINTED NAME OF BUYER OR AGENT   SALESPERSON'S NUMBER

16. Odometer now reads: [ ] (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: *WARNING* – Mileage ☐ is not the actual mileage.  ☐ exceeds the odometer mechanical limits.   R/S NUMBER

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE   SIGNATURE OF AUTHORIZED AGENT   X   PRINTED NAME OF AGENT   DEALER NAME   DEALER NUMBER

DATE   BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING   X   PRINTED NAME OF BUYER OR AGENT   SALESPERSON'S NUMBER

*TO PROPERLY RELEASE YOUR LIABILITY, PLEASE READ AND FOLLOW INSTRUCTIONS ON REVERSE SIDE*

## NOTICE OF TRANSFER AND
## RELEASE OF LIABILITY

*MAIL THIS PORTION TO DMV-OR-FILE ONLINE AT dmv.ca.gov*

A. NEW OWNER'S *LAST NAME* (OR) COMPANY NAME | *FIRST*

B. NEW OWNER'S ADDRESS | APT NUMBER | C. ODOMETER READING (NO TENTHS)

D. CITY | STATE | ZIP CODE | E. DATE OF SALE OR LEASE RETURN | MO. | DAY | YR

F. SELLER'S OR LESSEE'S *LAST NAME* (OR) COMPANY NAME | *FIRST* | G. SELLING PRICE (NO CENTS) | WHOLE DOLLARS

H. SELLER'S OR LESSEE'S ADDRESS | APT NUMBER | I. SELLER'S OR LESSEE'S SIGNATURE | X

J. CITY | STATE | ZIP CODE

VEHICLE ID NUMBER | YR. MODEL | MAKE | PLATE NUMBER

3AKJHHDR1MSMA5558 | 2021 FRHT | 4QEX886

REG 138A (REV 10/2012)

---

## STATE OF CALIFORNIA

### CERTIFICATE OF TITLE

VEHICLE HISTORY

19120090BH1

COMMERCIAL    TITLE ONLY

VEHICLE ID NUMBER | YR MODEL | MAKE | PLATE NUMBER
3AKJHHDR1MSMA5558 | 2021 | FRHT | 4QEX886

BODY TYPE MODEL | UNLADEN WEIGHT | FUEL | TRANSFER DATE | FEES PAID | REGISTRATION EXPIRATION DATE
DS | AX 3 15500 | D | | $22 | 08/31/2020

YR 1ST SOLD | CLASS | YR | MO | EQUIPMT/TRUST NUMBER | ISSUE DATE
2020 MA | D | | BI | | 09/08/20

MOTORCYCLE ENGINE NUMBER | ODOMETER DATE | ODOMETER READING

REGISTERED OWNER(S)

KAL FREIGHT INC
1607 S CAMPUS AVE
ONTARIO CA 91761

- - - - -

I certify (or declare) under penalty of perjury under the laws of the State of California that **THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.**

1a. X
DATE | SIGNATURE OF REGISTERED OWNER

1b. X
DATE | SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads |___|___|___|___|___|___| (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

**WARNING** ☐ Odometer reading is not the actual mileage. ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE | TRANSFEROR/SELLER SIGNATURE(S) | DATE | TRANSFEREE/BUYER SIGNATURE(S)
| X | | X

PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY | PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY

## *IMPORTANT READ CAREFULLY*

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

WALLWORK FNCL CORP
PO BX 628
FARGO
ND 58107

2. X
Signature releases interest in vehicle. (Company names must be countersigned)

Release Date _____

CA198643168

025128

REG. 17 30RS (REV 02/2016)

**KEEP IN A SAFE PLACE - VOID IF ALTERED**

COMPLETE THIS FORM ONLINE AT dmv.ca.gov
AND PRINT A RECEIPT FOR YOUR RECORDS.
IF YOU MAIL THIS FORM, KEEP A COPY FOR YOUR RECORDS.

You are required by law to notify the Department of Motor Vehicles within five (5) days from the date you sell or otherwise dispose of a vehicle. This form is provided for use in reporting the sale or transfer to the Department, and does not constitute application for transfer of ownership (title). This form is to be used **ONLY** for the vehicle described on the attached title.

When this form is properly completed and the information is recorded by DMV (see WARNING below), liability for parking and/or traffic violations and civil litigation resulting from operation after the date of sale becomes the responsibility of the subsequent purchaser(s).

**WARNING: If you provide incomplete, inaccurate or unclear information, the information shall not be updated or retained.**

TO REMOVE YOUR NAME FROM DMV'S RECORDS, THE NEW OWNER MUST APPLY FOR TRANSFER USING THE ENDORSED CERTIFICATE OF TITLE (OWNERSHIP) RECEIVED FROM YOU.

## NOTICE OF TRANSFER AND RELEASE OF LIABILITY

(A) Print name of new owner.
(B) Print new owner's address.
(C) Enter odometer reading at the time of sale (motor vehicles only).
(D) Print new owner's city, state, and ZIP code.
(E) Enter date you sold or transferred the described vehicle.
(F) Print your name.
(G) Enter selling price (in whole dollars-no-cents). If vehicle is a gift, enter "0".
(H) Print your address.
(I) Sign your name where designated.
(J) Print your city, state and ZIP code.

**FILE ONLINE, OR MAIL THIS COMPLETED NOTICE TO:**

**DEPARTMENT OF MOTOR VEHICLES**
**P.O. BOX 942859**
**SACRAMENTO, CA 94259-0001**

## APPLICATION FOR TRANSFER BY NEW OWNER    (Please print or type.)

Any change of registered owner or lienholder must be recorded with the Department of Motor Vehicles (DMV) within ten (10) days. The title, transfer fee and in most instances, use tax and a smog certificate must be presented to DMV to record the ownership change.

**REGISTERED OWNER**

3a. TRUE FULL NAME(S) OF NEW REGISTERED OWNER(S) (LAST, FIRST, MIDDLE) AS IT APPEARS ON DRIVER'S LICENSE OR I.D. CARD

3b. ☐ AND  ☐ OR  (LAST, FIRST, MIDDLE)

4. RESIDENCE OR BUSINESS STREET ADDRESS — APT./SP./STE. NUMBER

5. CITY — STATE — ZIP CODE

6. COUNTY OF RESIDENCE OR COUNTY WHERE VEHICLE IS PRIMARILY GARAGED-OR-FOR TRAILER COACHES ADDRESS OR LOCATION WHERE KEPT

7. MAILING ADDRESS STREET OR P.O. BOX NUMBER (DO NOT COMPLETE IF SAME AS RESIDENCE ABOVE)

8. CITY — STATE — ZIP CODE

**OWNER**

If there is a mailing address entered on this form it is a valid, existing and accurate address. I consent to receive service of process at this mailing address pursuant to Code of Civil Procedure Sections 415.20(b), 415.30(a) and 416.90.
I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct.

9a. DATE — SIGNATURE OF NEW REGISTERED OWNER  X — DRIVER LICENSE OR ID CARD NO. — PURCHASE DATE

9b. DATE — SIGNATURE OF NEW REGISTERED OWNER  X — DRIVER LICENSE OR ID CARD NO. — PURCHASE PRICE OR IF GIFT, SO STATE

**LEASED VEH. ONLY** 10. ADDRESS OF NEW LESSEE IF DIFFERENT FROM LINE 4 ABOVE (WILL NOT BE PRINTED ON TITLE)

**NEW LIENHOLDER** 11. NAME OF LIENHOLDER – FIRM OR INDIVIDUAL HOLDING SECURITY INTEREST (IF NO LIEN, WRITE "NONE") DO NOT ENTER NAME OF REGISTERED OWNER(S) ABOVE ELECTRONIC LIENHOLDER — ELT #

12. STREET ADDRESS OR P.O. BOX NUMBER

13. CITY — STATE — ZIP CODE

## TITLE REASSIGNMENTS BY LICENSED CALIFORNIA DEALERS

FEDERAL LAW REQUIRES that you state the mileage upon transfer of ownership. Failure to complete or making a false statement may result in fines and / or imprisonment.
The signature below releases my interest in this vehicle, acknowledges the odometer mileage recorded by the seller, and certifies to the odometer reading entered above my signature in compliance with Federal law.

**DEALER TRANSACTIONS ONLY**

14. Odometer now reads: ☐☐☐☐☐☐ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: **WARNING** –Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits. R/S NUMBER
I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct.

DATE — SIGNATURE OF AUTHORIZED AGENT  X — PRINTED NAME OF AGENT — DEALER NAME — DEALER NUMBER

DATE — BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING  X — PRINTED NAME OF BUYER OR AGENT — SALESPERSON'S NUMBER

SOLD THROUGH AUCTION (IF APPLICABLE) — DATE OF AUCTION — AUCTION NAME — DEALER NUMBER

15. Odometer now reads: ☐☐☐☐☐☐ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: **WARNING** –Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits. R/S NUMBER
I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE — SIGNATURE OF AUTHORIZED AGENT  X — PRINTED NAME OF AGENT — DEALER NAME — DEALER NUMBER

DATE — BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING  X — PRINTED NAME OF BUYER OR AGENT — SALESPERSON'S NUMBER

16. Odometer now reads: ☐☐☐☐☐☐ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: **WARNING** –Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits. R/S NUMBER
I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE — SIGNATURE OF AUTHORIZED AGENT  X — PRINTED NAME OF AGENT — DEALER NAME — DEALER NUMBER

DATE — BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING  X — PRINTED NAME OF BUYER OR AGENT — SALESPERSON'S NUMBER

Case 2:25-mj-00176-DUTY Document 1-4 Filed 01/21/25 Page 10 of 14 Page ID #:56

TO PROPERLY RELEASE YOUR LIABILITY, PLEASE READ THE FOLLOWING INSTRUCTIONS ON REVERSE SIDE
SECTIONS A-J MUST BE COMPLETED IN FULL    PRINT IN CAPITAL LETTERS – USE BLACK OR BLUE INK

## NOTICE OF TRANSFER AND RELEASE OF LIABILITY

MAIL THIS PORTION TO DMV–OR–FILE ONLINE AT dmv.ca.gov

A. NEW OWNER'S LAST NAME (OR) COMPANY NAME    FIRST

B. NEW OWNER'S ADDRESS    APT NUMBER

C. ODOMETER READING (NO TENTHS)

D. CITY    STATE    ZIP CODE

E. DATE OF SALE OR LEASE RETURN    MO    DAY    YR

F. SELLER'S OR LESSEE'S LAST NAME (OR) COMPANY NAME    FIRST

G. SELLING PRICE (NO CENTS)    WHOLE DOLLARS

H. SELLER'S OR LESSEE'S ADDRESS    APT NUMBER

I. SELLER'S OR LESSEE'S SIGNATURE    X

J. CITY    STATE    ZIP CODE

VEHICLE ID NUMBER: 3AKJHHDR3MSMA5559    YR. MODEL: 2021    MAKE: FRHT    PLATE NUMBER: 4QEX887

REG 138A (REV 10/2012)

## STATE OF CALIFORNIA

### CERTIFICATE OF TITLE

191200908H1    VEHICLE HISTORY

COMMERCIAL    TITLE ONLY

VEHICLE ID NUMBER: 3AKJHHDR3MSMA5559    YR MODEL: 2021    MAKE: FRHT    PLATE NUMBER: 4QEX887

BODY TYPE MODEL: DS    AX: 3    UNLADEN WEIGHT: 15500    FUEL: D    TRANSFER DATE    FEES PAID: $22    REGISTRATION EXPIRATION DATE: 08/31/2020

YR 1ST SOLD: 2020    CLASS: MA    *YR    MO: BI    EQUIPMT/TRUST NUMBER    ISSUE DATE: 09/08/20

MOTORCYCLE ENGINE NUMBER    ODOMETER DATE    ODOMETER READING

REGISTERED OWNER(S)
KAL FREIGHT INC
1607 S CAMPUS AVE
ONTARIO CA 91761

I certify (or declare) under penalty of perjury under the laws of the State of California that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.

1a. ___ DATE ___ X ___ SIGNATURE OF REGISTERED OWNER

1b. ___ DATE ___ X ___ SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads [ ] (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

WARNING ☐ Odometer reading is not the actual mileage. ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE    TRANSFEROR/SELLER SIGNATURE(S)    X    DATE    TRANSFEREE/BUYER SIGNATURE(S)    X

PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY    PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY

### IMPORTANT READ CAREFULLY

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)
WALLWORK FNCL CORP
PO BX 628
FARGO
ND 58107

2. X ___ Signature releases interest in vehicle. (Company names must be countersigned)

Release Date ___

CA198643169

025164

REG. 17 30RS (REV 02/2016)

KEEP IN A SAFE PLACE - VOID IF ALTERED

VOID WITHOUT BEAR WATERMARK. HOLD TO LIGHT TO VIEW

**IMPORTANT NOTICE — DO NOT DETACH UNTIL SOLD**

COMPLETE THIS FORM ONLINE AT dmv.ca.gov
AND PRINT A RECEIPT FOR YOUR RECORDS.
IF YOU MAIL THIS FORM, KEEP A COPY FOR YOUR RECORDS.

You are required by law to notify the Department of Motor Vehicles within five (5) days from the date you sell or otherwise dispose of a vehicle. This form is provided for use in reporting the sale or transfer to the Department, and does not constitute application for transfer of ownership (title). **This form is to be used ONLY for the vehicle described on the attached title.**

When this form is properly completed and the information is recorded by DMV (see WARNING below), liability for parking and/or traffic violations and civil litigation resulting from operation after the date of sale becomes the responsibility of the subsequent purchaser(s).

**WARNING: If you provide incomplete, inaccurate or unclear information, the information shall not be updated or retained.**

TO REMOVE YOUR NAME FROM DMV'S RECORDS, THE NEW OWNER MUST APPLY FOR TRANSFER USING THE ENDORSED CERTIFICATE OF TITLE (OWNERSHIP) RECEIVED FROM YOU.

## NOTICE OF TRANSFER AND RELEASE OF LIABILITY

(A) Print name of new owner.
(B) Print new owner's address.
(C) Enter odometer reading at the time of sale (motor vehicles only).
(D) Print new owner's city, state, and ZIP code.
(E) Enter date you sold or transferred the described vehicle.
(F) Print your name.
(G) Enter selling price (in whole dollars-no-cents). If vehicle is a gift, enter "0".
(H) Print your address.
(I) Sign your name where designated.
(J) Print your city, state and ZIP code.

FILE ONLINE, OR MAIL THIS COMPLETED NOTICE TO:

DEPARTMENT OF MOTOR VEHICLES
P.O. BOX 942859
SACRAMENTO, CA 94259-0001

## APPLICATION FOR TRANSFER BY NEW OWNER (Please print or type.)

Any change of registered owner or lienholder must be recorded with the Department of Motor Vehicles (DMV) within ten (10) days. The title, transfer fee and in most instances, use tax and a smog certificate must be presented to DMV to record the ownership change.

**NEW REGISTERED OWNER**

3a. TRUE FULL NAME(S) OF NEW REGISTERED OWNER(S) (LAST, FIRST, MIDDLE) AS IT APPEARS ON DRIVER'S LICENSE OR I.D. CARD

3b. ☐ AND / ☐ OR (LAST, FIRST, MIDDLE)

4. RESIDENCE OR BUSINESS STREET ADDRESS — APT./SP./STE. NUMBER

5. CITY — STATE — ZIP CODE

6. COUNTY OF RESIDENCE OR COUNTY WHERE VEHICLE IS PRIMARILY GARAGED-OR-FOR TRAILER COACHES, ADDRESS OR LOCATION WHERE KEPT

7. MAILING ADDRESS STREET OR P.O. BOX NUMBER (DO NOT COMPLETE IF SAME AS RESIDENCE ABOVE)

8. CITY — STATE — ZIP CODE

If there is a mailing address entered on this form it is a valid, existing and accurate address. I consent to receive service of process at this mailing address pursuant to Code of Civil Procedure Sections 415.20(b), 415.30(a) and 416.90.

I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct.

9a. DATE — SIGNATURE OF NEW REGISTERED OWNER X — DRIVER LICENSE OR ID CARD NO. — PURCHASE DATE

9b. DATE — SIGNATURE OF NEW REGISTERED OWNER X — DRIVER LICENSE OR ID CARD NO. — PURCHASE PRICE OR IF GIFT, SO STATE

**LEASED VEH. ONLY** — 10. ADDRESS OF NEW LESSEE IF DIFFERENT FROM LINE 4 ABOVE (WILL NOT BE PRINTED ON TITLE)

**NEW LIENHOLDER**

11. NAME OF LIENHOLDER – FIRM OR INDIVIDUAL HOLDING SECURITY INTEREST (IF NO LIEN, WRITE "NONE") DO NOT ENTER NAME OF REGISTERED OWNER(S) ABOVE ELECTRONIC LIENHOLDER ID

12. STREET ADDRESS OR P.O. BOX NUMBER — ELT #

13. CITY — STATE — ZIP CODE

## TITLE REASSIGNMENTS BY LICENSED CALIFORNIA DEALERS

FEDERAL LAW REQUIRES that you state the mileage upon transfer of ownership. Failure to complete or making a false statement may result in fines and / or imprisonment.

The signature below releases my interest in this vehicle, acknowledges the odometer mileage recorded by the seller, and certifies to the odometer reading entered above my signature in compliance with Federal law.

**DEALER TRANSACTIONS ONLY**

14. Odometer now reads: ☐☐☐☐☐☐ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: **WARNING** – Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits. — R/S NUMBER

I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct.

