IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| KAL FREIGHT, INC., *et al.,* | ) | Case No. 24-90614-cml |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors.[1] | ) | |

## WITNESS AND EXHIBIT LIST

| | |
|---|---|
| Main Case No: 24-90614 | Name of Debtor: KAL Freight, Inc. *et al.* |
| | |
| Witnesses: | |
| Linda Markle, Representative of PACCAR Financial Corp. | Judge: Honorable Christpher M. Lopez |
| Representative of Debtors | Courtroom Deputy: |
| Any witness called by any other party | Hearing Date: February 4, 2025 |
| | Hearing Time: 10:00 a.m. |
| | Party's Name: PACCAR Financial Corp. |
| | Attorney's Name: Matthew D. Giadrosich |
| | Attorney's Phone: 817-338-1616 |
| | Nature of Proceeding: PACCAR Financial Corp.'s Motion for Relief from Automatic Stay Regarding Vehicles, or in the Alternative, Motion for Adequate Protection [Doc. # 332] |

## EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| PAC-A | Affidavit in Support of PACCAR Financial Corp.'s Motion for Relief from Automatic Stay Regarding Vehicles, or in the | | | | |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification numbers, are: Kal Freight Inc. (0249); Kal Aviation LLC (2600); Kal Partz Inc. (0139); Kal Trailers & Leasing Inc. (0840); and KVL Tires Inc. (0320). The location of the Debtors' service address in these Chapter 11 cases is 10156 Live Oak Ave., Fontana, CA 92335.

| | | | | | |
|---|---|---|---|---|---|
| | Alternative, Motion for Adequate Protection | | | | |
| PAC-B | Security Agreement Retail Installment Contract with Cross-Collateralization (2907) | | | | |
| PAC-C | Assignment to PACCAR (2907) | | | | |
| PAC-D | Titles (2907) | | | | |
| PAC-E | Guaranties (2907) | | | | |
| PAC-F | Security Agreement Retail Installment Contract (2910) | | | | |
| PAC-G | Assignment to PACCAR (2910) | | | | |
| PAC-H | Titles (2910) | | | | |
| PAC-I | Guaranties (2910) | | | | |
| PAC-J | Security Agreement Retail Installment Contract (2870) | | | | |
| PAC-K | Assignment to PACCAR (2870) | | | | |
| PAC-L | Titles (2870) | | | | |
| PAC-M | Guaranties (2870) | | | | |
| PAC-N | Account Summary | | | | |
| PAC-O | Insurance Policy Overview | | | | |
| PAC-P | Certificate of Insurance | | | | |

PACCAR Financial Corp. reserves the right to call any other witness designated or identified by any other party at the hearing for purpose of examination at the hearing and/or any rebuttal witness.

PACCAR Financial Corp. reserves the right to amend its Exhibit List and/or supplement the same. PACCAR Financial Corp. further reserves the right to introduce any document designated by any other party in-interest, as well as any rebuttal documents.

**Respectfully submitted,**

PADFIELD & STOUT, L.L.P.
100 Throckmorton Street, Suite 700
Fort Worth, Texas 76102
(817) 338-1616 Telephone
(817) 338-1610 Facsimile


*/s/ Matthew D. Giadrosich*
Mark W. Stout
State Bar I.D. #24008096
mstout@padfieldstout.com
Matthew D. Giadrosich
State Bar I.D. #24074274
mdg@padfieldstout.com
Jessica N. Alt
State Bar I.D. #24127981
jalt@padfieldstout.com

*Attorneys for PACCAR Financial Corp.*


## CERTIFICATE OF SERVICE

The undersigned converted the foregoing document into an electronic image, via portable document format (.pdf), electronically submitted same to the Internet web portal for the Clerk of this Court utilizing the Electronic Management and Electronic Case Filing system of the Court, which has caused service, via Simple Mail Transfer Protocol (e-mail), of a Notice of Electronic Filing of this imaged document to all parties receiving ECF notification in this case on January 30, 2025.

*/s/ Matthew D. Giadrosich*
Matthew D. Giadrosich