IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| KAL FREIGHT INC., *et al.*,[1] | ) ) | Case No. 24-90614 (CML) |
| Debtors. | ) ) ) | (Jointly Administered) |

**WITNESS & EXHIBIT LIST OF THE
OFFICIAL COMMITTEE OF UNSECURED CREADITORS
FOR HEARING ON FEBRUARY 4, 2025, AT 10:00 A.M.**

**[Relates to Docket Nos. 315 and 332]**

The Official Committee of Unsecured Creditors (the "Committee") of Kal Freight Inc. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") files this Witness & Exhibit List for the hearing on **Tuesday, February 4, 2025, at 10:00am**, prevailing central time (the "Hearing"), before the Honorable Christopher M. Lopez, United States Bankruptcy Judge.

## WITNESSES

The Committee may call any of the following witnesses at the Hearing:

1. Any witness called or designated by any other party.

2. Any witness necessary to impeach the testimony of any witness called or designated by any other party.

3. Any witness necessary to rebut the testimony of any witness called or designated by any other party.

4. The Committee reserves the right to cross examine any witness called by any other party.

---

[1] The Debtors in these chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification numbers, are: KAL Freight Inc. (0249); KAL Aviation LLC (2600); KAL Partz Inc. (0139); KAL Trailers & Leasing Inc. (0840): and KVL Tires Inc. (0320).  The location of the Debtors' Service address in these Chapter 11 Cases is 10156 Live Oak Ave., Fontana, CA 92335.

## EXHIBITS

The Committee may offer into evidence one or more of the following exhibits at the Hearing:

| Ex. # | Description of Exhibit | Offered | Objection | Admitted |
|---|---|---|---|---|
| A | Motion of BMO Bank N.A. for Relief from the Automatic Stay [Dkt. #315] | | | |
| B | PACCAR Financial Corp.'s Motion for Relief from Automatic Stay Regarding Vehicles, or in the Alternative, Motion for Adequate Protection [Dkt. #332] | | | |
| | Any pleadings, reports, proofs of claim, or other documents filed of record in the Debtors' bankruptcy cases | | | |
| | Any exhibits offered or identified by any other party | | | |
| | Any exhibits necessary for impeachment purposes | | | |
| | Any exhibits for rebuttal purposes | | | |
| | Any appendices, exhibits, or other attachments to any of the foregoing | | | |

The Committee reserves the right to supplement and/or amend this Witness & Exhibit List prior to the Hearing.

[*remainder of page left intentionally blank*]

DATED: January 31, 2025

Respectfully submitted,

**KANE RUSSELL COLEMAN LOGAN PC**

 /s/ Kyle Woodard
Joseph M. Coleman (SBT 04566100)
Kyle Woodard (SBT 24102661)
Bank of America Plaza
901 Main Street, Suite 5200
Dallas, Texas 75202
Tel: (214) 777-4200
E-mail: jcoleman@krcl.com
E-mail: kwoodard@krcl.com

William Hotze (SBT 24087754)
5151 San Felipe, Suite 800
Houston, TX 77056
Phone: 713-425-7400
E-mail: whotze@krcl.com

- and -

**BROWN RUDNICK LLP**

Robert J. Stark (admitted *pro hac vice*)
Bennett S. Silverberg (admitted *pro hac vice*)
Kenneth Aulet (admitted *pro hac vice*)
Seven Times Square
New York, NY 10036
Tel: (212) 209-4800
Email: rstark@brownrudnick.com
Email: bsilverberg@brownrudnick.com
Email: kaulet@brownrudnick.com

Steven B. Levine (admitted *pro hac vice*)
Shari I. Dwoskin (admitted *pro hac vice*)
One Financial Center
Boston, MA 02111
Tel: (617) 856-8200
Email: slevine@brownrudnick.com
Email: sdwoskin@brownrudnick.com

*Proposed Co-Counsel for Official Committee of Unsecured Creditors*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 31, 2025, a true and correct copy of the foregoing Witness & Exhibit List was filed with the Court and served via the Court's CM/ECF system upon all parties registered to receive such electronic service in this bankruptcy case.

*/s/ Kyle Woodard*
Kyle Woodard
