IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Kal Freight, Inc., *et al*. | Case No.: 24-90614 (CML) |
| Debtors.[1] | (Jointly Administered) |

**DAIMLER TRUCK FINANCIAL SERVICES USA LLC'S WITNESS AND EXHIBIT LIST FOR MARCH 4, 2025 HEARING AT 1:00 P.M.**

Daimler Truck Financial Services USA LLC ("Daimler") hereby files this Witness and Exhibit List for the hearing scheduled for March 4, 2025 (the "Hearing").

## WITNESSES

Daimler may call any of the following as a witness at the Hearing:

1. Bradley D. Sharp, Debtors' Chief Restructuring Officer

2. Any witness listed, offered, or called by any other party; and

3. Any witness required for rebuttal or impeachment.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification numbers, are: Kal Freight Inc. (0249); Kal Aviation LLC (2600); Kal Partz Inc. (0139); Kal Trailers & Leasing Inc. (0840); and KVL Tires Inc. (0320). The location of the Debtors' service address in these chapter 11 cases is 10156 Live Oak Ave., Fontana, CA 92335.

4926-0452-0726.4

## EXHIBITS

Daimler may offer any one or more of the following exhibits at the Hearing:

| EXHIBIT | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT |
|---|---|---|---|---|---|
| 1 | Debtors' Wind Down Forecast | | | | |
| 2 | Wind Down Budget Adjustments | | | | |
| 3 | Any exhibits listed, designated, or offered by any other party | | | | |
| 4 | Any exhibits necessary for rebuttal or impeachment purposes | | | | |
| 5 | Any pleading or other document filed on the docket in the above-captioned Chapter 11 Cases | | | | |

Daimler reserves the right to call or to introduce one or more, or none, of the witnesses or exhibits listed above, and further reserves the right to supplement or amend this Witness and Exhibit List at any time prior to the Hearing.  Designation of any exhibit above does not waive any objections Daimler may have to any exhibit listed on any other party's exhibit list.

*[Signature page to follow]*

DATED: March 3, 2025            Respectfully submitted by:

/s/ Stephen A. McCartin
Stephen A. McCartin (TX 13374700)
Thomas C. Scannell (TX 24070559)
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile:  (214) 999-4667
smccartin@foley.com
tscannell@foley.com

Kim P. Gage (admitted *pro hac vice*)
**COOKSEY TOOLEN GAGE DUFFY WOOG**
535 Anton Boulevard, Suite 1000
Costa Mesa, CA 92626-1977
Telephone: 714.431.1090
Facsimile:  714.431.1119
E-mail: kgage@cookseylaw.com

*and*

Joseph S. Harper (admitted *pro hac vice*)
**FOLEY & LARDNER LLP**
150 East Gilman Street
Madison, WI 53703
Telephone:  608.257.5035
Facsimile:   608.258.4258
Email: jharper@foley.com

*Counsel to Daimler Truck Financial Services USA LLC*

4926-0452-0726.4

## CERTIFICATE OF SERVICE

    I do hereby certify that on March 3, 2025, a true and correct copy of the foregoing Exhibit and Witness List was served on the parties authorized to receive electronic notice in these cases.

                                      */s/ Stephen A. McCartin*
                                      Stephen A. McCartin

4926-0452-0726.4