IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: <br><br> KAL FREIGHT INC. *et. al.,* <br><br> Debtors.[1] | § § § § § § § § § <br> Chapter 11 <br><br> Case No. 24-90614 (CML) <br><br> (Jointly Administered) |

**NOTICE OF APPEARANCE UNDER FED. R. BANKR. P. 9010(B),
REQUEST FOR ALL COPIES UNDER FED. R. BANKR. P. 2002 AND
REQUEST FOR ALL PLEADINGS UNDER FED. R. BANKR. P. 3017(A)**

Noor Transport Leasing LLC by and through its undersigned counsel, requests that all notices given or required to be given and all papers served or required to be served by U.S. Mail and by email in the above-captioned case be given to and served upon:

>Joshua W. Wolfshohl
>Megan Young-John
>PORTER HEDGES LLP
>1000 Main St., 36th Floor
>Houston, TX 77002
>Tel: (713) 226-6000
>jwolfshohl@porterhedges.com
>myoung-john@porterhedges.com

This request encompasses all notices, copies and pleadings referred to in section 1109(b) of Title 11, United States Code or in Rules 2002, 3017 or 9007 of the Bankruptcy Rules of Procedure, including, without limitation, any and all notices of any orders, motions, demands, complaints, petitions, pleadings, plans of reorganization, disclosure statements, requests, or applications, and any other documents brought before this Court in this case, whether formal or

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification numbers, are: KAL Freight Inc. (0249); KAL Aviation LLC (2600); KAL Partz Inc. (0139); KAL Trailers & Leasing Inc. (0840); and KVL Tires Inc. (0320). The location of the Debtors' service address in these Chapter 11 cases is 10156 Live Oak Ave., Fontana, CA 92335.

17131559v1

informal, written or oral, or transmitted or conveyed by mail, hand delivery, delivery service, email, telephone, fax, telex or otherwise which affect or seek to affect the above case.

This Notice of Appearance and Request for Notices is not, and shall not be deemed or construed to be, a waiver of any of Noor Transport Leasing LLC's substantive or procedural rights, including without limitation, Noor Transport Leasing LLC's rights: (i) to have final orders in noncore matters entered only after de novo review by a United States district judge, (ii) to trial by jury in any proceedings so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) to have a District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) to contest jurisdiction or venue in this case or in any case, controversy, or proceeding related to these cases, (v) to have documents served in accordance with Federal Rule of Bankruptcy Procedure 7004 and Federal Rule of Civil Procedure 4, or (vi) to any rights, claims, actions, defenses, setoffs, or recoupments to which Noor Transport Leasing LLC is or may be entitled, under any agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

[*Remainder of Page Intentionally Left Blank*]

Dated: March 7, 2025.                    Respectfully submitted,

                                        **PORTER HEDGES LLP**

                                        */s/ Joshua W. Wolfshohl*
                                        Joshua W. Wolfshohl (TX Bar No. 24038592)
                                        Megan Young-John (TX Bar No. 24088700)
                                        1000 Main St., 36th Floor
                                        Houston, TX 77002
                                        Tel: (713) 226-6000
                                        Fax: (713) 226-6295
                                        jwolfshohl@porterhedges.com
                                        myoung-john@porterhedges.com

                                        *Counsel for Noor Transport Leasing LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that this Notice of Appearance was electronically filed and served to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District on March 7, 2025.

                                        */s/ Joshua W. Wolfshohl*
                                        Joshua W. Wolfshohl

17131559v1