IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| IN RE: | § | CASE NUMBER: |
|---|---|---|
| | § | |
| KAL FREIGHT INC. | § | 24-90614 |
| | § | |
| DEBTOR | § | CHAPTER 11 |

## WITNESS AND EXHIBIT LIST

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION ||
|---|---|
| Main Case No: 24-90614 | Name of Debtor: Kal Freight Inc. |
| | |
| Witnesses: Bradley Sharp | |
| | |
| | Judge: The Honorable Christopher M. Lopez |
| Any witness designated or called by any other party | Courtroom Deputy: Yesenia Lila |
| Rebuttal/impeachment witnesses as necessary[1] | Hearing Date: March 12, 2025 |
| | Hearing Time: 10:00 a.m. |
| | Party's Name: United States Trustee |
| | Attorney's Name: Andrew Jimenez |
| | Attorney's Phone: (713) 718-4668 |

EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted /Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Certificate of Insurance – Office of the U.S. Trustee | | | | |
| 2. | T70241481 - Kal Freight, Inc. (AOS) - Endorsement 6 (Add ADNI) - Eff 12.11.24 | | | | |
| 3. | Certificate of Insurance – Office of the U.S. Trustee. - Kal Partz Inc. (COM) | | | | |
| 4. | Certificate of Insurance – Office of the U.S. Trustee. - KVL Tires Inc (COM) | | | | |
| 5. | Certificate of Insurance – Office of the U.S. Trustee. – Kal Freight Inc (COM) | | | | |
| 6. | Certificate of Insurance – Office of the U.S. Trustee. - Kal Freight Inc (COM) | | | | |

---

[1]  The United States Trustee reserves the right to cross-examine any witness called by any other party.

1

| | | | | | |
|---|---|---|---|---|---|
| 7. | T70241482 - Kal Freight, Inc. (FL) - Endorsement 1 (Add ADNI) - Eff 12.11.24 | | | | |
| 8. | Added U.S. Trustee - POLICIES - Kal Freight, Inc. 2024 T90240091 & T90240092 12.18.24 | | | | |
| 9. | KAL Freight – Auto Liability Policy | | | | |
| 10. | Liability Insurance Coverages – Chart | | | | |
| 11. | Any exhibits designated or used by other parties | | | | |
| 12. | Any exhibits necessary for rebuttal or impeachment | | | | |

The United States Trustee reserves the right to ask the Court to take judicial notice of pleadings and transcripts and/or documents and to supplement or amend this Witness and Exhibit List at any time prior to the hearing.

Dated: March 10, 2025

Respectfully Submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE

By: /s/ Andrew Jiménez
Andrew Jiménez
U.S. Department of Justice
United States Trustee Program
District of Columbia Bar 991907
515 Rusk Street, Suite 3516
Houston, TX 77002
Email: Andrew.Jimenez@usdoj.gov
(713) 718-4668
(713) 718-4680 Fax

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing **WITNESS AND EXHIBIT LIST OF THE UNITED STATES TRUSTEE** was served on all parties requesting notice by the Electronic Case Filing System on March 10, 2025.

                                          */s/ Andrew Jiménez*
                                          Andrew Jiménez