DATE — SIGNATURE OF AUTHORIZED AGENT X — PRINTED NAME OF AGENT — DEALER NAME — DEALER NUMBER

DATE — BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING X — PRINTED NAME OF BUYER OR AGENT — SALESPERSON'S NUMBER

SOLD THROUGH AUCTION IF APPLICABLE — DATE OF AUCTION — AUCTION NAME — DEALER NUMBER

15. Odometer now reads: ☐☐☐☐☐☐ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: **WARNING** – Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits. — R/S NUMBER

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE — SIGNATURE OF AUTHORIZED AGENT X — PRINTED NAME OF AGENT — DEALER NAME — DEALER NUMBER

DATE — BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING X — PRINTED NAME OF BUYER OR AGENT — SALESPERSON'S NUMBER

16. Odometer now reads: ☐☐☐☐☐☐ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: **WARNING** – Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits. — R/S NUMBER

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE — SIGNATURE OF AUTHORIZED AGENT X — PRINTED NAME OF AGENT — DEALER NAME — DEALER NUMBER

DATE — BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING X — PRINTED NAME OF BUYER OR AGENT — SALESPERSON'S NUMBER

*TO PROPERLY RELEASE YOUR LIABILITY, PLEASE READ AND FOLLOW INSTRUCTIONS ON REVERSE SIDE*
*SECTIONS A-K MUST BE COMPLETED IN FULL — PRINT IN CAPITAL LETTERS — USE BLACK OR BLUE INK*

## NOTICE OF TRANSFER AND RELEASE OF LIABILITY

*MAIL THIS PORTION TO DMV-OR-FILE ONLINE AT dmv.ca.gov*

A. NEW OWNER'S *LAST* NAME (OR) COMPANY NAME    *FIRST*

B. NEW OWNER'S ADDRESS    APT NUMBER

C. ODOMETER READING (NO TENTHS)

D. CITY    STATE    ZIP CODE

E. DATE OF SALE OR LEASE RETURN   MO   DAY   YR

F. SELLER'S OR LESSEE'S *LAST* NAME (OR) COMPANY NAME    *FIRST*

G. SELLING PRICE (NO CENTS)   WHOLE DOLLARS

H. SELLER'S OR LESSEE'S ADDRESS    APT NUMBER

I. SELLER'S OR LESSEE'S SIGNATURE   X

J. CITY    STATE    ZIP CODE

| VEHICLE ID NUMBER | YR. MODEL | MAKE | PLATE NUMBER |
|---|---|---|---|
| 3AKJHHDRXMSMA5560 | 2021 FRHT | | 4QEX888 |

REG 138A (REV 10/2012)

---

## STATE OF CALIFORNIA

### CERTIFICATE OF TITLE

19120090BH1

COMMERCIAL    TITLE ONLY

VEHICLE HISTORY

| VEHICLE ID NUMBER | YR MODEL | MAKE | PLATE NUMBER |
|---|---|---|---|
| 3AKJHHDRXMSMA5560 | 2021 | FRHT | 4QEX888 |

| BODY TYPE MODEL | AX | UNLADEN WEIGHT | FUEL | TRANSFER DATE | FEES PAID | REGISTRATION EXPIRATION DATE |
|---|---|---|---|---|---|---|
| DS | 3 | 15500 | D | | $22 | 08/31/2020 |

| YR 1ST SOLD | CLASS | YR | MO | EQUIPMT/TRUST NUMBER | ISSUE DATE |
|---|---|---|---|---|---|
| 2020 | MA | *YR | BI | | 09/08/20 |

MOTORCYCLE ENGINE NUMBER    ODOMETER DATE    ODOMETER READING

REGISTERED OWNER(S)

KAL FREIGHT INC
1607 S CAMPUS AVE
ONTARIO CA 91761

-----

I certify (or declare) under penalty of perjury under the laws of the State of California that **THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.**

1a.   DATE   X    SIGNATURE OF REGISTERED OWNER

1b.   DATE   X    SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads ___,___,___ (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

WARNING ☐ Odometer reading is not the actual mileage. ☐ Mileage exceeds the odometer mechanical limits.

*I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

| DATE | TRANSFEROR/SELLER SIGNATURE(S) | DATE | TRANSFEREE/BUYER SIGNATURE(S) |
|---|---|---|---|
| | X | | X |

PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY    PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY

**IMPORTANT READ CAREFULLY**
Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

WALLWORK FNCL CORP
PO BX 628
FARGO
ND 58107

2. X
Signature releases interest in vehicle. (Company names must be countersigned)

Release Date _____

CA198643170

025130

REG. 17 30RS (REV. 02/2016)

**KEEP IN A SAFE PLACE - VOID IF ALTERED**

VOID WITHOUT BEAR WATERMARK. HOLD TO LIGHT TO VIEW.

COMPLETE THIS FORM ONLINE AT dmv.ca.gov
AND PRINT A RECEIPT FOR YOUR RECORDS.
IF YOU MAIL THIS FORM, KEEP A COPY FOR YOUR RECORDS.

NOTICE OF TRANSFER AND
RELEASE OF LIABILITY

You are required by law to notify the Department of Motor Vehicles within five (5) days from the date you sell or otherwise dispose of a vehicle. This form is provided for use in reporting the sale or transfer to the Department, and does not constitute application for transfer of ownership (title). **This form is to be used ONLY for the vehicle described on the attached title.**

When this form is properly completed and the information is recorded by DMV (see WARNING below), liability for parking and/or traffic violations and civil litigation resulting from operation after the date of sale becomes the responsibility of the subsequent purchaser(s).

**WARNING: If you provide incomplete, inaccurate or unclear information, the information shall not be updated or retained.**

TO REMOVE YOUR NAME FROM DMV'S RECORDS, THE NEW OWNER MUST APPLY FOR TRANSFER USING THE ENDORSED CERTIFICATE OF TITLE (OWNERSHIP) RECEIVED FROM YOU.

(A)  Print name of new owner.
(B)  Print new owner's address.
(C)  Enter odometer reading at the time of sale (motor vehicles only).
(D)  Print new owner's city, state, and ZIP code.
(E)  Enter date you sold or transferred the described vehicle.
(F)  Print your name.
(G)  Enter selling price (in whole dollars-no cents). If vehicle is a gift, enter "0".
(H)  Print your address.
(I)  Sign your name where designated.
(J)  Print your city, state and ZIP code.

FILE ONLINE, OR MAIL THIS COMPLETED NOTICE TO:

DEPARTMENT OF MOTOR VEHICLES
P.O. BOX 942859
SACRAMENTO, CA 94259-0001

## APPLICATION FOR TRANSFER BY NEW OWNER     *(Please print or type.)*

Any change of registered owner or lienholder must be recorded with the Department of Motor Vehicles (DMV) within ten (10) days. The title, transfer fee and in most instances, use tax and a smog certificate must be presented to DMV to record the ownership change.

**NEW REGISTERED OWNER**

3a. TRUE FULL NAME(S) OF NEW REGISTERED OWNER(S) (LAST, FIRST, MIDDLE) AS IT APPEARS ON DRIVER'S LICENSE OR I.D. CARD

3b. ☐ AND    (LAST, FIRST, MIDDLE)
    ☐ OR

4. RESIDENCE OR BUSINESS STREET ADDRESS                        APT./SP./STE. NUMBER

5. CITY                                          STATE    ZIP CODE

6. COUNTY OF RESIDENCE OR COUNTY WHERE VEHICLE IS PRIMARILY GARAGED-OR-FOR TRAILER COACHES, ADDRESS OR LOCATION WHERE KEPT

7. MAILING ADDRESS STREET OR P.O. BOX NUMBER (DO NOT COMPLETE IF SAME AS RESIDENCE ABOVE)

8. CITY                                          STATE    ZIP CODE

If there is a mailing address entered on this form it is a valid, existing and accurate address. I consent to receive service of process at this mailing address pursuant to Code of Civil Procedure Sections 415.20(b), 415.30(a) and 416.90.
I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct.

| 9a. DATE | SIGNATURE OF NEW REGISTERED OWNER X | DRIVER LICENSE OR ID CARD NO. | PURCHASE DATE |
| 9b. DATE | SIGNATURE OF NEW REGISTERED OWNER X | DRIVER LICENSE OR ID CARD NO. | PURCHASE PRICE OR IF GIFT, SO STATE |

**LEASED VEH. ONLY** 10. ADDRESS OF NEW LESSEE IF DIFFERENT FROM LINE 4 ABOVE (WILL NOT BE PRINTED ON TITLE)

**NEW LIENHOLDER**

11. NAME OF LIENHOLDER - FIRM OR INDIVIDUAL HOLDING SECURITY INTEREST (IF NO LIEN, WRITE "NONE") DO NOT ENTER NAME OF REGISTERED OWNER(S) ABOVE    ELT #

12. STREET ADDRESS OR P.O. BOX NUMBER

13. CITY                                          STATE    ZIP CODE

## TITLE REASSIGNMENTS BY LICENSED CALIFORNIA DEALERS.

FEDERAL LAW REQUIRES that you state the mileage upon transfer of ownership. Failure to complete or making a false statement may result in fines and / or imprisonment.
The signature below releases my interest in this vehicle, acknowledges the odometer mileage recorded by the seller, and certifies to the odometer reading entered above my signature in compliance with Federal law.

**DEALER TRANSACTIONS ONLY**

14. Odometer now reads: ☐☐☐☐☐☐ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: **WARNING** - Mileage ☐ is not the actual mileage.  ☐ exceeds the odometer mechanical limits.    R/S NUMBER
I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct.

| DATE | SIGNATURE OF AUTHORIZED AGENT X | PRINTED NAME OF AGENT | DEALER NAME | DEALER NUMBER |
| | BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING X | PRINTED NAME OF BUYER OR AGENT | | SALESPERSON'S NUMBER |

| SOLD THROUGH AUCTION IF APPLICABLE | DATE OF AUCTION | AUCTION NAME | | DEALER NUMBER |

15. Odometer now reads: ☐☐☐☐☐☐ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: **WARNING** - Mileage ☐ is not the actual mileage.  ☐ exceeds the odometer mechanical limits.    R/S NUMBER
I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | SIGNATURE OF AUTHORIZED AGENT X | PRINTED NAME OF AGENT | DEALER NAME | DEALER NUMBER |
| | BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING X | PRINTED NAME OF BUYER OR AGENT | | SALESPERSON'S NUMBER |

16. Odometer now reads: ☐☐☐☐☐☐ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: **WARNING** - Mileage ☐ is not the actual mileage.  ☐ exceeds the odometer mechanical limits.    R/S NUMBER
I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | SIGNATURE OF AUTHORIZED AGENT X | PRINTED NAME OF AGENT | DEALER NAME | DEALER NUMBER |
| | BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING X | PRINTED NAME OF BUYER OR AGENT | | SALESPERSON'S NUMBER |

TO PROPERLY RELEASE YOUR LIABILITY, PLEASE READ INSTRUCTIONS ON PAGE 2.

SECTIONS A-J MUST BE COMPLETED IN FULL     PRINT IN CAPITAL LETTERS – USE BLACK OR BLUE INK

## NOTICE OF TRANSFER AND
## RELEASE OF LIABILITY

*MAIL THIS PORTION TO DMV–OR–FILE ONLINE AT dmv.ca.gov*

A. NEW OWNER'S *LAST NAME* (OR) COMPANY NAME     *FIRST*

B. NEW OWNER'S ADDRESS     APT NUMBER     C. ODOMETER READING (NO TENTHS)

D. CITY     STATE     ZIP CODE     E. DATE OF SALE OR LEASE RETURN   MO   DAY   YR

F. SELLER'S OR LESSEE'S *LAST NAME* (OR) COMPANY NAME     *FIRST*     G. SELLING PRICE (NO CENTS)   WHOLE DOLLARS

H. SELLER'S OR LESSEE'S ADDRESS     APT NUMBER     I. SELLER'S OR LESSEE'S SIGNATURE

X

J. CITY     STATE     ZIP CODE

VEHICLE ID NUMBER     YR. MODEL   MAKE     PLATE NUMBER

3AKJHHDR9MSMA5551     2021 FRHT     4QEX883

REG 138A (REV 10/2012)

---



## STATE OF CALIFORNIA

1912009081     ## CERTIFICATE OF TITLE     VEHICLE HISTORY

COMMERCIAL     TITLE ONLY

VEHICLE ID NUMBER     YR MODEL   MAKE     PLATE NUMBER
3AKJHHDR9MSMA5551     2021 FRHT     4QEX883

BODY TYPE MODEL     AX   UNLADEN WEIGHT   FUEL   TRANSFER DATE   FEES PAID     REGISTRATION EXPIRATION DATE
DS     3   15500   D     $22     08/31/2020

YR 1ST SOLD   CLASS   YR   MO   EQUIPMT/TRUST NUMBER     ISSUE DATE
2020   MA   BI     09/08/20

MOTORCYCLE ENGINE NUMBER     ODOMETER DATE   ODOMETER READING

REGISTERED OWNER(S)
KAL FREIGHT INC
1607 S CAMPUS AVE
ONTARIO CA 91761

-----

I certify (or declare) under penalty of perjury under the laws of the State of California that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.

1a ____  DATE     X _____  SIGNATURE OF REGISTERED OWNER

1b ____  DATE     X _____  SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads | | | | | | | (no tenths) miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

WARNING   ☐ Odometer reading is **not** the actual mileage.   ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE     TRANSFEROR/SELLER SIGNATURE(S)     DATE     TRANSFEREE/BUYER SIGNATURE(S)
X     X
PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY     PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY

## IMPORTANT READ CAREFULLY
Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)
WALLWORK FNCL CORP
PO BX 628
FARGO
ND 58107

2. X _____
Signature releases interest in vehicle. (Company names must be countersigned)
Release Date _____

CA198643165

025123     REG. 17.30RS (REV 02/2016)

**KEEP IN A SAFE PLACE - VOID IF ALTERED**

VOID WITHOUT BEAR WATERMARK, HOLD TO LIGHT TO VIEW

*IMPORTANT NOTICE — DO NOT DETACH UNTIL SOLD*

COMPLETE THIS FORM ONLINE AT dmv.ca.gov
AND PRINT A RECEIPT FOR YOUR RECORDS.
IF YOU MAIL THIS FORM, KEEP A COPY FOR YOUR RECORDS.

You are required by law to notify the Department of Motor Vehicles within five (5) days from the date you sell or otherwise dispose of a vehicle. This form is provided for use in reporting the sale or transfer to the Department, and does not constitute application for transfer of ownership (title). *This form is to be used ONLY for the vehicle described on the attached title.*

When this form is properly completed and the information is recorded by DMV (see WARNING below), liability for parking and/or traffic violations and civil litigation resulting from operation after the date of sale becomes the responsibility of the subsequent purchaser(s).

**WARNING:** If you provide incomplete, inaccurate or unclear information, the information shall not be updated or retained.

TO REMOVE YOUR NAME FROM DMV'S RECORDS, THE NEW OWNER MUST APPLY FOR TRANSFER USING THE ENDORSED CERTIFICATE OF TITLE (OWNERSHIP) RECEIVED FROM YOU.

**NOTICE OF TRANSFER AND RELEASE OF LIABILITY**

INSTRUCTIONS FOR DMV LINK

(A) Print name of new owner.
(B) Print new owner's address.
(C) Enter odometer reading at the time of sale (motor vehicles only).
(D) Print new owner's city, state, and ZIP code.
(E) Enter date you sold or transferred the described vehicle.
(F) Print your name.
(G) Enter selling price (in whole dollars-no cents). If vehicle is a gift, enter "0".
(H) Print your address.
(I) Sign your name where designated.
(J) Print your city, state and ZIP code.

FILE ONLINE, OR MAIL THIS COMPLETED NOTICE TO:

DEPARTMENT OF MOTOR VEHICLES
P.O. BOX 942859
SACRAMENTO, CA 94259-0001

## APPLICATION FOR TRANSFER BY NEW OWNER    *(Please print or type.)*

Any change of registered owner or lienholder must be recorded with the Department of Motor Vehicles (DMV) within ten (10) days. The title, transfer fee and in most instances, use tax and a smog certificate must be presented to DMV to record the ownership change.

**NEW REGISTERED OWNER**

3a. TRUE FULL NAME(S) OF NEW REGISTERED OWNER(S) (LAST, FIRST, MIDDLE) AS IT APPEARS ON DRIVER'S LICENSE OR I.D. CARD

3b. ☐ AND / ☐ OR    (LAST, FIRST, MIDDLE)

4. RESIDENCE OR BUSINESS STREET ADDRESS    APT./SP./STE. NUMBER

5. CITY    STATE    ZIP CODE

6. COUNTY OF RESIDENCE OR COUNTY WHERE VEHICLE IS PRIMARILY GARAGED-OR-FOR TRAILER COACHES, ADDRESS OR LOCATION WHERE KEPT

7. MAILING ADDRESS STREET OR P.O. BOX NUMBER (DO NOT COMPLETE IF SAME AS RESIDENCE ABOVE)

8. CITY    STATE    ZIP CODE

If there is a mailing address entered on this form it is a valid, existing and accurate address. I consent to receive service of process at this mailing address pursuant to Code of Civil Procedure Sections 415.20(b), 415.30(a) and 416.90.
I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct.

9a. DATE    SIGNATURE OF NEW REGISTERED OWNER    X    DRIVER LICENSE OR ID CARD NO.    PURCHASE DATE

9b. DATE    SIGNATURE OF NEW REGISTERED OWNER    X    DRIVER LICENSE OR ID CARD NO.    PURCHASE PRICE OR IF GIFT, SO STATE

**LEASED VEH. ONLY**    10. ADDRESS OF NEW LESSEE IF DIFFERENT FROM LINE 4 ABOVE (WILL NOT BE PRINTED ON TITLE)

**NEW LIENHOLDER**

11. NAME OF LIENHOLDER – FIRM OR INDIVIDUAL HOLDING SECURITY INTEREST (IF NO LIEN, WRITE "NONE") DO NOT ENTER NAME OF REGISTERED OWNER(S) ABOVE    ELECTRONIC LIENHOLDER ID    ELT #

12. STREET ADDRESS OR P.O. BOX NUMBER

13. CITY    STATE    ZIP CODE

## TITLE REASSIGNMENTS BY LICENSED CALIFORNIA DEALERS

FEDERAL LAW REQUIRES that you state the mileage upon transfer of ownership. Failure to complete or making a false statement may result in fines and / or imprisonment.
The signature below releases my interest in this vehicle, acknowledges the odometer mileage recorded by the seller, and certifies to the odometer reading entered above my signature in compliance with Federal law.

**DEALER TRANSACTIONS ONLY**

14. Odometer now reads: ☐☐☐☐☐☐ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: **WARNING** - Mileage ☐ is not the actual mileage.    ☐ exceeds the odometer mechanical limits.    R/S NUMBER
I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct.

DATE    SIGNATURE OF AUTHORIZED AGENT    X    PRINTED NAME OF AGENT    DEALER NAME    DEALER NUMBER

DATE    BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING    X    PRINTED NAME OF BUYER OR AGENT    SALESPERSON'S NUMBER    DEALER NUMBER

SOLD THROUGH AUCTION IF APPLICABLE    DATE OF SALE    AUCTION NAME

15. Odometer now reads: ☐☐☐☐☐☐ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: **WARNING** - Mileage ☐ is not the actual mileage.    ☐ exceeds the odometer mechanical limits.    R/S NUMBER
I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE    SIGNATURE OF AUTHORIZED AGENT    X    PRINTED NAME OF AGENT    DEALER NAME    DEALER NUMBER

DATE    BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING    X    PRINTED NAME OF BUYER OR AGENT    SALESPERSON'S NUMBER    DEALER NUMBER

16. Odometer now reads: ☐☐☐☐☐☐ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: **WARNING** - Mileage ☐ is not the actual mileage.    ☐ exceeds the odometer mechanical limits.    R/S NUMBER
I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE    SIGNATURE OF AUTHORIZED AGENT    X    PRINTED NAME OF AGENT    DEALER NAME    DEALER NUMBER

DATE    BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING    X    PRINTED NAME OF BUYER OR AGENT    SALESPERSON'S NUMBER

# EXHIBIT 3

# (Payment History for Contract 004)

| Contract ID | Effective Date | Posting Date | Total Payment | Reference Nbr | Prin/Pmt | Int/Pmt | Late Fee Pmt |
|---|---|---|---|---|---|---|---|
| 12419-004 | 8/3/2020 | 8/7/2020 | $500.00 | | $0.00 | $0.00 | $0.00 |
| 12419-004 | 11/3/2020 | 11/3/2020 | $40,716.04 | ACH | $22,191.01 | $18,525.03 | $0.00 |
| 12419-004 | 12/3/2020 | 12/3/2020 | $40,716.04 | ACH | $34,617.78 | $6,098.26 | $0.00 |
| 12419-004 | 1/18/2021 | 1/19/2021 | $40,716.04 | ONLINE | $31,748.22 | $8,967.82 | $0.00 |
| 12419-004 | 1/18/2021 | 1/21/2021 | ($40,716.04) | ONLINE | ($31,748.22) | ($8,967.82) | $0.00 |
| 12419-004 | 1/22/2021 | 1/25/2021 | $40,716.04 | ONLINE | $30,951.08 | $9,764.96 | $0.00 |
| 12419-004 | 1/22/2021 | 1/27/2021 | ($40,716.04) | ONLINE | ($30,951.08) | ($9,764.96) | $0.00 |
| 12419-004 | 2/3/2021 | 2/3/2021 | $40,716.04 | ONLINE | $28,758.95 | $11,957.09 | $0.00 |
| 12419-004 | 2/3/2021 | 2/5/2021 | ($40,716.04) | ONLINE | ($28,758.95) | ($11,957.09) | $0.00 |
| 12419-004 | 2/8/2021 | 2/8/2021 | $40,716.04 | 9343 | $27,762.52 | $12,953.52 | $0.00 |
| 12419-004 | 2/12/2021 | 2/12/2021 | $40,716.04 | 9543 | $39,931.70 | $784.34 | $0.00 |
| 12419-004 | 3/1/2021 | 3/1/2021 | $15.00 | 9570 | $15.00 | $0.00 | $0.00 |
| 12419-004 | 3/3/2021 | 3/3/2021 | $40,716.04 | 9878 | $36,694.94 | $4,021.10 | $0.00 |
| 12419-004 | 4/1/2021 | 4/1/2021 | $40,716.04 | 10621 | $35,473.06 | $5,242.98 | $0.00 |
| 12419-004 | 4/26/2021 | 4/26/2021 | $40,716.04 | 10693 | $36,137.04 | $4,579.00 | $0.00 |
| 12419-004 | 6/2/2021 | 6/2/2021 | $37,323.04 | 10942 | $31,759.29 | $5,563.75 | $0.00 |
| 12419-004 | 6/30/2021 | 6/30/2021 | $37,323.04 | ONLINE | $32,831.37 | $4,491.67 | $0.00 |
| 12419-004 | 6/30/2021 | 6/30/2021 | $3,393.00 | ONLINE | $3,393.00 | $0.00 | $0.00 |
| 12419-004 | 6/30/2021 | 7/6/2021 | ($3,393.00) | ONLINE | ($3,393.00) | $0.00 | $0.00 |
| 12419-004 | 6/30/2021 | 7/6/2021 | ($37,323.04) | ONLINE | ($32,831.37) | ($4,491.67) | $0.00 |
| 12419-004 | 7/9/2021 | 7/9/2021 | $37,323.04 | 12745 | $31,387.62 | $5,935.42 | $0.00 |
| 12419-004 | 8/10/2021 | 8/10/2021 | $37,323.00 | 14035 | $32,462.24 | $4,860.76 | $0.00 |
| 12419-004 | 8/31/2021 | 8/31/2021 | $0.04 | 14686 | $0.00 | $0.04 | $0.00 |
| 12419-004 | 8/31/2021 | 8/31/2021 | $37,323.04 | 14686 | $34,108.89 | $3,214.15 | $0.00 |
| 12419-004 | 9/28/2021 | 9/28/2021 | $37,323.04 | 15525 | $33,296.68 | $4,026.36 | $0.00 |
| 12419-004 | 11/10/2021 | 11/10/2021 | $37,323.04 | 16839 | $31,221.02 | $6,102.02 | $0.00 |
| 12419-004 | 12/6/2021 | 12/6/2021 | $37,323.04 | 17556 | $33,639.17 | $3,683.87 | $0.00 |
| 12419-004 | 12/28/2021 | 12/28/2021 | $37,323.04 | 18151 | $34,291.24 | $3,031.80 | $0.00 |
| 12419-004 | 2/1/2022 | 2/1/2022 | $37,323.04 | 19050 | $32,905.78 | $4,417.26 | $0.00 |
| 12419-004 | 3/3/2022 | 3/3/2022 | $37,323.04 | 19317 | $33,161.03 | $4,162.01 | $0.00 |
| 12419-004 | 3/31/2022 | 3/31/2022 | $37,323.04 | 20535 | $33,788.32 | $3,534.72 | $0.00 |
| 12419-004 | 5/9/2022 | 5/9/2022 | $37,323.04 | 21234 | $32,673.92 | $4,649.12 | $0.00 |
| 12419-004 | 6/6/2022 | 6/6/2022 | $37,323.04 | 21486 | $34,121.42 | $3,201.62 | $0.00 |
| 12419-004 | 7/5/2022 | 7/11/2022 | $37,323.04 | 24065 | $33,998.33 | $3,324.71 | $0.00 |
| 12419-004 | 8/12/2022 | 8/15/2022 | $33,930.04 | 25192 | $30,225.76 | $3,704.28 | $0.00 |
| 12419-004 | 9/1/2022 | 9/1/2022 | $33,930.04 | 25659 | $32,083.70 | $1,846.34 | $0.00 |
| 12419-004 | 10/3/2022 | 10/3/2022 | $33,930.04 | 27274 | $30,938.78 | $2,991.26 | $0.00 |
| 12419-004 | 11/3/2022 | 11/3/2022 | $33,930.04 | 28144 | $31,232.73 | $2,697.31 | $0.00 |
| 12419-004 | 12/1/2022 | 12/1/2022 | $33,930.04 | 29151 | $31,513.36 | $2,416.68 | $0.00 |
| 12419-004 | 1/6/2023 | 1/6/2023 | $33,930.04 | 30104 | $31,036.33 | $2,893.71 | $0.00 |
| 12419-004 | 2/6/2023 | 2/6/2023 | $33,930.04 | 31632 | $31,557.06 | $2,372.98 | $0.00 |
| 12419-004 | 3/8/2023 | 3/8/2023 | $33,930.04 | 32638 | $31,515.27 | $2,414.77 | $0.00 |
| 12419-004 | 4/4/2023 | 4/4/2023 | $33,930.04 | 32924 | $32,062.50 | $1,867.54 | $0.00 |
| 12419-004 | 5/8/2023 | 5/8/2023 | $30,537.04 | 34450 | $28,459.00 | $2,078.04 | $0.00 |

| Contract ID | Effective Date | Posting Date | Total Payment | Reference Nbr | Prin/Pmt | Int/Pmt | Late Fee Pmt |
|---|---|---|---|---|---|---|---|
| 12419-004 | 6/5/2023 | 6/5/2023 | $30,537.04 | ONLINE | $28,970.00 | $1,567.04 | $0.00 |
| 12419-004 | 6/5/2023 | 6/7/2023 | ($30,537.04) | ONLINE | ($28,970.00) | ($1,567.04) | $0.00 |
| 12419-004 | 6/13/2023 | 6/13/2023 | $30,537.04 | 36495 | $28,505.69 | $2,031.35 | $0.00 |
| 12419-004 | 7/3/2023 | 7/5/2023 | $30,537.04 | ONLINE | $29,441.99 | $1,095.05 | $0.00 |
| 12419-004 | 7/3/2023 | 7/7/2023 | ($30,537.04) | ONLINE | ($29,441.99) | ($1,095.05) | $0.00 |
| 12419-004 | 7/10/2023 | 7/11/2023 | $30,537.04 | CBP | $29,058.72 | $1,478.32 | $0.00 |
| 12419-004 | 7/10/2023 | 7/13/2023 | ($30,537.04) | CBP | ($29,058.72) | ($1,478.32) | $0.00 |
| 12419-004 | 7/13/2023 | 7/14/2023 | $30,537.04 | CBP | $28,894.46 | $1,642.58 | $0.00 |
| 12419-004 | 7/13/2023 | 7/18/2023 | ($30,537.04) | CBP | ($28,894.46) | ($1,642.58) | $0.00 |
| 12419-004 | 7/25/2023 | 7/25/2023 | $32,063.89 | 37528 | $28,237.43 | $2,299.61 | $1,526.85 |
| 12419-004 | 8/1/2023 | 8/1/2023 | $30,537.04 | 37624 | $30,228.06 | $308.98 | $0.00 |
| 12419-004 | 9/5/2023 | 9/5/2023 | $30,537.04 | 40013 | $28,904.61 | $1,632.43 | $0.00 |
| 12419-004 | 10/3/2023 | 10/4/2023 | $3,253.99 | | $3,114.98 | $139.01 | $0.00 |
| 12419-004 | 10/3/2023 | 10/4/2023 | $139.01 | | $139.01 | $0.00 | $0.00 |
| 12419-004 | 10/3/2023 | 10/4/2023 | $169.65 | WIRE | $169.65 | $0.00 | $0.00 |
| 12419-004 | 10/4/2023 | 10/5/2023 | $27,144.04 | ONLINE | $25,992.29 | $1,151.75 | $0.00 |
| 12419-004 | 10/4/2023 | 10/10/2023 | ($27,144.04) | ONLINE | ($25,992.29) | ($1,151.75) | $0.00 |
| 12419-004 | 10/17/2023 | 10/17/2023 | $27,144.00 | WIRE | $25,476.20 | $1,667.80 | $0.00 |
| 12419-004 | 11/6/2023 | 11/6/2023 | $0.04 | 40385 | $0.04 | $0.04 | $0.00 |
| 12419-004 | 11/6/2023 | 11/6/2023 | $23,751.04 | 40385 | $23,204.28 | $546.76 | $0.00 |
| 12419-004 | 11/6/2023 | 11/6/2023 | $3,393.00 | 40385 | $3,393.00 | $0.00 | $0.00 |
| 12419-004 | 12/4/2023 | 12/5/2023 | $20,358.04 | ONLINE | $19,543.27 | $814.77 | $0.00 |
| 12419-004 | 12/4/2023 | 12/5/2023 | $3,393.00 | ONLINE | $3,393.00 | $0.00 | $0.00 |
| 12419-004 | 1/3/2024 | 1/4/2024 | $20,358.04 | ONLINE | $19,590.86 | $767.18 | $0.00 |
| 12419-004 | 1/3/2024 | 1/4/2024 | $3,393.00 | ONLINE | $3,393.00 | $0.00 | $0.00 |
| 12419-004 | 2/12/2024 | 2/13/2024 | $20,358.04 | ONLINE | $19,429.64 | $928.40 | $0.00 |
| 12419-004 | 2/12/2024 | 2/13/2024 | $3,393.00 | ONLINE | $3,393.00 | $0.00 | $0.00 |
| 12419-004 | 3/13/2024 | 3/14/2024 | $20,358.04 | ONLINE | $19,701.64 | $656.40 | $0.00 |
| 12419-004 | 3/13/2024 | 3/14/2024 | $3,393.00 | ONLINE | $3,393.00 | $0.00 | $0.00 |
| 12419-004 | 4/16/2024 | 4/17/2024 | $20,358.04 | ONLINE | $19,747.15 | $610.89 | $0.00 |
| 12419-004 | 5/29/2024 | 5/30/2024 | $24,938.59 | ONLINE | $23,052.91 | $698.13 | $1,187.55 |
| 12419-004 | 6/20/2024 | 6/21/2024 | $24,938.59 | ONLINE | $23,465.90 | $285.14 | $1,187.55 |
| 12419-004 | 7/17/2024 | 7/18/2024 | $24,938.50 | ONLINE | $23,457.47 | $293.57 | $1,187.46 |
| 12419-004 | 8/13/2024 | 8/14/2024 | $23,751.04 | ONLINE | $23,538.66 | $212.38 | $0.00 |

# EXHIBIT 4

# (Contract 005)



401 38th Street SW
P.O. Box 628
Fargo, ND 58107-0628

# Combination Loan and Security Agreement
### (For Commercial Use Only)

**Name and Address of Debtor**

Kal Freight Inc
10156 Live Oak Avenue
Fontana, CA 92335

Note# 12419-005

This Agreement dated as of *April 20, 2023* by the debtor named above ("Debtor") in favor of Wallwork Financial Corporation ("Secured Party").

1.    **Loan.** For value received, Debtor hereby promises to pay to the order of Secured Party at its main office in Fargo, ND or as otherwise directed by Secured Party in lawful money of the United States of America the principal sum of *$1,723,142.35* together with interest on the unpaid balance hereof in equal consecutive monthly installments according to the Payment Schedule set forth below; provided, however, that Debtor and Secured Party may agree to an Irregular Payment Schedule, in which case the Payment Schedule shall be set forth in an attached Irregular Payment Schedule. The first payment period shall begin on the date the loan proceeds are disbursed hereunder. The first installment shall be payable on the first payment due date set forth below (which may be the same as the date the first payment period begins). Subsequent installments shall be payable on the first day of each payment period beginning after the first payment period. Debtor agrees that the date the first payment period begins and the first payment due date may be left blank when this Agreement is executed and hereby authorizes Secured Party to insert such dates based upon the date the loan proceeds are disbursed. Any installment not paid within ten (10) days of when due shall be subject to a late charge of up to 5.0% of the amount of the installment but in any event not more than permitted by applicable law.

**Payment Schedule:**

| | |
|---|---|
| First payment due:  June 4, 2023 | Principal amount of loan proceeds disbursed:  $1,723,142.35 |
| Number of Installments:  60 | Amount of each installment:  $34,560.85 |
| Payment Period:  Monthly | Annual Interest rate used in computing payment schedule:  7.42 % |

This Loan may be prepaid in whole at any time by paying to Secured Party the unpaid principal balance of this Loan, together with accrued but unpaid interest late charges and unpaid fees, plus a prepayment premium of 5% of the principal amount prepaid if prepaid during months 1 - 12, 4% during months 13 – 24, 3% during months 25 – 36 and a $250 processing fee thereafter, or the maximum rate allowed under applicable law if lower.

This Loan shall not be prepaid in part except as a result of a disposition of an item of collateral which secures this Loan. The amount of such partial prepayment relative to an item of collateral shall be equal to a principal amount, as reasonably determined in Secured Party's sole discretion, together with accrued but unpaid interest, plus a prepayment premium calculated in accordance with the preceding paragraph with respect to the principal amount prepaid. Nothing contained in this paragraph shall be construed as an authorization by Secured Party to Debtor to sell or otherwise dispose of an item of collateral which secures this Loan. Such sale or disposition of an item of collateral by Debtor shall be made solely in accordance with the terms of this Agreement or other agreement pursuant to which Debtor pledged such item of collateral to Secured Party. Debtor may remit to Secured Party amounts in excess of an installment that is due hereunder and Secured Party shall apply such amount to the next maturing installment(s), unless otherwise directed by Debtor. Payment of amounts in excess of the installment that is due or installments prior to the due date thereof shall not be treated as a prepayment or result in a change to either the total number of installments or the total sum of all installments payable under this loan.

The Debtor's obligation to re-pay the principal amount of this Loan together with interest and all other amounts payable by Debtor as set forth herein is absolute, unconditional and irrevocable, and all such amounts shall be paid by Debtor in accordance with the terms hereof without any abatement, reduction, setoff or defense of any kind.

2.    **Definitions**.  The following terms have the following meanings in this Agreement:

"Collateral" – Means all property in which a security interest is granted hereunder.

"Equipment" means the following described equipment of the Debtor, together with all accessories, attachments, parts, repairs, additions, and replacement attached thereto or incorporated therein: * See Attached "Equipment Schedule" dated April 20, 2023 *

After Debtor signs this Agreement, Debtor authorizes Secured Party to insert any missing information or change any inaccurate information (such as the model, year of the Equipment, or its serial number or VIN) into this Equipment Schedule.

"Guarantor" means any guarantor of the Loan.

"Loan" means the loan evidenced by paragraph 1 of this Agreement.

"Obligations" means (a) the Loan and all other obligations of Debtor to Secured Party under this Agreement and (b) each and every other obligation Debtor may now or at any time in the future owe to Secured Party.

1

DocuSign Envelope ID: D0F6F149-EBA5-4647-B430-D9C6F127CFE1

**Wallwork**
FINANCIAL

401 38th Street SW
P.O. Box 628
Fargo, ND 58107-0628

# Combination Loan and Security Agreement

(For Commercial Use Only)

**Note# 12419-005**

3. **Security Interest**. To secure payment of the Obligations, Debtor hereby grants Secured Party a security interest in the Equipment and in the proceeds thereof.

4. **Representations and Agreements**. Debtor hereby represents and agrees as follows:

(a) **Authorization**. (i) If Debtor is not an individual, the execution, delivery and performance of this Agreement has been duly authorized by all necessary action on the part of the Debtor and will not violate any provision of the Debtor's governing documents; (ii) the person signing on behalf of Debtor is duly authorized; (iii) all information provided by Debtor to Secured Party in connection with this Agreement is true and correct; and (iv) this Agreement constitutes a legal, valid and binding obligation of Debtor, enforceable against Debtor in accordance with its terms.

(b) **Business Location; Name**. Debtor shall not change its name or business address from that set forth above, and, if an individual, shall not change the state of residence, and, if not an individual, shall not change the state of organization, unless it shall have given Secured Party or its assigns no less than thirty (30) days' prior written notice thereof.

(c) **Contact Information**. Debtor agrees to provide Secured Party any new or changes to phone number, email address, or fax number as soon as practicable.

(d) **Business Purpose; Lawful Use**. The Equipment will be used exclusively for business purposes as opposed to personal, family or household purposes. Debtor will comply with all laws and regulations applicable to the Equipment and its use.

(e) **Clear Title; Authorization to Pay Loan Proceeds**. Debtor authorizes Secured Party to disburse the Loan proceeds directly to the seller of the Equipment to the extent of the unpaid purchase price. Secured Party may receive credits, rebates, discounts or other monetary incentives (any, an "incentive") from the seller and/or manufacturer of the Equipment as an inducement to enter into this Agreement. Debtor acknowledges that any such incentive shall be solely for the benefit of Secured Party and that Debtor has no right or interest in or to any incentive granted to Secured Party. Upon disbursement of the proceeds of the Loan, Debtor will have good and marketable title to the Equipment free and clear of all security interests, liens, and other encumbrances and rights, and of all claims of co-ownership by others.

(f) **No Sales or Junior Liens**. Debtor will not sell, transfer, lease, grant a security interest in, or otherwise encumber the Equipment except for the security interest granted hereunder.

(g) **Equipment Delivery**. Debtor hereby represents that the Equipment has been delivered to and accepted by the Debtor and is in all respects satisfactory to Debtor.

(h) **Equipment Possession**. Debtor will not part with possession or control of or suffer or allow to pass out of its possession or control any Equipment.

(i) **Maintenance**. Debtor will maintain the Equipment in good repair, condition, and working order and will furnish all parts and services required thereof, all at its expense, ordinary wear and tear excepted.

(j) **Taxes**. Debtor will pay all personal property, sales, use, and other taxes levied on or assessed against the Equipment before the date on which penalties attach thereto; in the event penalties are assessed Debtor will immediately pay amounts then due.

(k) **Equipment Personalty**. The Equipment shall remain personal property regardless of its attachment to real property, and Debtor agrees to take such action at its expense as may be necessary to prevent any third party from acquiring any interest in the Equipment as a result of its attachment to real property.

(l) **Equipment Use**. Debtor will use the Equipment with due care and only for purposes of which it is intended. The Equipment shall not be used outside of the United States without Secured Party's prior written consent, provided that the incidental use in Canada is permitted as long as the Equipment is not located in Canada for more than 30 consecutive days, and the Equipment remains insured for use in Canada.

(m) **Casualty Insurance; Loss or Damage; Liability Insurance**. Debtor shall procure and maintain physical damage insurance on the Equipment against damage and loss in an amount not less than the actual cash value of the equipment with a deductible not greater than $5000.00 (unless approved in writing by the Secured Party) and with Secured Party named as "Loss Payee". Debtor shall procure and maintain comprehensive public liability insurance with coverage in the amounts specified by Secured Party. All insurance shall be written by a company satisfactory to Secured Party and provide that the insurance shall not be invalidated as to Secured Party by any act, omission, or neglect of Debtor, and providing that the insurance will not be canceled or amended without at least thirty (30) days' prior written notice to Secured Party. Debtor shall furnish copies of policies or certificates of insurance to Secured Party and if Debtor fails to procure and/or maintain insurance as required, Secured Party shall have the right, but not the obligation, to secure such insurance at Debtor's expense. Debtor shall advise Secured Party immediately in writing of any loss or damage to the Equipment ("Event of Loss") and of the circumstances and extent of such Event of Loss. Debtor appoints Secured Party as Debtor's attorney-in-fact to make claim for, receive payments of, and execute and endorse all documents or drafts for loss or damage under any such insurance policies. The proceeds of such insurance, at Secured party's option, shall be applied either toward the replacement or repair of the Equipment or toward the payment of any obligations of the Debtor to Secured Party.

(n) **Inspection Rights**. Debtor will permit Secured Party to inspect the Equipment at any time and from time to time as Secured Party may reasonably request.

(o) **Further Assurances**. Debtor will promptly execute and deliver to Secured Party such further documents and take such further action as Secured Party may request in order to carry out more effectively the intent and purpose of this Agreement, including the execution and delivery of appropriate financing statements to protect fully Secured Party's interest hereunder in accordance with the Uniform Commercial Code or other applicable law. Secured Party and any assignee of Secured Party is authorized to file one or more Uniform Commercial Code financing statements without the signature of Debtor or signed by Secured Party or any assignee of Secured Party as attorney-in-fact for Debtor. Debtor hereby grants to Secured Party a power of attorney in Debtor's name, to apply for a certificate of title for any item of Equipment that is required to be titled under the laws of any jurisdiction where the Equipment is or may be used and/or to transfer title thereto upon the exercise by Secured Party of its remedies upon an Event of Default by Debtor under this Agreement. Debtor will pay all costs of filing any financing, continuation or termination statements with respect to this Agreement including, without limitation, any documentary stamp taxes relating thereto. Debtor will do whatever may be necessary to have a statement of interest of Secured Party and any assignee of Secured Party in the Equipment noted on any certificate of title relating to the Equipment and will deliver said certificate to Secured Party. If Debtor fails to perform or comply with any of its agreements, Secured Party may perform or comply with such agreements in its own name or in Debtor's name as attorney-in-fact and the amount of any payments and expenses of Secured Party incurred in connection with such performance or compliance, together with interest thereon at a rate equal to 12% per annum or the highest rate permitted by law, shall be deemed payable by Debtor upon demand.

2



**401 38th Street SW**
**P.O. Box 628**
**Fargo, ND 58107-0628**

# Combination Loan and Security Agreement

(For Commercial Use Only)

Note# 12419-005

(p) **Anti-Terrorism Laws.** Neither Debtor nor any joint venture or subsidiary or affiliate thereof (i) is in violation in any material respects of any United States Requirements of Law relating to terrorism, sanctions or money laundering (the "Anti-Terrorism Laws") including the United States Executive Order No. 13224 on Terrorist Financing (the "Anti-Terrorism Order") and the USA Patriot Act; (ii) is listed in annex to, or is otherwise subject to the provision of, the Anti-Terrorism Order; (iii) is owned or controlled by, or acting for or on behalf of, any person listed in the annex to, or is otherwise subject to the provisions of, the Anti-Terrorism Order; (iv) commits, threatens or conspires to commit or supports "terrorism" as defined in the Anti-Terrorism Order, (v) is named as a "specially designated national and blocked person" in the most current list published by the Office of Foreign Assets Control (OFAC); (vi) conducts any business or engages in making or receiving any contribution of funds, goods, or services to or for the benefit of any person described herein; (vii) deals in, or otherwise engages in any transaction relating to, any property or interests in property blocked pursuant to the Anti-Terrorism Order; or (viii) engages in or conspires to engage in any transaction that evades or avoids, or has the purpose of evading or avoiding, or attempts to violate, any of the prohibitions set forth in any Anti-Terrorism Law.

(q) **Financial Statements.** Debtor and/or Guarantor(s) will furnish its annual financial statements and/or such interim statements as Secured Party may require from time to time in a form satisfactory to Secured Party, and any and all financial statements submitted and to be submitted to Secured Party have and will have been prepared on a basis of generally accepted accounting principles, and are and will be complete and correct and fairly present Debtor's and/or Guarantor's financial condition on the date thereof. Debtor and/or Guarantor(s) agrees that all such information may be shared by Secured Party with both its potential and actual assignees.

5. **Events of Default.** The occurrence of any one of the following events will constitute an "Event of Default" hereunder:

(a) Debtor's failure to make any payment, including any principal or interest on the Loan, due to Secured Party when due, or default in the payment when due of any of the other Obligations between Secured Party and Debtor.

(b) The breach of any one or more of the representations of Debtor hereunder, or failure of Debtor to observe or perform any one or more of the agreements to be observed or performed by Debtor hereunder, including but not limited to the Debtor's failure to title the Equipment and/or procuring and maintaining insurance.

(c) The filing of a petition by or against Debtor or any Guarantor under the federal Bankruptcy Code naming Debtor or such Guarantor as debtor.

(d) Appointment of a receiver of any part of the property of, assignment for the benefit of creditors by, or the commencement of any proceeding under any state bankruptcy or insolvency law by or against, Debtor or any Guarantor.

(e) Any financial or credit information submitted by or on behalf of Debtor or any Guarantor shall prove to have been false or misleading when submitted.

(f) An event of default shall occur under any indebtedness Debtor may now or hereafter owe to any affiliate of Secured Party or any other individual or entity after expiration of all applicable cure or grace periods.

(g) Any individual Debtor or individual Guarantor shall die.

(h) Debtor's consolidation with, merger into, change of control, or sale of all or substantially all of its assets to, any individual, corporation or other entity.

(i) Debtor or any Guarantor undergoes a material adverse change in its financial condition since the Loan commencement.

6. **Remedies.** Upon the occurrence of an Event of Default, and at any time thereafter, Secured Party may exercise, in its discretion, any one or more of the following rights and remedies.

(a) Secured Party may declare the Loan and all other Obligation between Debtor and Secured Party to be immediately due and payable, and thereupon the full principal balance plus the prepayment premium described above, together with accrued but unpaid interest, late charges and unpaid fees, through and including the date of payment in full, shall be and become immediately due and payable in full without presentment, notice of dishonor, or protest, all of which Debtor hereby waives. Interest shall be calculated from the date of such Event of Default, both before and after judgment, at a rate equal to 12% per annum or the maximum rate allowed under applicable law if lower.

(b) Secured Party may exercise any and all of the rights and remedies available to a secured party under the Uniform Commercial Code as in effect in the State of North Dakota, and in connection therewith, Debtor agrees at its expense to assemble the Equipment and make it available to Secured Party at a place or places to be designated by Secured Party in the continental United States reasonably convenient to both Secured Party and Debtor, and Debtor hereby waives it's right to any and all notice of intended disposition of the Equipment as may be required by law. Debtor further agrees that said disposition of Equipment may take place by either public or private sale.

(c) Secured Party may recover from Debtor, and Debtor agrees to pay, the legal fees and expenses incurred by Secured Party in the exercise of any right or remedy available to it under this Agreement, including, but not limited to, expenses of repossession, repair, storage, transportation, and disposition of the Equipment.

(d) The exercise of any one remedy shall not be deemed an election of such remedy or preclude the exercise of any other remedy, and such remedies may be exercised concurrently or separately but only to the extent necessary to permit Secured Party to recover amounts for which Debtor is liable hereunder. Secured Party may exercise any and all other rights and remedies available to it by law or by agreement, and may in any event recover legal fees and other costs and expenses incurred by reason of an Event of Default or the exercise of any remedy hereunder, including expenses of repossession, repair, storage, transportation, and disposition of Equipment. Any payment received by Secured Party may be applied to unpaid obligations of Debtor to Secured Party as Secured Party in its sole discretion determines.

7. **Miscellaneous.**

(a) Neither the failure of either party to insist upon the performance of any term of this Agreement, or to exercise any right conferred by the Agreement , nor the waiver of any term or right, shall be construed as thereafter waiving any such term or right.

(b) Nothing herein contained, either in the method of computing payment or otherwise, shall create between the parties hereto, or be relied upon by others as creating, any relationship of partnership, association, joint venture, or otherwise. The sole relationship of the parties hereto shall be that of Secured Party and Debtor.

(c) Collection Costs/Attorney's Fees - Except where prohibited by law, Debtor agrees to pay all costs of collection, including reasonable attorney's fees, sales tax, expenses, and court costs, if Debtor is in default or if Debtor contests the validity of this Agreement.

3

DocuSign Envelope ID: D0F6F149-EBA5-4647-B430-D9C6F127CFE1


**Wallwork**
FINANCIAL

401 38th Street SW
P.O. Box 628
Fargo, ND 58107-0628

# Combination Loan and Security Agreement
(For Commercial Use Only)

Note# 12419-005

(d) In the event the Debtor is a corporation, a limited liability company, a partnership or other business entity, the parties executing this Agreement on behalf of the Debtor hereby covenant, warrant and guarantee that the Debtor is in good standing and fully qualifies as such a business entity and that it has taken all steps necessary to qualify it in the jurisdictions in which it does business and that those parties executing this Loan have full and complete authority to bind the Debtor to the obligations herein contained.

(e) The terms and agreements contained in this Agreement shall apply to, run in favor of and shall be binding upon and inure to the benefit of the parties hereto, and their respective successors and assigns.

(f) Debtor acknowledges that there are no oral agreements or representations between the parties affecting this Agreement and this Agreement supersedes and cancels any and all previous negotiations, arrangements, agreements, representations, and understandings between the parties with respect to the subject matter of this Agreement.

(g) Time is of the essence as to all terms and conditions of this Agreement.

(h) **DEBTOR HEREBY EXPRESSLY WAIVES ANY RIGHT TO TRIAL BY JURY OF ANY CLAIM, DEMAND, ACTION OR CAUSE OF ACTION ARISING UNDER THIS AGREEMENT, INCLUDING, WITHOUT LIMITATION, ANY PRESENT OR FUTURE MODIFICATION TO THIS AGREEMENT, OR IN ANY WAY CONNECTED WITH OR RELATED OR INCIDENTAL TO THE DEALINGS OF THE DEBTOR AND THE SECURED PARTY OR ANY OF THEM WITH RESPECT TO THIS AGREEMENT OR ANY OTHER INSTRUMENT, DOCUMENT OR AGREEMENT EXECUTED OR DELIVERED IN CONNECTION WITH THIS AGREEMENT AND THE TRANSACTIONS RELATED THERETO.** The Debtor specifically agrees and consents that the Secured Party may file an original counterpart or copy of this section with any court as written evidence of the consent of the Debtor to the waiver of any right Debtor might otherwise have to trial by jury.

(i) This Agreement contains the entire agreement between the parties and may not be modified except in writing and signed by Secured Party. Any action by either party concerning this Agreement shall be venued in the courts of the state in which Secured Party or it's Assigns or Successors reside, and the parties hereby submit to the personal jurisdiction thereof, both federal and state, in any action with respect to this Agreement and agree that any state court action shall be venued in either District County Court or Federal District Court within said state and within nearest proximity to the address of Secured Party or it's Assigns or Successors. Any provision which is in conflict with any applicable law shall be deemed, omitted, modified or altered to conform thereto. The invalidity of any portion of this Agreement shall not affect the remaining portions.

(j) Governing Law - This Agreement shall be governed by and construed in accordance with the laws of the State of North Dakota regardless of the laws that might otherwise govern under applicable principles of conflicts of law.

(k) Secured Party may in its sole discretion, accept a photocopy, electronically transmitted facsimile or other reproduction of this Agreement and/or a Modification thereof (a "Counterpart") as the binding and effective record of this Agreement and/or a Modification thereof whether or not an ink signed copy hereof or thereof is also received by Secured Party from Debtor, provided, however, that if Secured Party accepts a Counterpart as the binding and effective record of this Agreement and/or a Modification thereof, the Counterpart acknowledged in writing by Secured Party shall constitute the record hereof or thereof. Debtor agrees that a Counterpart received by Secured Party, shall, when acknowledged in writing by Secured Party, constitute an original document for the purposes of establishing the provisions hereof and thereof and shall be legally admissible under the best evidence rule and binding on and enforceable against Debtor. If Secured Party accepts a Counterpart as the binding and effective record thereof only such Counterpart acknowledged in writing by Secured Party shall be marked "Original" and to the extent that a Counterpart constitutes chattel paper, a security interest may only be created in the Counterpart that bears Secured Party's ink signed acknowledgement and is marked "Original."

**IN WITNESS WHEREOF the Debtor has signed this Agreement as of the date first above written.**

Kal Freight Inc
Debtor Name

Kalvinder Singh
—22F0F647E2564EB
Debtor Signature

Debtor Phone: (    )

Debtor Cell: (    )

Additional Debtor Signature (if applicable)

Debtor Email:

Secured Party:    **Wallwork Financial Corporation**

By: _____
—13EC9FDE07C0472...

Title:    General Manager

DocuSign Envelope ID: D0F6F149-EBA5-4647-B430-D9C6F127CFE1

# Wallwork
## FINANCIAL

401 98th Street SW
P.O. Box 628
Fargo, ND 58107-0628

# Equipment Schedule

**Name of Debtor**                                                                 **#12419-005**
Kal Freight Inc
10156 Live Oak Avenue
Fontana, California  92335

| Description | Serial Number |
|---|---|
| 1. New 2023 Peterbilt 579 Semi-Tractor | 1XPBD49X3PD837301 |
| 2. New 2023 Peterbilt 579 Semi-Tractor | 1XPBD49X5PD837302 |
| 3. New 2023 Peterbilt 579 Semi-Tractor | 1XPBD49X7PD837303 |
| 4. New 2023 Peterbilt 579 Semi-Tractor | 1XPBD49X9PD837304 |
| 5. New 2023 Peterbilt 579 Semi-Tractor | 1XPBD49X0PD837305 |
| 6. New 2023 Peterbilt 579 Semi-Tractor | 1XPBD49X2PD837306 |
| 7. New 2023 Peterbilt 579 Semi-Tractor | 1XPBD49X4PD837307 |
| 8. New 2024 Peterbilt 579 Semi-Tractor | 1XPBD49X9RD610150 |
| 9. New 2024 Peterbilt 579 Semi-Tractor | 1XPBD49X0RD610151 |
| 10. New 2024 Peterbilt 579 Semi-Tractor | 1XPBD49X2RD610152 |
| 11. New 2024 Peterbilt 579 Semi-Tractor | 1XPBD49X4RD610153 |

**Date:**  April 20, 2023

**Kal Freight Inc - Debtor**

By:  DocuSigned by:
      Kalvinder Singh
      22F0F647E2564EB...

By:  _____

EXHIBIT 5

(Certificates of Title for Contract 005)

Case 2:25-cv-00499-CAS-AJR Document 1-4 Filed 01/17/25 Page 38 of 57 Page ID #:156

SECTIONS A–J MUST BE COMPLETED IN FULL    PRINT IN CAPITAL LETTERS – USE BLACK OR BLUE INK

## NOTICE OF TRANSFER AND
## RELEASE OF LIABILITY

*MAIL THIS PORTION TO DMV-OR-FILE ONLINE AT dmv.ca.gov*

DMV MICROGRAPHICS USE ONLY

A. NEW OWNER'S *LAST NAME* (OR) COMPANY NAME    FIRST

B. NEW OWNER'S ADDRESS                          APT NUMBER    C. ODOMETER READING (NO TENTHS)

D. CITY                          STATE    ZIP CODE    E. DATE OF SALE OR LEASE RETURN
                                                         MO.    DAY    YR

F. SELLER'S OR LESSEE'S *LAST NAME* (OR) COMPANY NAME    FIRST    G. SELLING PRICE (NO CENTS)
                                                                     WHOLE DOLLARS

H. SELLER'S OR LESSEE'S ADDRESS                          APT NUMBER    I. SELLER'S OR LESSEE'S SIGNATURE
                                                                         X

J. CITY                          STATE    ZIP CODE

VEHICLE ID NUMBER                          YR. MODEL    MAKE    PLATE NUMBER

1XPBD49X4PD837307                          2023 PTRB    50VC038

REG 138A (REV. 10/2012)

---

## STATE OF CALIFORNIA

## CERTIFICATE OF TITLE

L91230818AL    VEHICLE HISTORY

COMMERCIAL    TITLE ONLY

VEHICLE ID NUMBER                          MODEL    MAKE    PLATE NUMBER
1XPBD49X4PD837307                          2023 PTRB    50VC038

BODY TYPE MODEL    TAX    UNLADEN    FUEL    TRANSFER DATE    FEES PAID    REGISTRATION EXPIRATION DATE
DS                          WEIGHT                                        02/28/2023
                 3 1L000 D                          $25
                 FIRST SOLD    CLASS    YR    MO    EQUIPMT/TRUST NUMBER    ISSUE DATE
                 2023 MA    00                                           08/18/23

MOTORCYCLE ENGINE NUMBER                    ODOMETER DATE    ODOMETER READING

REGISTERED OWNER(S)
KAL FREIGHT INC
10156 LIVE OAK AVE
FONTANA CA 92335

I certify (or declare) under penalty of perjury under the laws of the State of California that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.

1a    X                                    DATE                          SIGNATURE OF REGISTERED OWNER

1b    X                                    DATE                          SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads _____ (no tenths) miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

WARNING ☐ Odometer reading is not the actual mileage. ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE    TRANSFEROR/SELLER SIGNATURE(S)    DATE    TRANSFEREE/BUYER SIGNATURE(S)
X                                        X

PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY    PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY

### IMPORTANT, READ CAREFULLY

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

WALLWORK FINANCIAL
401 38TH ST SW
FARGO
ND 58103

2 X _____
Signature releases interest in vehicle. (Company names must be countersigned)
Release Date

02546J    CA 220988480

REG: 17.30RS (REV.02/2016)

VOID WITHOUT BEAR WATERMARK, HOLD TO LIGHT TO VIEW.

KEEP IN A SAFE PLACE - VOID IF ALTERED

**IMPORTANT NOTICE - DO NOT DETACH UNTIL SOLD**

COMPLETE THIS FORM ONLINE AT dmv.ca.gov
AND PRINT A RECEIPT FOR YOUR RECORDS.
IF YOU MAIL THIS FORM, KEEP A COPY FOR YOUR RECORDS.

You are required by law to notify the Department of Motor Vehicles within five (5) days from the date you sell or otherwise dispose of a vehicle. This form is provided for use in reporting the sale or transfer to the Department, and does not constitute application for transfer of ownership (title). **This form is to be used _ONLY_ for the vehicle described on the attached title.**

When this form is properly completed and the information is recorded by DMV (see WARNING below), liability for parking and/or traffic violations and civil litigation resulting from operation after the date of sale becomes the responsibility of the subsequent purchaser(s).

**WARNING: If you provide incomplete, inaccurate or unclear information, the information shall not be updated or retained.**

TO REMOVE YOUR NAME FROM DMV'S RECORDS, THE NEW OWNER MUST APPLY FOR TRANSFER USING THE ENDORSED CERTIFICATE OF TITLE (OWNERSHIP) RECEIVED FROM YOU.

**INSTRUCTIONS FOR COMPLETING**
**NOTICE OF TRANSFER AND**
**RELEASE OF LIABILITY**

(A) Print name of new owner.
(B) Print new owner's address.
(C) Enter odometer reading at the time of sale (motor vehicles only).
(D) Print new owner's city, state, and ZIP code.
(E) Enter date you sold or transferred the described vehicle.
(F) Print your name.
(G) Enter selling price (in whole dollars-no cents). If vehicle is a gift, enter "0".
(H) Print your address.
(I) Sign your name where designated.
(J) Print your city, state, and ZIP code.

FILE ONLINE OR MAIL THIS COMPLETED NOTICE TO:

DEPARTMENT OF MOTOR VEHICLES
P.O. BOX 942659
SACRAMENTO, CA 94259-0001

## APPLICATION FOR TRANSFER BY NEW OWNER *(Please print or type.)*

Any change of registered owner or lienholder must be recorded with the Department of Motor Vehicles (DMV) within ten (10) days. The title, transfer fee and in most instances, use tax and a smog certificate must be presented to DMV to record the ownership change.

**NEW REGISTERED OWNER**

3a. TRUE FULL NAME(S) OF NEW REGISTERED OWNER(S) *(LAST, FIRST, MIDDLE) AS IT APPEARS ON DRIVER'S LICENSE OR I.D. CARD*

3b. ☐ AND ☐ OR *(LAST, FIRST, MIDDLE)*

4. RESIDENCE OR BUSINESS STREET ADDRESS — APT./SP./STE. NUMBER

5. CITY — STATE — ZIP CODE

6. COUNTY OF RESIDENCE OR COUNTY WHERE VEHICLE IS PRIMARILY GARAGED-OR-FOR TRAILER COACHES, ADDRESS OR LOCATION WHERE KEPT

7. MAILING ADDRESS STREET OR P.O. BOX NUMBER (DO NOT COMPLETE IF SAME AS RESIDENCE ABOVE)

8. CITY — STATE — ZIP CODE

If there is a mailing address entered on this form it is a valid, existing and accurate address. I consent to receive service of process at this mailing address pursuant to Code of Civil Procedure Sections 415.20(b), 415.30(a), and 416.90.
I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct.

9a. DATE — SIGNATURE OF NEW REGISTERED OWNER X — DRIVER LICENSE OR ID CARD NO. — PURCHASE DATE

9b. DATE — SIGNATURE OF NEW REGISTERED OWNER X — DRIVER LICENSE OR ID CARD NO. — PURCHASE PRICE OR IF GIFT, SO STATE

**LEASED VEH. ONLY** 10. ADDRESS OF NEW LESSEE IF DIFFERENT FROM LINE 4 ABOVE (WILL NOT BE PRINTED ON TITLE)

**NEW LIENHOLDER**

11. NAME OF LIENHOLDER - FIRM OR INDIVIDUAL HOLDING SECURITY INTEREST (IF NO LIEN, WRITE "NONE") DO NOT ENTER NAME OF REGISTERED OWNER(S) ABOVE — ELECTRONIC LIENHOLDER ID

12. STREET ADDRESS OR P.O. BOX NUMBER — ELT #

13. CITY — STATE — ZIP CODE

### TITLE REASSIGNMENTS BY LICENSED CALIFORNIA DEALERS

FEDERAL LAW REQUIRES that you state the mileage upon transfer of ownership. Failure to complete or making a false statement may result in fines and / or imprisonment.
The signature below releases my interest in this vehicle, acknowledges the odometer mileage recorded by the seller, and certifies to the odometer reading entered above my signature in compliance with Federal law.

**DEALER TRANSACTIONS ONLY**

14. Odometer now reads: ▢▢▢▢▢▢ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: *WARNING* - Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits. — R/S NUMBER
I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct.

DATE — SIGNATURE OF AUTHORIZED AGENT X — PRINTED NAME OF AGENT — DEALER NAME — DEALER NUMBER

DATE — BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING X — PRINTED NAME OF BUYER OR AGENT — SALESPERSON'S NUMBER

SOLD THROUGH AUCTION IF APPLICABLE — DATE OF AUCTION — AUCTION NAME — DEALER NUMBER

15. Odometer now reads: ▢▢▢▢▢▢ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: *WARNING* - Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits. — R/S NUMBER
I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE — SIGNATURE OF AUTHORIZED AGENT X — PRINTED NAME OF AGENT — DEALER NAME — DEALER NUMBER

DATE — BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING X — PRINTED NAME OF BUYER OR AGENT — SALESPERSON'S NUMBER

16. Odometer now reads: ▢▢▢▢▢▢ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: *WARNING* - Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits. — R/S NUMBER
I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE — SIGNATURE OF AUTHORIZED AGENT X — PRINTED NAME OF AGENT — DEALER NAME — DEALER NUMBER

DATE — BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING X

Case 24-90061 Document 436-1 Filed in TXSB on 02/25/25 Page 40 of 57

SECTIONS A-J MUST BE COMPLETED IN FULL   PRINT IN CAPITAL LETTERS – USE BLACK OR BLUE INK

## NOTICE OF TRANSFER AND RELEASE OF LIABILITY

*MAIL THIS PORTION TO DMV-OR-FILE ONLINE AT dmv.ca.gov*

DMV MICROGRAPHICS USE ONLY

A. NEW OWNER'S *LAST NAME (OR)* COMPANY NAME    FIRST

B. NEW OWNER'S ADDRESS    APT NUMBER    C. ODOMETER READING (NO TENTHS)

D. CITY    STATE    ZIP CODE    E. DATE OF SALE OR LEASE RETURN
MO.   DAY   YR

F. SELLER'S OR LESSEE'S *LAST NAME (OR)* COMPANY NAME    FIRST    G. SELLING PRICE (NO CENTS)
WHOLE DOLLARS

H. SELLER'S OR LESSEE'S ADDRESS    APT NUMBER    I. SELLER'S OR LESSEE'S SIGNATURE
X

J. CITY    STATE    ZIP CODE

VEHICLE ID NUMBER    YR. MODEL   MAKE    PLATE NUMBER

**1XPBD49X0PD837305    2023 PTRB    5QVC040**

REG 138A (REV. 10/2012)

---

## STATE OF CALIFORNIA

### CERTIFICATE OF TITLE

VEHICLE HISTORY

**691230818AL**

**COMMERCIAL    TITLE ONLY**

VEHICLE ID NUMBER    MODEL   MAKE    PLATE NUMBER
**1XPBD49X0PD837305    2023 PTRB    5QVC040**

BODY TYPE MODEL    UNLADEN    TAX WEIGHT    FUEL    TRANSFER DATE    FEES PAID    REGISTRATION EXPIRATION DATE
**2S    D    16000  D    $25    02/28/2023**

YR 1ST SOLD   CLASS   YR    MO    EQUIPMT/TRUST NUMBER    ISSUE DATE
**2023 MA    00    08/18/23**

MOTORCYCLE ENGINE NUMBER    ODOMETER DATE    ODOMETER READING

REGISTERED OWNER(S)
**KAL FREIGHT INC**
**10156 LIVE OAK AVE**
**FONTANA CA 92335**

I certify (or declare) under penalty of perjury under the laws of the State of California that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE:

1a.    X
DATE    SIGNATURE OF REGISTERED OWNER

1b.    X
DATE    SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads [    ] (no tenths) miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

WARNING  ☐ Odometer reading is not the actual mileage.  ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE    TRANSFEROR/SELLER SIGNATURE/S    DATE    TRANSFEREE/BUYER SIGNATURE/S
X    X

PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY    PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY

### IMPORTANT READ CAREFULLY

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)
**WALLWORK FINANCIAL**
**401 38TH ST SW**
**FARGO**
**ND 58103**

2. X
Signature releases interest in vehicle. (Company names must be countersigned)
Release Date

**02546**    **CA 220988482**

REG. 17.30RS (REV. 02/2016)

**KEEP IN A SAFE PLACE - VOID IF ALTERED**

VOID WITHOUT BEAR WATERMARK, HOLD TO LIGHT TO VIEW.

**IMPORTANT NOTICE – DO NOT DETACH UNTIL SOLD**

COMPLETE THIS FORM ONLINE AT dmv.ca.gov
AND PRINT A RECEIPT FOR YOUR RECORDS.
IF YOU MAIL THIS FORM, KEEP A COPY FOR YOUR RECORDS.

You are required by law to notify the Department of Motor Vehicles within five (5) days from the date you sell or otherwise dispose of a vehicle. This form is provided for use in reporting the sale or transfer to the Department, and does not constitute application for transfer of ownership (title). **This form is to be used _ONLY_ for the vehicle described on the attached title.**

When this form is properly completed and the information is recorded by DMV (see WARNING below), liability for parking and/or traffic violations and civil litigation resulting from operation after the date of sale becomes the responsibility of the subsequent purchaser(s).

**WARNING: If you provide incomplete, inaccurate or unclear information, the information shall not be updated or retained.**

TO REMOVE YOUR NAME FROM DMV'S RECORDS, THE NEW OWNER MUST APPLY FOR TRANSFER USING THE ENDORSED CERTIFICATE OF TITLE (OWNERSHIP) RECEIVED FROM YOU.

**INSTRUCTIONS FOR COMPLETING**
**NOTICE OF TRANSFER AND RELEASE OF LIABILITY**

(A) Print name of new owner.
(B) Print new owner's address.
(C) Enter odometer reading at the time of sale (motor vehicles only).
(D) Print new owner's city, state, and ZIP code.
(E) Enter date you sold or transferred the described vehicle.
(F) Print your name.
(G) Enter selling price (in whole dollars–no cents). If vehicle is a gift, enter "0".
(H) Print your address.
(I) Sign your name where designated.
(J) Print your city, state, and ZIP code.

FILE ONLINE OR MAIL THIS COMPLETED NOTICE TO:

DEPARTMENT OF MOTOR VEHICLES
P.O. BOX 942859
SACRAMENTO, CA 94259-0001

## APPLICATION FOR TRANSFER BY NEW OWNER  *(Please print or type.)*

Any change of registered owner or lienholder must be recorded with the Department of Motor Vehicles (DMV) within ten (10) days. The title, transfer fee and in most instances, use tax and a smog certificate must be presented to DMV to record the ownership change.

**NEW REGISTERED OWNER**

3a. TRUE FULL NAME(S) OF NEW REGISTERED OWNER(S) *(LAST, FIRST, MIDDLE) AS IT APPEARS ON DRIVER'S LICENSE OR I.D. CARD*

3b. ☐ AND / ☐ OR   *(LAST, FIRST, MIDDLE)*

4. RESIDENCE OR BUSINESS STREET ADDRESS — APT./SP./STE. NUMBER

5. CITY — STATE — ZIP CODE

6. COUNTY OF RESIDENCE OR COUNTY WHERE VEHICLE IS PRIMARILY GARAGED-OR-FOR TRAILER COACHES, ADDRESS OR LOCATION WHERE KEPT

7. MAILING ADDRESS STREET OR P.O. BOX NUMBER (DO NOT COMPLETE IF SAME AS RESIDENCE ABOVE)

8. CITY — STATE — ZIP CODE

If there is a mailing address entered on this form it is a valid, existing and accurate address. I consent to receive service of process at this mailing address pursuant to Code of Civil Procedure Sections 415.20(b), 415.30(a), and 416.90.
I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct.

9a. DATE — SIGNATURE OF NEW REGISTERED OWNER X — DRIVER LICENSE OR ID CARD NO. — PURCHASE DATE

9b. DATE — SIGNATURE OF NEW REGISTERED OWNER X — DRIVER LICENSE OR ID CARD NO. — PURCHASE PRICE OR IF GIFT, SO STATE

**LEASED VEH. ONLY** 10. ADDRESS OF NEW LESSEE IF DIFFERENT FROM LINE 4 ABOVE (WILL NOT BE PRINTED ON TITLE)

**NEW LIENHOLDER**

11. NAME OF LIENHOLDER – FIRM OR INDIVIDUAL HOLDING SECURITY INTEREST (IF NO LIEN, WRITE "NONE") DO NOT ENTER NAME OF REGISTERED OWNER(S) ABOVE ELECTRONIC LIENHOLDER ID — ELT #

12. STREET ADDRESS OR P.O. BOX NUMBER

13. CITY — STATE — ZIP CODE

## TITLE REASSIGNMENTS BY LICENSED CALIFORNIA DEALERS

FEDERAL LAW REQUIRES that you state the mileage upon transfer of ownership. Failure to complete or making a false statement may result in fines and / or imprisonment.
The signature below releases my interest in this vehicle, acknowledges the odometer mileage recorded by the seller, and certifies to the odometer reading entered above my signature in compliance with Federal law.

**DEALER TRANSACTIONS ONLY**

14. Odometer now reads: ☐☐☐☐☐☐ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: *WARNING* – ☐ Mileage ☐ is not the actual mileage.   ☐ exceeds the odometer mechanical limits.   R/S NUMBER
I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct.
DATE — SIGNATURE OF AUTHORIZED AGENT X — PRINTED NAME OF AGENT — DEALER NAME — DEALER NUMBER
DATE — BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING X — PRINTED NAME OF BUYER OR AGENT — SALESPERSON'S NUMBER
SOLD THROUGH AUCTION IF APPLICABLE — DATE OF AUCTION — AUCTION NAME — DEALER NUMBER

15. Odometer now reads: ☐☐☐☐☐☐ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: *WARNING* – ☐ Mileage ☐ is not the actual mileage.   ☐ exceeds the odometer mechanical limits.   R/S NUMBER
I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
DATE — SIGNATURE OF AUTHORIZED AGENT X — PRINTED NAME OF AGENT — DEALER NAME — DEALER NUMBER
DATE — BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING X — PRINTED NAME OF BUYER OR AGENT — SALESPERSON'S NUMBER

16. Odometer now reads: ☐☐☐☐☐☐ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: *WARNING* – ☐ Mileage ☐ is not the actual mileage.   ☐ exceeds the odometer mechanical limits.   R/S NUMBER
I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
DATE — SIGNATURE OF AUTHORIZED AGENT X — PRINTED NAME OF AGENT — DEALER NAME — DEALER NUMBER
DATE — BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING X

Case 8:24-bk-12674-SC Doc 34 Filed 12/11/24 Entered 12/11/24 13:40:16 Desc Main Document Page 42 of 56

TO PROPERLY RELEASE YOUR LIABILITY, PLEASE READ AND FOLLOW INSTRUCTIONS ON REVERSE SIDE.
SECTIONS A-J MUST BE COMPLETED IN FULL    PRINT IN CAPITAL LETTERS, USE BLACK OR BLUE INK

## NOTICE OF TRANSFER AND RELEASE OF LIABILITY

MAIL THIS PORTION TO DMV-OR-FILE ONLINE AT dmv.ca.gov

DMV MICROGRAPHICS USE ONLY

A. NEW OWNER'S LAST NAME (OR) COMPANY NAME        FIRST

B. NEW OWNER'S ADDRESS        APT NUMBER        C. ODOMETER READING (NO TENTHS)

D. CITY        STATE        ZIP CODE        E. DATE OF SALE OR LEASE RETURN   MO.   DAY   YR

F. SELLER'S OR LESSEE'S LAST NAME (OR) COMPANY NAME   FIRST        G. SELLING PRICE (NO CENTS)   WHOLE DOLLARS

H. SELLER'S OR LESSEE'S ADDRESS        APT NUMBER        I. SELLER'S OR LESSEE'S SIGNATURE
        X

J. CITY        STATE        ZIP CODE

VEHICLE ID NUMBER        YR. MODEL   MAKE        PLATE NUMBER

1XPBD49X9PD837304        2023 PTRB        5QVC041

REG 138A (REV. 10/2012)

---

## STATE OF CALIFORNIA

### CERTIFICATE OF TITLE

VEHICLE HISTORY

6912308188A6

COMMERCIAL        TITLE ONLY

VEHICLE ID NUMBER        YR MODEL   MAKE        PLATE NUMBER
1XPBD49X9PD837304        2023 PTRB        5QVC041

BODY TYPE MODEL   AXL  UNLADEN WEIGHT  FUEL  TRANSFER DATE   FEES PAID        REGISTRATION EXPIRATION DATE
DS        3  16000 D        $25        02/28/2023

        YR 1ST SOLD   CLASS   YR   MO   EQUIPMT/TRUST NUMBER        ISSUE DATE
        2023 MA        00        08/18/23

MOTORCYCLE ENGINE NUMBER        ODOMETER DATE   ODOMETER READING

REGISTERED OWNER(S)
KAL FREIGHT INC
10156 LIVE OAK AVE
FONTANA CA 92335

I certify (or declare) under penalty of perjury under the laws of the State of California that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.

1a.  X
DATE        SIGNATURE OF REGISTERED OWNER

1b.  X
DATE        SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads [    ] (no tenths) miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

WARNING — ☐ Odometer reading is not the actual mileage.   ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE        TRANSFEROR/SELLER SIGNATURE(S)        DATE        TRANSFEREE/BUYER SIGNATURE(S)
        X        X

PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY        PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY

### IMPORTANT READ CAREFULLY
Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)
WALLWORK FINANCIAL
401 38TH ST SW
FARGO
ND 58103

2.  X
Signature releases interest in vehicle. (Company names must be countersigned)
Release Date

CA220988483

025468        REG. 17.30RS (REV.02/2016)

VOID WITHOUT BEAR WATERMARK. HOLD TO LIGHT TO VIEW.

KEEP IN A SAFE PLACE - VOID IF ALTERED

COMPLETE THIS FORM ONLINE AT dmv.ca.gov
AND PRINT A RECEIPT FOR YOUR RECORDS.
IF YOU MAIL THIS FORM, KEEP A COPY FOR YOUR RECORDS.

You are required by law to notify the Department of Motor Vehicles within five (5) days from the date you sell or otherwise dispose of a vehicle. This form is provided for use in reporting the sale or transfer to the Department, and does not constitute application for transfer of ownership (title). *This form is to be used ONLY for the vehicle described on the attached title.*

When this form is properly completed and the information is recorded by DMV (see WARNING below), liability for parking and/or traffic violations and civil litigation resulting from operation after the date of sale becomes the responsibility of the subsequent purchaser(s).

**WARNING: If you provide incomplete, inaccurate or unclear information, the information shall not be updated or retained.**

TO REMOVE YOUR NAME FROM DMV'S RECORDS, THE NEW OWNER MUST APPLY FOR TRANSFER USING THE ENDORSED CERTIFICATE OF TITLE (OWNERSHIP) RECEIVED FROM YOU.

**NOTICE OF TRANSFER AND RELEASE OF LIABILITY**

(A) Print name of new owner.
(B) Print new owner's address.
(C) Enter odometer reading at the time of sale (motor vehicles only).
(D) Print new owner's city, state, and ZIP code.
(E) Enter date you sold or transferred the described vehicle.
(F) Print your name.
(G) Enter selling price (in whole dollars-no cents). If vehicle is a gift, enter "0".
(H) Print your address.
(I) Sign your name where designated.
(J) Print your city, state, and ZIP code.

FILE ONLINE OR MAIL THIS COMPLETED NOTICE TO:

DEPARTMENT OF MOTOR VEHICLES
P.O. BOX 942859
SACRAMENTO, CA 94259-0001

## APPLICATION FOR TRANSFER BY NEW OWNER *(Please print or type.)*

Any change of registered owner or lienholder must be recorded with the Department of Motor Vehicles (DMV) within ten (10) days. The title, transfer fee and in most instances, use tax and a smog certificate must be presented to DMV to record the ownership change.

**NEW REGISTERED OWNER**

3a. TRUE FULL NAME(S) OF NEW REGISTERED OWNER(S) (LAST, FIRST, MIDDLE) AS IT APPEARS ON DRIVER'S LICENSE OR I.D. CARD

3b. [ ] AND [ ] OR    (LAST, FIRST, MIDDLE)

4. RESIDENCE OR BUSINESS STREET ADDRESS    APT./SP./STE. NUMBER

5. CITY    STATE    ZIP CODE

6. COUNTY OF RESIDENCE OR COUNTY WHERE VEHICLE IS PRIMARILY GARAGED-OR-FOR TRAILER COACHES ADDRESS OR LOCATION WHERE KEPT

7. MAILING ADDRESS STREET OR P.O. BOX NUMBER (DO NOT COMPLETE IF SAME AS RESIDENCE ABOVE)

8. CITY    STATE    ZIP CODE

If there is a mailing address entered on this form it is a valid, existing and accurate address. I consent to receive service of process at this mailing address pursuant to Code of Civil Procedure Sections 415.20(b), 415.30(a), and 416.90.

**I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct.**

9a. DATE    SIGNATURE OF NEW REGISTERED OWNER    X    DRIVER LICENSE OR ID CARD NO.    PURCHASE DATE

9b. DATE    SIGNATURE OF NEW REGISTERED OWNER    X    DRIVER LICENSE OR ID CARD NO.    PURCHASE PRICE OR IF GIFT, SO STATE

**LEASED VEH. ONLY**    10. ADDRESS OF NEW LESSEE IF DIFFERENT FROM LINE 4 ABOVE (WILL NOT BE PRINTED ON TITLE)

**NEW LIENHOLDER**

11. NAME OF LIENHOLDER – FIRM OR INDIVIDUAL HOLDING SECURITY INTEREST (IF NO LIEN, WRITE "NONE") DO NOT ENTER NAME OF REGISTERED OWNER(S) ABOVE    ELECTRONIC LIENHOLDER ID    ELT #

12. STREET ADDRESS OR P.O. BOX NUMBER

13. CITY    STATE    ZIP CODE

## TITLE REASSIGNMENTS BY LICENSED CALIFORNIA DEALERS

FEDERAL LAW REQUIRES that you state the mileage upon transfer of ownership. Failure to complete or making a false statement may result in fines and / or imprisonment.
The signature below releases my interest in this vehicle, acknowledges the odometer mileage recorded by the seller, and certifies to the odometer reading entered above my signature in compliance with Federal law.

**DEALER TRANSACTIONS ONLY**

14. Odometer now reads: [ ][ ][ ][ ][ ][ ] (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: *WARNING* – Mileage [ ] is not the actual mileage. [ ] exceeds the odometer mechanical limits.    R/S NUMBER
**I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct.**

DATE    SIGNATURE OF AUTHORIZED AGENT    X    PRINTED NAME OF AGENT    DEALER NAME    DEALER NUMBER

DATE    BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING    X    PRINTED NAME OF BUYER OR AGENT    SALESPERSON'S NUMBER

SOLD THROUGH AUCTION IF APPLICABLE    DATE OF AUCTION    AUCTION NAME

15. Odometer now reads: [ ][ ][ ][ ][ ][ ] (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: *WARNING* – Mileage [ ] is not the actual mileage. [ ] exceeds the odometer mechanical limits.    R/S NUMBER
**I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

DATE    SIGNATURE OF AUTHORIZED AGENT    X    PRINTED NAME OF AGENT    DEALER NAME    DEALER NUMBER

DATE    BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING    X    PRINTED NAME OF BUYER OR AGENT    SALESPERSON'S NUMBER

16. Odometer now reads: [ ][ ][ ][ ][ ][ ] (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: *WARNING* – Mileage [ ] is not the actual mileage. [ ] exceeds the odometer mechanical limits.    R/S NUMBER
**I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

DATE    SIGNATURE OF AUTHORIZED AGENT    X    PRINTED NAME OF AGENT    DEALER NAME    DEALER NUMBER

DATE    BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING    X

**NOTICE OF TRANSFER AND RELEASE OF LIABILITY**

*MAIL THIS PORTION TO DMV-OR-FILE ONLINE AT dmv.ca.go*

TO PROPERLY RELEASE YOUR LIABILITY, PLEASE READ AND FOLLOW INSTRUCTIONS ON REVERSE SIDE
SECTIONS A-J MUST BE COMPLETED IN FULL — PRINT IN CAPITAL LETTERS - USE BLACK OR BLUE INK

DMV MICROGRAPHICS USE ONLY

A. NEW OWNER'S *LAST NAME (OR)* COMPANY NAME    *FIRST*

B. NEW OWNER'S ADDRESS                          APT NUMBER    C. ODOMETER READING (NO TENTHS)

D. CITY                    STATE    ZIP CODE     E. DATE OF SALE OR LEASE RETURN
                                                 MO.    DAY    YR.

F. SELLER'S OR LESSEE'S *LAST NAME (OR)* COMPANY NAME    *FIRST*    G. SELLING PRICE (NO CENTS)
                                                                    WHOLE DOLLARS

H. SELLER'S OR LESSEE'S ADDRESS                 APT NUMBER    I. SELLER'S OR LESSEE'S SIGNATURE
                                                             X

J. CITY                    STATE    ZIP CODE

VEHICLE ID NUMBER                        YR. MODEL    MAKE    PLATE NUMBER

1XPBD49X2PD837306                        2023 PTRB    5QVC039

REG 138A (REV. 10/2012)

---

## STATE OF CALIFORNIA

## CERTIFICATE OF TITLE

E9123081BAL          VEHICLE HISTORY

COMMERCIAL          TITLE ONLY

| VEHICLE ID NUMBER | YR MODEL | MAKE | PLATE NUMBER |
|---|---|---|---|
| 1XPBD49X2PD837306 | 2023 PTRB | | 5QVC039 |

| BODY TYPE MODEL | TAX | UNLADEN WEIGHT | FUEL | TRANSFER DATE | FEES PAID | REGISTRATION EXPIRATION DATE |
|---|---|---|---|---|---|---|
| DS | 3 | 16000 | D | | $25 | 02/28/2023 |

| YR 1ST SOLD | CLASS | YR | MO | EQUIPMT/TRUST NUMBER | ISSUE DATE |
|---|---|---|---|---|---|
| 2023 MA | | 00 | | | 08/18/23 |

MOTORCYCLE ENGINE NUMBER          ODOMETER DATE    ODOMETER READING

REGISTERED OWNER(S)

KAL FREIGHT INC
10156 LIVE OAK AVE
FONTANA CA 92335

I certify (or declare) under penalty of perjury under the laws of the State of California that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.

1a. X _____ SIGNATURE OF REGISTERED OWNER

1b. X _____ SIGNATURE OF REGISTERED OWNER
     DATE

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads _____ (no tenths) miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

WARNING ☐ Odometer reading is not the actual mileage. ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE    TRANSFEROR/SELLER SIGNATURE(S)          DATE    TRANSFEREE/BUYER SIGNATURE(S)
     X                                              X

PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY    PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY

*IMPORTANT READ CAREFULLY*
Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

WALLWORK FINANCIAL
401 38TH ST SW
FARGO
ND 58103

2. X _____
Signature releases interest in vehicle. (Company names must be countersigned)
Release Date _____

CA220988481

025466          REG. 17.30RS (REV.02/2016)

KEEP IN A SAFE PLACE - VOID IF ALTERED

Case 2:90-cv-00520-KJM-DB Document 3060-2 Filed 09/25/08 Page 45 of 56

# NOTICE OF TRANSFER AND RELEASE OF LIABILITY

COMPLETE THIS FORM ONLINE AT dmv.ca.gov
AND PRINT A RECEIPT FOR YOUR RECORDS.
IF YOU MAIL THIS FORM, KEEP A COPY FOR YOUR RECORDS.

You are required by law to notify the Department of Motor Vehicles within five (5) days from the date you sell or otherwise dispose of a vehicle. This form is provided for use in reporting the sale or transfer to the Department, and does not constitute application for transfer of ownership (title). **This form is to be used ONLY for the vehicle described on the attached title.**

When this form is properly completed and the information is recorded by DMV (see WARNING below), liability for parking and/or traffic violations and civil litigation resulting from operation after the date of sale becomes the responsibility of the subsequent purchaser(s).

**WARNING:** If you provide/incomplete, inaccurate or unclear information, the information shall not be updated or retained.

TO REMOVE YOUR NAME FROM DMV'S RECORDS, THE NEW OWNER MUST APPLY FOR TRANSFER USING THE ENDORSED CERTIFICATE OF TITLE (OWNERSHIP) RECEIVED FROM YOU.

(A) Print name of new owner.
(B) Print new owner's address.
(C) Enter odometer reading at the time of sale (motor vehicles only).
(D) Print new owner's city, state, and ZIP code.
(E) Enter date you sold or transferred the described vehicle.
(F) Print your name.
(G) Enter selling price (in whole dollars-no cents). If vehicle is a gift, enter "0".
(H) Print your address.
(I) Sign your name where designated.
(J) Print your city, state, and ZIP code.

FILE ONLINE OR MAIL THIS COMPLETED NOTICE TO:

DEPARTMENT OF MOTOR VEHICLES
P.O. BOX 942859
SACRAMENTO, CA 94259-0001

## APPLICATION FOR TRANSFER BY NEW OWNER    (Please print or type.)

Any change of registered owner or lienholder must be recorded with the Department of Motor Vehicles (DMV) within ten (10) days. The title, transfer fee and in most instances, use tax and a smog certificate must be presented to DMV to record the ownership change.

[Form fields for NEW REGISTERED OWNER, LEASED VEH. ONLY, NEW LIENHOLDER]

## TITLE REASSIGNMENTS BY LICENSED CALIFORNIA DEALERS

FEDERAL LAW REQUIRES that you state the mileage upon transfer of ownership. Failure to complete or making a false statement may result in fines and / or imprisonment.

[DEALER TRANSACTIONS ONLY form fields 14, 15, 16]

TO PROPERLY RELEASE YOUR LIABILITY, PLEASE READ AND FOLLOW INSTRUCTIONS ON REVERSE SIDE

SECTIONS A-J MUST BE COMPLETED IN FULL ● PRINT IN CAPITAL LETTERS ● USE BLACK OR BLUE INK

## NOTICE OF TRANSFER AND RELEASE OF LIABILITY

MAIL THIS PORTION TO DMV-OR-FILE ONLINE AT dmv.ca.gov

DMV MICROFILMING USE ONLY

A. NEW OWNER'S *LAST* NAME (OR) COMPANY NAME    FIRST

B. NEW OWNER'S ADDRESS    APT NUMBER    C. ODOMETER READING (NO TENTHS)

D. CITY    STATE    ZIP CODE    E. DATE OF SALE OR LEASE RETURN    MO. DAY YR.

F. SELLER'S OR LESSEE'S *LAST* NAME (OR) COMPANY NAME    FIRST    G. SELLING PRICE (NO CENTS)    WHOLE DOLLARS

H. SELLER'S OR LESSEE'S ADDRESS    APT NUMBER    I. SELLER'S OR LESSEE'S SIGNATURE    X

J. CITY    STATE    ZIP CODE

| VEHICLE ID NUMBER | YR. MODEL MAKE | PLATE NUMBER |
| --- | --- | --- |
| 1XPBD49X4RD610153 | 2024 PTRB | 5QVC043 |

REG 138A (REV. 10/2012)

---

## STATE OF CALIFORNIA

## CERTIFICATE OF TITLE

VEHICLE HISTORY

6912308186

COMMERCIAL    TITLE ONLY

| VEHICLE ID NUMBER | YR MODEL | MAKE | PLATE NUMBER |
| --- | --- | --- | --- |
| 1XPBD49X4RD610153 | 2024 | PTRB | 5QVC043 |

| BODY TYPE MODEL | TAX UNLADEN WEIGHT | FUEL | TRANSFER DATE | FEES PAID | REGISTRATION EXPIRATION DATE |
| --- | --- | --- | --- | --- | --- |
| DS | 16000 | D | | $25 | 02/28/2023 |

| YR 1ST SOLD | CLASS | YR | MO | EQUIPMT/TRUST NUMBER | ISSUE DATE |
| --- | --- | --- | --- | --- | --- |
| 2023 | MA | | 00 | 9359 | 08/18/23 |

MOTORCYCLE ENGINE NUMBER    ODOMETER DATE    ODOMETER READING

REGISTERED OWNER(S)

KAL FREIGHT INC
10156 LIVE OAK AVE
FONTANA CA 92335

I certify (or declare) under penalty of perjury under the laws of the State of California that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.

1a. X ___ DATE ___ SIGNATURE OF REGISTERED OWNER

1b. X ___ SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads [_____] (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

WARNING ☐ Odometer reading is not the actual mileage. ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE ___ TRANSFEROR/SELLER SIGNATURE(S) X    DATE ___ TRANSFEREE/BUYER SIGNATURE(S) X

PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY    PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY

### IMPORTANT READ CAREFULLY

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

1. WALLWORK FINANCIAL
401 38TH ST SW
FARGO
ND 58103

2. X ___ Signature releases interest in vehicle. (Company names must be countersigned) Release Date ___

CA220988485

025470

REG. 17.30RS (REV. 02/2016)

VOID WITHOUT BEAR WATERMARK. HOLD TO LIGHT TO VIEW

KEEP IN A SAFE PLACE - VOID IF ALTERED

COMPLETE THIS FORM ONLINE AT dmv.ca.gov
AND PRINT A RECEIPT FOR YOUR RECORDS.
IF YOU MAIL THIS FORM, KEEP A COPY FOR YOUR RECORDS.

### NOTICE OF TRANSFER AND RELEASE OF LIABILITY

You are required by law to notify the Department of Motor Vehicles within five (5) days from the date you sell or otherwise dispose of a vehicle. This form is provided for use in reporting the sale or transfer to the Department, and does not constitute application for transfer of ownership (title). *This form is to be used ONLY for the vehicle described on the attached title.*

When this form is properly completed and the information is recorded by DMV (see WARNING below), liability for parking and/or traffic violations and civil litigation resulting from operation after the date of sale becomes the responsibility of the subsequent purchaser(s).

**WARNING: If you provide incomplete, inaccurate or unclear information, the information shall not be updated or retained.**

TO REMOVE YOUR NAME FROM DMV'S RECORDS, THE NEW OWNER MUST APPLY FOR TRANSFER USING THE ENDORSED CERTIFICATE OF TITLE (OWNERSHIP) RECEIVED FROM YOU.

(A) Print name of new owner.
(B) Print new owner's address.
(C) Enter odometer reading at the time of sale (motor vehicles only).
(D) Print new owner's city, state, and ZIP code.
(E) Enter date you sold or transferred the described vehicle.
(F) Print your name.
(G) Enter selling price (in whole dollars-no cents). If vehicle is a gift, enter "0".
(H) Print your address.
(I) Sign your name where designated.
(J) Print your city, state, and ZIP code.

FILE ONLINE OR MAIL THIS COMPLETED NOTICE TO:

DEPARTMENT OF MOTOR VEHICLES
P.O. BOX 942859
SACRAMENTO, CA 94259-0001

### APPLICATION FOR TRANSFER BY NEW OWNER    *(Please print or type.)*

Any change of registered owner or lienholder must be recorded with the Department of Motor Vehicles (DMV) within ten (10) days. The title, transfer fee and in most instances, use tax and a smog certificate must be presented to DMV to record the ownership change.

**NEW REGISTERED OWNER**

3a. TRUE FULL NAME(S) OF NEW REGISTERED OWNER(S) (LAST, FIRST, MIDDLE) AS IT APPEARS ON DRIVER'S LICENSE OR I.D. CARD

3b. ☐ AND ☐ OR    (LAST, FIRST, MIDDLE)

4. RESIDENCE OR BUSINESS STREET ADDRESS    APT./SP./STE. NUMBER

5. CITY    STATE    ZIP CODE

6. COUNTY OF RESIDENCE OR COUNTY WHERE VEHICLE IS PRIMARILY GARAGED-OR-FOR TRAILER COACHES ADDRESS OR LOCATION WHERE KEPT

7. MAILING ADDRESS STREET OR P.O. BOX NUMBER (DO NOT COMPLETE IF SAME AS RESIDENCE ABOVE)

8. CITY    STATE    ZIP CODE

If there is a mailing address entered on this form it is a valid, existing and accurate address. I consent to receive service of process at this mailing address pursuant to Code of Civil Procedure Sections 415.20(b), 415.30(a), and 416.90.

I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct.

9a. DATE | SIGNATURE OF NEW REGISTERED OWNER X | DRIVER LICENSE OR ID CARD NO. | PURCHASE DATE

9b. DATE | SIGNATURE OF NEW REGISTERED OWNER X | DRIVER LICENSE OR ID CARD NO. | PURCHASE PRICE OR GIFT, SO STATE

**LEASED VEH. ONLY**

10. ADDRESS OF NEW LESSEE IF DIFFERENT FROM LINE 4 ABOVE (WILL NOT BE PRINTED ON TITLE)

**NEW LIENHOLDER**

11. NAME OF LIENHOLDER – FIRM OR INDIVIDUAL HOLDING SECURITY INTEREST (IF NO LIEN, WRITE "NONE") DO NOT ENTER NAME OF REGISTERED OWNER(S) ABOVE ELECTRONIC LIENHOLDER ID | ELT #

12. STREET ADDRESS OR P.O. BOX NUMBER

13. CITY    STATE    ZIP CODE

### TITLE REASSIGNMENTS BY LICENSED CALIFORNIA DEALERS

FEDERAL LAW REQUIRES that you state the mileage upon transfer of ownership. Failure to complete or making a false statement may result in fines and / or imprisonment.

The signature below releases my interest in this vehicle, acknowledges the odometer mileage recorded by the seller, and certifies to the odometer reading entered above my signature in compliance with Federal law.

**DEALER TRANSACTIONS ONLY**

14. Odometer now reads: ☐☐☐☐☐☐ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: *WARNING* –Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits.    R/S NUMBER

I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct.

DATE | SIGNATURE OF AUTHORIZED AGENT X | PRINTED NAME OF AGENT | DEALER NAME | DEALER NUMBER

DATE | BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING X | PRINTED NAME OF BUYER OR AGENT | SALESPERSON'S NUMBER

SOLD THROUGH AUCTION IF APPLICABLE | DATE OF AUCTION | AUCTION NAME | AUCTION NUMBER

15. Odometer now reads: ☐☐☐☐☐☐ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: *WARNING* –Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits.    R/S NUMBER

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE | SIGNATURE OF AUTHORIZED AGENT X | PRINTED NAME OF AGENT | DEALER NAME | DEALER NUMBER

DATE | BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING X | PRINTED NAME OF BUYER OR AGENT | SALESPERSON'S NUMBER

16. Odometer now reads: ☐☐☐☐☐☐ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: *WARNING* –Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits.    R/S NUMBER

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE | SIGNATURE OF AUTHORIZED AGENT X | PRINTED NAME OF AGENT | DEALER NAME | DEALER NUMBER

DATE | BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING X | PRINTED NAME OF BUYER OR AGENT | SALESPERSON'S NUMBER

Case 24-12363-CTG Doc 1094-4 Filed 05/01/25 Page 48 of 57

TO COMPLETE THIS FORM: READ THE INSTRUCTIONS ON REVERSE SIDE
SECTIONS A-J MUST BE COMPLETED IN FULL     PRINT IN CAPITAL LETTERS – USE BLACK OR BLUE INK

## NOTICE OF TRANSFER AND RELEASE OF LIABILITY

*MAIL THIS PORTION TO DMV-OR-FILE ONLINE AT dmv.ca.gov*

A. NEW OWNER'S *LAST NAME (OR) COMPANY NAME*     *FIRST*

B. NEW OWNER'S ADDRESS     APT NUMBER     C. ODOMETER READING (NO TENTHS)

D. CITY     STATE     ZIP CODE     E. DATE OF SALE OR LEASE RETURN
MO.     DAY     YR

F. SELLER'S OR LESSEE'S *LAST NAME (OR) COMPANY NAME*     *FIRST*     G. SELLING PRICE (NO CENTS)
WHOLE DOLLARS

H. SELLER'S OR LESSEE'S ADDRESS     APT NUMBER     I. SELLER'S OR LESSEE'S SIGNATURE
X

J. CITY     STATE     ZIP CODE

VEHICLE ID NUMBER     YR. MODEL     MAKE     PLATE NUMBER

1XPBD49X0RD610151     2024 PTRB     5QVC036

REG 138A (REV. 10/2012)

---

## STATE OF CALIFORNIA
## CERTIFICATE OF TITLE

VEHICLE HISTORY

691230818A6

**COMMERCIAL     TITLE ONLY**

VEHICLE ID NUMBER     YR MODEL     MAKE     PLATE NUMBER
1XPBD49X0RD610151     2024 PTRB     5QVC036

BODY TYPE MODEL     AX     UNLADEN WEIGHT     FUEL     TRANSFER DATE     FEES PAID     REGISTRATION EXPIRATION DATE
DS     3 16000 D     $25     02/28/2023

YR 1ST SOLD     CLASS     YR     MO     EQUIPMT/TRUST NUMBER     ISSUE DATE
2023 MA     00     08/18/23

MOTORCYCLE ENGINE NUMBER     ODOMETER DATE     ODOMETER READING

REGISTERED OWNER(S)
KAL FREIGHT INC
10156 LIVE OAK AVE
FONTANA CA 92335

I certify (or declare) under penalty of perjury under the laws of the State of California that **THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.**

1a. ____ X _____
DATE     SIGNATURE OF REGISTERED OWNER

1b. ____ X _____
DATE     SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads ☐☐☐☐☐☐ (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

WARNING – ☐ Odometer reading is not the actual mileage. ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE     TRANSFEROR/SELLER SIGNATURE(S)     DATE     TRANSFEREE/BUYER SIGNATURE(S)
X     X

PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY     PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY

**IMPORTANT READ CAREFULLY**
Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)
WALLWORK FINANCIAL
401 38TH ST SW
FARGO
ND 58103

2. X _____
Signature releases interest in vehicle. (Company names must be countersigned.)
Release Date _____

025463     **CA 220988478**
REG. 17.30/RS (REV.02/2016)

**KEEP IN A SAFE PLACE - VOID IF ALTERED**

**IMPORTANT NOTICE — DO NOT DETACH UNTIL SOLD**

COMPLETE THIS FORM ONLINE AT dmv.ca.gov
AND PRINT A RECEIPT FOR YOUR RECORDS.
IF YOU MAIL THIS FORM, KEEP A COPY FOR YOUR RECORDS.

You are required by law to notify the Department of Motor Vehicles within five (5) days from the date you sell or otherwise dispose of a vehicle. This form is provided for use in reporting the sale or transfer to the Department, and does not constitute application for transfer of ownership (title). **This form is to be used ONLY for the vehicle described on the attached title.**

When this form is properly completed and the information is recorded by DMV (see WARNING below), liability for parking and/or traffic violations and civil litigation resulting from operation after the date of sale becomes the responsibility of the subsequent purchaser(s).

**WARNING: If you provide incomplete, inaccurate or unclear information, the information shall not be updated or retained.**

TO REMOVE YOUR NAME FROM DMV'S RECORDS, THE NEW OWNER MUST APPLY FOR TRANSFER USING THE ENDORSED CERTIFICATE OF TITLE (OWNERSHIP) RECEIVED FROM YOU.

**INSTRUCTIONS FOR COMPLETING NOTICE OF TRANSFER AND RELEASE OF LIABILITY**

(A) Print name of new owner.
(B) Print new owner's address.
(C) Enter odometer reading at the time of sale (motor vehicles only).
(D) Print new owner's city, state, and ZIP code.
(E) Enter date you sold or transferred the described vehicle.
(F) Print your name.
(G) Enter selling price (in whole dollars-no cents). If vehicle is a gift, enter "0".
(H) Print your address.
(I) Sign your name where designated.
(J) Print your city, state, and ZIP code.

**FILE ONLINE OR MAIL THIS COMPLETED NOTICE TO:**

DEPARTMENT OF MOTOR VEHICLES
P.O. BOX 942859
SACRAMENTO, CA 94259-0001

## APPLICATION FOR TRANSFER BY NEW OWNER       (Please print or type.)

Any change of registered owner or lienholder must be recorded with the Department of Motor Vehicles (DMV) within ten (10) days. The title, transfer fee and in most instances, use tax and a smog certificate must be presented to DMV to record the ownership change.

**NEW REGISTERED**

3a. TRUE FULL NAME(S) OF NEW REGISTERED OWNER(S) (LAST, FIRST, MIDDLE) AS IT APPEARS ON DRIVER'S LICENSE OR I.D. CARD

3b. ☐ AND  ☐ OR   (LAST, FIRST, MIDDLE)

4. RESIDENCE OR BUSINESS STREET ADDRESS       APT./SP./STE. NUMBER

5. CITY       STATE   ZIP CODE

6. COUNTY OF RESIDENCE OR COUNTY WHERE VEHICLE IS PRIMARILY GARAGED-OR-FOR TRAILER COACHES ADDRESS OR LOCATION WHERE KEPT

7. MAILING ADDRESS STREET OR P.O. BOX NUMBER (DO NOT COMPLETE IF SAME AS RESIDENCE ABOVE)

8. CITY       STATE   ZIP CODE

**OWNER**

If there is a mailing address entered on this form it is a valid, existing and accurate address. I consent to receive service of process at this mailing address pursuant to Code of Civil Procedure Sections 415.20(b), 415.30(a), and 416.90.

I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct.

| 9a. DATE | SIGNATURE OF NEW REGISTERED OWNER  X | DRIVER LICENSE OR ID CARD NO. | PURCHASE DATE |
| 9b. DATE | SIGNATURE OF NEW REGISTERED OWNER  X | DRIVER LICENSE OR ID CARD NO. | PURCHASE PRICE OR IF GIFT, SO STATE |

LEASED VEH. ONLY   10. ADDRESS OF NEW LESSEE IF DIFFERENT FROM LINE 4 ABOVE (WILL NOT BE PRINTED ON TITLE)

**NEW LIENHOLDER**

11. NAME OF LIENHOLDER – FIRM OR INDIVIDUAL HOLDING SECURITY INTEREST (IF NO LIEN, WRITE "NONE") DO NOT ENTER NAME OF REGISTERED OWNER(S) ABOVE   ELECTRONIC LIENHOLDER ID   ELT #

12. STREET ADDRESS OR P.O. BOX NUMBER

13. CITY       STATE   ZIP CODE

## TITLE REASSIGNMENTS BY LICENSED CALIFORNIA DEALERS

FEDERAL LAW REQUIRES that you state the mileage upon transfer of ownership. Failure to complete or making a false statement may result in fines and / or imprisonment.

The signature below releases my interest in this vehicle, acknowledges the odometer mileage recorded by the seller and certifies to the odometer reading entered above my signature in compliance with Federal law.

**DEALER TRANSACTIONS ONLY**

14. Odometer now reads: ☐☐☐☐☐☐☐ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: WARNING - Mileage ☐ is not the actual mileage.  ☐ exceeds the odometer mechanical limits.   R/S NUMBER

I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct.

| DATE | SIGNATURE OF AUTHORIZED AGENT  X | PRINTED NAME OF AGENT | DEALER NAME | DEALER NUMBER |
| DATE | BUYER'S SIGNATURE; ACKNOWLEDGES ODOMETER READING  X | PRINTED NAME OF BUYER OR AGENT | DEALER NAME | SALESPERSON'S NUMBER |

SOLD THROUGH AUCTION IF APPLICABLE   DATE OF AUCTION   AUCTION NAME       DEALER NUMBER

15. Odometer now reads: ☐☐☐☐☐☐☐ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: WARNING - Mileage ☐ is not the actual mileage.   ☐ exceeds the odometer mechanical limits.   R/S NUMBER

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct:

| DATE | SIGNATURE OF AUTHORIZED AGENT  X | PRINTED NAME OF AGENT | DEALER NAME | DEALER NUMBER |
| DATE | BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING  X | PRINTED NAME OF BUYER OR AGENT | DEALER NAME | SALESPERSON'S NUMBER |

16. Odometer now reads: ☐☐☐☐☐☐☐ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: WARNING - Mileage ☐ is not the actual mileage.   ☐ exceeds the odometer mechanical limits.   R/S NUMBER

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | SIGNATURE OF AUTHORIZED AGENT  X | PRINTED NAME OF AGENT | DEALER NAME | DEALER NUMBER |
| DATE | BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING  X | PRINTED NAME OF BUYER OR AGENT | | SALESPERSON'S NUMBER |

Case 1:25-bk-01111-MJC Doc 1 Filed 04/11/25 Entered 04/11/25 11:41:56 Desc Main Document Page 50 of 57

**TO PROPERLY RELEASE YOUR LIABILITY, PLEASE READ AND FOLLOW INSTRUCTIONS ON REVERSE SIDE**

SECTIONS A-J MUST BE COMPLETED IN FULL    PRINT IN CAPITAL LETTERS – USE BLACK OR BLUE INK

## NOTICE OF TRANSFER AND RELEASE OF LIABILITY

*MAIL THIS PORTION TO DMV-OR-FILE ONLINE AT dmv.ca.go*

| DMV MICROGRAPHICS USE ONLY |
|---|

A. NEW OWNER'S *LAST NAME (OR)* COMPANY NAME    *FIRST*

B. NEW OWNER'S ADDRESS    APT NUMBER

C. ODOMETER READING (NO TENTHS

D. CITY    STATE    ZIP CODE

E. DATE OF SALE OR LEASE RETURN   MO.   DAY   YR

F. SELLER'S OR LESSEE'S *LAST NAME (OR)* COMPANY NAME    *FIRST*

G. SELLING PRICE (NO CENTS)   WHOLE DOLLARS

H. SELLER'S OR LESSEE'S ADDRESS    APT NUMBER

I. SELLER'S OR LESSEE'S SIGNATURE
X

J. CITY    STATE    ZIP CODE

VEHICLE ID NUMBER    YR. MODEL   MAKE    PLATE NUMBER

1XPBD49X9RD610150    2024 PTRB    5QVC037

REG 138A (REV. 10/2012)

---

## STATE OF CALIFORNIA

### CERTIFICATE OF TITLE

VEHICLE HISTORY

6912308184L

**COMMERCIAL**        **TITLE ONLY**

VEHICLE ID NUMBER    YR MODEL   MAKE    PLATE NUMBER
1XPBD49X9RD610150    2024 PTRB    5QVC037

BODY TYPE MODEL   UNLADEN TAX WEIGHT   FUEL   TRANSFER DATE   FEES PAID   REGISTRATION EXPIRATION DATE
DS    3* 16000 D    $25    04/30/2023

YR 1ST SOLD   CLASS   YR   MO   USE   EQUIPMT/TRUST NUMBER   ISSUE DATE
2023 MA    00    08/18/23

MOTORCYCLE ENGINE NUMBER    ODOMETER DATE   ODOMETER READING

REGISTERED OWNER(S)
KAL FREIGHT INC
10156 LIVE OAK AVE
FONTANA CA 92335

I certify (or declare) under penalty of perjury under the laws of the State of California THAT THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.

1a.    X
DATE    SIGNATURE OF REGISTERED OWNER

1b.    X
DATE    SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads _____ (no tenths) miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

WARNING   ☐ Odometer reading is not the actual mileage.   ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE    TRANSFEROR/SELLER SIGNATURE(S)
X    DATE    TRANSFEREE/BUYER SIGNATURE(S)
X

PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY    PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY

### IMPORTANT READ CAREFULLY

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)
WALLWORK FINANCIAL
401 38TH ST SW
FARGO
ND 58103

X
Signature releases interest in vehicle. (Company names must be countersigned.)
Release Date

CA220988479

025464    REG. 17.30RS (REV.02/2016)

**KEEP IN A SAFE PLACE - VOID IF ALTERED**

COMPLETE THIS FORM ONLINE AT dmv.ca.gov
AND PRINT A RECEIPT FOR YOUR RECORDS.
IF YOU MAIL THIS FORM, KEEP A COPY FOR YOUR RECORDS.

## NOTICE OF TRANSFER AND RELEASE OF LIABILITY

You are required by law to notify the Department of Motor Vehicles within five (5) days from the date you sell or otherwise dispose of a vehicle. This form is provided for use in reporting the sale or transfer to the Department, and does not constitute application for transfer of ownership (title). **This form is to be used ONLY for the vehicle described on the attached title.**

When this form is properly completed and the information is recorded by DMV (see WARNING below), liability for parking and/or traffic violations and civil litigation resulting from operation after the date of sale becomes the responsibility of the subsequent purchaser(s).

**WARNING: If you provide incomplete, inaccurate or unclear information, the information shall not be updated or retained.**

TO REMOVE YOUR NAME FROM DMV'S RECORDS, THE NEW OWNER MUST APPLY FOR TRANSFER USING THE ENDORSED CERTIFICATE OF TITLE (OWNERSHIP) RECEIVED FROM YOU.

(A) Print name of new owner.
(B) Print new owner's address.
(C) Enter odometer reading at the time of sale (motor vehicles only).
(D) Print new owner's city, state, and ZIP code.
(E) Enter date you sold or transferred the described vehicle.
(F) Print your name.
(G) Enter selling price (in whole dollars-no cents). If vehicle is a gift, enter "0".
(H) Print your address.
(I) Sign your name where designated.
(J) Print your city, state, and ZIP code.

FILE ONLINE OR MAIL THIS COMPLETED NOTICE TO:

DEPARTMENT OF MOTOR VEHICLES
P.O. BOX 942859
SACRAMENTO, CA 94259-0001

## APPLICATION FOR TRANSFER BY NEW OWNER   *(Please print or type.)*

Any change of registered owner or lienholder must be recorded with the Department of Motor Vehicles (DMV) within ten (10) days. The title, transfer fee and in most instances, use tax and a smog certificate must be presented to DMV to record the ownership change.

**NEW REGISTERED OWNER**

3a. TRUE FULL NAME(S) OF NEW REGISTERED OWNER(S) (LAST, FIRST, MIDDLE) AS IT APPEARS ON DRIVER'S LICENSE OR I.D. CARD

3b. ☐ AND ☐ OR   (LAST, FIRST, MIDDLE)

4. RESIDENCE OR BUSINESS STREET ADDRESS    APT./SP./STE. NUMBER

5. CITY    STATE    ZIP CODE

6. COUNTY OF RESIDENCE OR COUNTY WHERE VEHICLE IS PRIMARILY GARAGED-OR-FOR TRAILER COACHES, ADDRESS OR LOCATION WHERE KEPT

7. MAILING ADDRESS STREET OR P.O. BOX NUMBER (DO NOT COMPLETE IF SAME AS RESIDENCE ABOVE)

8. CITY    STATE    ZIP CODE

If there is a mailing address entered on this form it is a valid, existing and accurate address. I consent to receive service of process at this mailing address pursuant to Code of Civil Procedure Sections 415.20(b), 415.30(a), and 416.90.
I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct.

9a. DATE  | SIGNATURE OF NEW REGISTERED OWNER  X | DRIVER LICENSE OR ID CARD NO. | PURCHASE DATE

9b. DATE  | SIGNATURE OF NEW REGISTERED OWNER  X | DRIVER LICENSE OR ID CARD NO. | PURCHASE PRICE OR IF GIFT, SO STATE

**LEASED VEH. ONLY**

10. ADDRESS OF NEW LESSEE IF DIFFERENT FROM LINE 4 ABOVE (WILL NOT BE PRINTED ON TITLE)

**NEW LIENHOLDER**

11. NAME OF LIENHOLDER – FIRM OR INDIVIDUAL HOLDING SECURITY INTEREST (IF NO LIEN, WRITE "NONE") DO NOT ENTER NAME OF REGISTERED OWNER/S ABOVE ELECTRONIC LIENHOLDER ID   ELT #

12. STREET ADDRESS OR P.O. BOX NUMBER

13. CITY    STATE    ZIP CODE

## TITLE REASSIGNMENTS BY LICENSED CALIFORNIA DEALERS

FEDERAL LAW REQUIRES that you state the mileage upon transfer of ownership. Failure to complete or making a false statement may result in fines and / or imprisonment.
The signature below releases my interest in this vehicle, acknowledges the odometer mileage recorded by the seller, and certifies to the odometer reading entered above my signature in compliance with Federal law.

**DEALER TRANSACTIONS ONLY**

14. Odometer now reads: ☐☐☐☐☐☐☐ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: **WARNING** – Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits.    R/S NUMBER
I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct.

DATE | SIGNATURE OF AUTHORIZED AGENT  X | PRINTED NAME OF AGENT | DEALER NAME | DEALER NUMBER

DATE | BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING  X | PRINTED NAME OF BUYER OR AGENT | SALESPERSON'S NUMBER

SOLD THROUGH AUCTION IF APPLICABLE | DATE OF AUCTION | AUCTION NAME

15. Odometer now reads: ☐☐☐☐☐☐☐ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: **WARNING** – Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits.    R/S NUMBER
I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE | SIGNATURE OF AUTHORIZED AGENT  X | PRINTED NAME OF AGENT | DEALER NAME | DEALER NUMBER

DATE | BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING  X | PRINTED NAME OF BUYER OR AGENT | SALESPERSON'S NUMBER

16. Odometer now reads: ☐☐☐☐☐☐☐ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: **WARNING** – Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits.    R/S NUMBER
I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE | SIGNATURE OF AUTHORIZED AGENT  X | PRINTED NAME OF AGENT | DEALER NAME | DEALER NUMBER

DATE | BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING  X

## NOTICE OF TRANSFER AND
## RELEASE OF LIABILITY

*MAIL THIS PORTION TO DMV-OR-FILE ONLINE AT dmv.ca.gov*

**DMV MICROGRAPHICS USE ONLY**

A. NEW OWNER'S *LAST NAME (OR)* COMPANY NAME    *FIRST*

B. NEW OWNER'S ADDRESS                 APT NUMBER    C. ODOMETER READING (NO TENTHS)

D. CITY                    STATE    ZIP CODE    E. DATE OF SALE OR LEASE RETURN
                                                MO.    DAY    YR

F. SELLER'S OR LESSEE'S *LAST NAME (OR)* COMPANY NAME    *FIRST*    G. SELLING PRICE (NO CENTS)
                                                                   WHOLE
                                                                   DOLLARS

H. SELLER'S OR LESSEE'S ADDRESS          APT NUMBER    I. SELLER'S OR LESSEE'S SIGNATURE

X

J. CITY                    STATE    ZIP CODE

| VEHICLE ID NUMBER | YR. MODEL MAKE | PLATE NUMBER |
|---|---|---|
| 1XPBD49X2RD610152 | 2024 PTRB | 5QVC035 |

REG 138A (REV. 10/2012)

---

## STATE OF CALIFORNIA

## CERTIFICATE OF TITLE

L912308186L                                    VEHICLE HISTORY

COMMERCIAL       TITLE ONLY

| VEHICLE ID NUMBER | YR MODEL | MAKE | PLATE NUMBER |
|---|---|---|---|
| 1XPBD49X2RD610152 | 2024 | PTRB | 5QVC035 |

| BODY/TYPE MODEL | TAX | UNLADEN WEIGHT | FUEL | TRANSFER DATE | FEES PAID | REGISTRATION EXPIRATION DATE |
|---|---|---|---|---|---|---|
| DS | 3 | 16000 | D | | $25 | 02/28/2023 |

| YR 1ST SOLD | CLASS | TRUST NUMBER | EQUIPMENT/TRUST NUMBER | ISSUE DATE |
|---|---|---|---|---|
| 2023 MA | 00 | | | 08/18/23 |

MOTORCYCLE ENGINE NUMBER                ODOMETER DATE    ODOMETER READING

REGISTERED OWNER(S)
KAL FREIGHT INC
10156 LIVE OAK AVE
FONTANA CA 92335

I certify (or declare) under penalty of perjury under the laws of the State of California that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.

1a. X _____  DATE    X _____  SIGNATURE OF REGISTERED OWNER

1b. X _____  DATE    X _____  SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads [          ] (no tenths) miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

■ WARNING  ☐ Odometer reading is not the actual mileage.  ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE    X _____  TRANSFEROR/SELLER SIGNATURE(S)    DATE    X _____  TRANSFEREE/BUYER SIGNATURE(S)

PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY    PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY

**IMPORTANT-READ CAREFULLY**
Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

1. LIENHOLDER(S)
WALLWORK FINANCIAL
401 38TH ST SW
FARGO
ND 58103

2. X _____
Signature releases interest in vehicle. (Company names must be countersigned)
Release Date

CA220988477

025462    REG: 17.30RS (REV.02/2016)

KEEP IN A SAFE PLACE - VOID IF ALTERED

**IMPORTANT NOTICE — DO NOT DETACH UNTIL SOLD**

COMPLETE THIS FORM ONLINE AT dmv.ca.gov
AND PRINT A RECEIPT FOR YOUR RECORDS.
IF YOU MAIL THIS FORM, KEEP A COPY FOR YOUR RECORDS.

You are required by law to notify the Department of Motor Vehicles within five (5) days from the date you sell or otherwise dispose of a vehicle. This form is provided for use in reporting the sale or transfer to the Department, and does not constitute application for transfer of ownership (title). *This form is to be used ONLY for the vehicle described on the attached title.*

When this form is properly completed and the information is recorded by DMV (see WARNING below), liability for parking and/or traffic violations and civil litigation resulting from operation after the date of sale becomes the responsibility of the subsequent purchaser(s).

**WARNING:** If you provide incomplete, inaccurate or unclear information, the information shall not be updated or retained.

TO REMOVE YOUR NAME FROM DMV'S RECORDS, THE NEW OWNER MUST APPLY FOR TRANSFER USING THE ENDORSED CERTIFICATE OF TITLE (OWNERSHIP) RECEIVED FROM YOU.

**INSTRUCTIONS FOR COMPLETING NOTICE OF TRANSFER AND RELEASE OF LIABILITY**

(A) Print name of new owner.
(B) Print new owner's address.
(C) Enter odometer reading at the time of sale (motor vehicles only).
(D) Print new owner's city, state, and ZIP code.
(E) Enter date you sold or transferred the described vehicle.
(F) Print your name.
(G) Enter selling price (in whole dollars-no cents). If vehicle is a gift, enter "0".
(H) Print your address.
(I) Sign your name where designated.
(J) Print your city, state, and ZIP code.

FILE ONLINE OR MAIL THIS COMPLETED NOTICE TO:

DEPARTMENT OF MOTOR VEHICLES
P.O. BOX 942859
SACRAMENTO, CA 94259-0001

## APPLICATION FOR TRANSFER BY NEW OWNER   *(Please print or type.)*

Any change of registered owner or lienholder must be recorded with the Department of Motor Vehicles (DMV) within ten (10) days. The title, transfer fee and in most instances, use tax and a smog certificate must be presented to DMV to record the ownership change.

**NEW REGISTERED OWNER**

3a. TRUE FULL NAME(S) OF NEW REGISTERED OWNER(S) (LAST, FIRST, MIDDLE) AS IT APPEARS ON DRIVER'S LICENSE OR I.D. CARD

3b. ☐ AND   (LAST, FIRST, MIDDLE)
    ☐ OR

4. RESIDENCE OR BUSINESS STREET ADDRESS        APT./SP./STE. NUMBER

5. CITY        STATE   ZIP CODE

6. COUNTY OF RESIDENCE OR COUNTY WHERE VEHICLE IS PRIMARILY GARAGED-OR-FOR TRAILER COACHES, ADDRESS OR LOCATION WHERE KEPT

7. MAILING ADDRESS STREET OR P.O. BOX NUMBER (DO NOT COMPLETE IF SAME AS RESIDENCE ABOVE)

8. CITY        STATE   ZIP CODE

If there is a mailing address entered on this form it is a valid, existing and accurate address. I consent to receive service of process at this mailing address pursuant to Code of Civil Procedure Sections 415.20(b), 415.30(a), and 416.90.
I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct.

9a. DATE   SIGNATURE OF NEW REGISTERED OWNER   X   DRIVER LICENSE OR ID CARD NO.   PURCHASE DATE

9b. DATE   SIGNATURE OF NEW REGISTERED OWNER   X   DRIVER LICENSE OR ID CARD NO.   PURCHASE PRICE OR IF GIFT, SO STATE

**LEASED VEH. ONLY**
10. ADDRESS OF NEW LESSEE IF DIFFERENT FROM LINE 4 ABOVE (WILL NOT BE PRINTED ON TITLE)

**NEW LIENHOLDER**

11. NAME OF LIENHOLDER - FIRM OR INDIVIDUAL HOLDING SECURITY INTEREST (IF NO LIEN, WRITE "NONE") DO NOT ENTER NAME OF REGISTERED OWNER(S) ABOVE ELECTRONIC LIENHOLDER ID   ELT #

12. STREET ADDRESS OR P.O. BOX NUMBER

13. CITY        STATE   ZIP CODE

### TITLE REASSIGNMENTS BY LICENSED CALIFORNIA DEALERS

FEDERAL LAW REQUIRES that you state the mileage upon transfer of ownership. Failure to complete or making a false statement may result in fines and / or imprisonment.
The signature below releases my interest in this vehicle, acknowledges the odometer mileage recorded by the seller, and certifies to the odometer reading entered above my signature in compliance with Federal law.

**DEALER TRANSACTIONS ONLY**

14. Odometer now reads: [      ] (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: *WARNING* - Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits.   R/S NUMBER
I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct.

DATE   SIGNATURE OF AUTHORIZED AGENT   X   PRINTED NAME OF AGENT   DEALER NAME   DEALER NUMBER

DATE   BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING   X   PRINTED NAME OF BUYER OR AGENT   SALESPERSON'S NUMBER

SOLD THROUGH AUCTION IF APPLICABLE   DATE OF AUCTION   AUCTION NAME

15. Odometer now reads: [      ] (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: *WARNING* - Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits.   R/S NUMBER
I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE   SIGNATURE OF AUTHORIZED AGENT   X   PRINTED NAME OF AGENT   DEALER NAME   DEALER NUMBER

DATE   BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING   X   PRINTED NAME OF BUYER OR AGENT   SALESPERSON'S NUMBER

16. Odometer now reads: [      ] (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: *WARNING* - Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits.   R/S NUMBER
I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE   SIGNATURE OF AUTHORIZED AGENT   X   PRINTED NAME OF AGENT   DEALER NAME   DEALER NUMBER

DATE   BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING   X   PRINTED NAME OF BUYER OR AGENT   SALESPERSON'S NUMBER

# EXHIBIT 6

# (Payment History for Contract 005)

| Contract ID | Effective Date | Posting Date | Total Payment | Reference Nbr | Prin/Pmt | Int/Pmt | Late Fee Pmt |
|---|---|---|---|---|---|---|---|
| 12419-005 | 4/20/2023 | 4/27/2023 | $500.00 | | $0.00 | $0.00 | $0.00 |
| 12419-005 | 4/20/2023 | 5/23/2023 | ($500.00) | | $0.00 | $0.00 | $0.00 |
| 12419-005 | 4/20/2023 | 5/23/2023 | $500.00 | | $0.00 | $0.00 | $0.00 |
| 12419-005 | 4/20/2023 | 5/25/2023 | ($500.00) | | $0.00 | $0.00 | $0.00 |
| 12419-005 | 4/20/2023 | 5/26/2023 | $456.93 | | $0.00 | $0.00 | $0.00 |
| 12419-005 | 6/4/2023 | 6/2/2023 | $31,584.00 | ACH | $17,303.02 | $14,280.98 | $0.00 |
| 12419-005 | 6/4/2023 | 6/7/2023 | ($31,584.00) | ACH | ($17,303.02) | ($14,280.98) | $0.00 |
| 12419-005 | 6/13/2023 | 6/13/2023 | $31,584.00 | 36494 | $14,381.92 | $17,202.08 | $0.00 |
| 12419-005 | 7/5/2023 | 7/6/2023 | $31,584.00 | ONLINE | $24,508.72 | $7,075.28 | $0.00 |
| 12419-005 | 7/5/2023 | 7/10/2023 | ($31,584.00) | ONLINE | ($24,508.72) | ($7,075.28) | $0.00 |
| 12419-005 | 7/10/2023 | 7/11/2023 | $31,584.00 | CBP | $22,900.70 | $8,683.30 | $0.00 |
| 12419-005 | 7/10/2023 | 7/13/2023 | ($31,584.00) | CBP | ($22,900.70) | ($8,683.30) | $0.00 |
| 12419-005 | 7/13/2023 | 7/14/2023 | $31,584.00 | CBP | $21,935.89 | $9,648.11 | $0.00 |
| 12419-005 | 7/13/2023 | 7/18/2023 | ($31,584.00) | CBP | ($21,935.89) | ($9,648.11) | $0.00 |
| 12419-005 | 7/25/2023 | 7/25/2023 | $33,163.20 | 37529 | $18,076.65 | $13,507.35 | $1,579.20 |
| 12419-005 | 8/1/2023 | 8/1/2023 | $31,584.00 | 37625 | $29,676.74 | $1,907.26 | $0.00 |
| 12419-005 | 8/4/2023 | 8/29/2023 | $88.15 | | $0.00 | $88.15 | $0.00 |
| 12419-005 | 8/4/2023 | 8/29/2023 | $88.15 | | $0.00 | $88.15 | $0.00 |
| 12419-005 | 9/5/2023 | 9/5/2023 | $25,630.30 | 40014 | $17,028.54 | $8,601.76 | $0.00 |
| 12419-005 | 9/5/2023 | 9/5/2023 | $5,953.70 | 40014 | $5,953.70 | $0.00 | $0.00 |
| 12419-005 | 10/4/2023 | 10/5/2023 | $19,676.60 | ONLINE | $12,477.18 | $7,199.42 | $0.00 |
| 12419-005 | 10/4/2023 | 10/10/2023 | ($19,676.60) | ONLINE | ($12,477.18) | ($7,199.42) | $0.00 |
| 12419-005 | 10/17/2023 | 10/17/2023 | $19,676.60 | WIRE | $9,249.85 | $10,426.75 | $0.00 |
| 12419-005 | 11/6/2023 | 11/6/2023 | $25,630.30 | 40384 | $20,949.66 | $4,680.64 | $0.00 |
| 12419-005 | 12/4/2023 | 12/5/2023 | $25,630.30 | | $18,853.42 | $6,776.88 | $0.00 |
| 12419-005 | 1/5/2024 | 1/8/2024 | $25,630.30 | ONLINE | $18,247.79 | $7,382.51 | $0.00 |
| 12419-005 | 2/14/2024 | 2/15/2024 | $25,630.30 | ONLINE | $16,489.31 | $9,140.99 | $0.00 |
| 12419-005 | 3/14/2024 | 3/15/2024 | $25,630.30 | ONLINE | $18,700.72 | $6,929.58 | $0.00 |
| 12419-005 | 4/16/2024 | 4/17/2024 | $25,630.30 | ONLINE | $18,362.10 | $7,268.20 | $0.00 |
| 12419-005 | 5/29/2024 | 5/30/2024 | $0.01 | | $0.00 | $0.00 | $0.01 |
| 12419-005 | 5/29/2024 | 5/30/2024 | $26,911.82 | ONLINE | $16,026.38 | $9,603.92 | $1,281.52 |
| 12419-005 | 6/20/2024 | 6/21/2024 | $26,911.82 | ONLINE | $21,009.39 | $4,620.91 | $1,281.52 |
| 12419-005 | 7/17/2024 | 7/18/2024 | $26,911.82 | ONLINE | $19,806.04 | $5,824.26 | $1,281.52 |
| 12419-005 | 8/15/2024 | 8/16/2024 | $25,630.30 | ONLINE | $19,704.63 | $5,925.67 | $0.00 |

# EXHIBIT 7

# (Cross-Collateralization Agreement)

# Cross-Collateralization Agreement

## Wallwork Financial Corporation

This Agreement is made this **11/13/2018** by and between Wallwork Financial Corporation, a North Dakota Corporation, with its principal place of business at 401 38th Street SW, Fargo, ND 58107-0628, ("Wallwork"), and **Kal Freight Inc.,** ("Customer").

WHEREAS, the Customer has executed one or more Conditional Sales Contracts, Agreements, Purchase Agreements, Leases, Chattel Mortgages, Security Agreements, Notes, UCC Filings, and other related documents (collectively "Accounts") with Wallwork for the purchase or leasing of vehicles or equipment; and

WHEREAS, the parties expect that other transactions will occur in the future or, if not, the transaction of on or about this date is consummated in consideration of this Agreement.

NOW, THERFORE, in consideration of and in order to induce Wallwork to accept Accounts for the purchase or leasing of vehicles or equipment, the Customer, jointly and severally, hereby agrees that all obligations and indebtedness presently owing and which hereafter may be owing to Wallwork by the Customer, or any of them, shall be secured by a security interest in and to all equipment and vehicles financed or leased by Wallwork for and on behalf of the Customer, and that Wallwork is entitled to hold and apply any monies or property of the Customer, or any of them, to any indebtedness of the Customer, or any of them to Wallwork under any and all of such Accounts. It is the express purpose of this Agreement that a default under any Account by the Customer shall be deemed a default by the Customer under all Accounts, and Wallwork, at its discretion, may exercise default rights under all Accounts in the event of a default by the Customer under one.

So long as any indebtedness is owing by Customer to Wallwork, under any Account, all such equipment and vehicles of the Customer that may have been under previous Accounts, whether paid or not, shall continue to be security for the remaining Accounts unless such equipment or vehicle is specifically released by Wallwork from the security interest described herein.

Additionally, so long as any indebtedness is owing by Customer to Wallwork, Wallwork, without cost to it, may use any of the assets of the Customer, including, but not limited to, any lifts, hoists, trucks, and other facilities of the Customer, to preserve, store, handle, or remove leased or purchased equipment or any other collateral securing the obligations of the Customer to Wallwork, and Wallwork shall have the right to ingress to, and egress from, places where such equipment and vehicles may be located.

This Agreement shall be binding upon the successors and assigns of the Customer and shall inure to the benefit of Wallwork and its successors and assigns.

This Agreement shall not be cancelable so long as there is any indebtedness owing by the Customer to Wallwork or Wallwork's successors and assigns.

All rights and remedies granted to Wallwork under the separate Accounts or hereunder shall be cumulative and not alternative, and shall be in addition to, and shall in no manner impair or affect Wallwork's rights and remedies under any existing Accounts or the law of the appropriate jurisdiction.

IN WITNESS WHEREOF, the parties have executed this Agreement the day and year first above written.

By: _____

By: _____