IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>Kal Freight Inc., *et al.*,<br><br>                Debtors.[1] | Chapter 11<br><br>Case No. 24-90614 (CML)<br><br>(Jointly Administered) |

**SECOND MONTHLY FEE STATEMENT OF BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS FOR THE PERIOD FROM JANUARY 1, 2025 THROUGH JANUARY 31, 2025**

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses* (the "Compensation Order") [Docket No. 431], Benesch, Friedlander, Coplan & Aronoff LLP ("Benesch"), as special transportation counsel for the above-captioned debtors and debtors in possession (the "Debtors"), submits this monthly statement of services rendered and expenses incurred in these cases for the period from January 1, 2025 through January 31, 2025 (the "Statement Period").

    **I.**    **Itemization of Services Rendered by Benesch:**

    A.    The following is a list of individuals and their respective titles that provided services during the Statement Period. It includes information regarding their respective billing rates and the total number of hours spent by each individual providing services during the Statement Period for which Benesch seeks compensation.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification numbers, are: KAL Freight Inc. (0249); KAL Aviation LLC (2600); KAL Partz Inc. (0139); KAL Trailers & Leasing Inc. (0840); and KVL Tires Inc. (0320). The location of the Debtors' service address in these Chapter 11 cases is 10156 Live Oak Ave., Fontana, CA 92335.

**SUMMARY**

| Name | Position/ Dept. | State of Bar Admission/ Year | Hourly Rate | Hours | Total Fees |
|---|---|---|---|---|---|
| Hoover, Jennifer R. | Partner | NJ / 2001<br>PA / 2001<br>DE / 2008 | $940.00 | 2.30 | $2,162.00 |
| Capuzzi, Kevin M. | Partner | DE / 2010<br>NJ / 2015 | $785.00 | 2.20 | $1,727.00 |
| Lopez, Leah M. | Managing Associate | NY / 2021 | $610.00 | 3.70 | $2,257.00 |
| Molinaro, LouAnne | Paralegal | N/A | $410.00 | 0.10 | $41.00 |
| **Total** | | | | **8.3** | **$6,187.00** |

B.   The time records of Benesch consisting of a daily breakdown of the time spent by each person on each day, and detail as to the disbursements incurred are attached as **Exhibit A** to this Statement.

II.   **Itemization of Services Rendered and Disbursements Incurred by Category**

The following itemization presents the services rendered by Benesch by task categories and provides a summary of disbursements incurred by category of disbursement.

1.   Services Rendered

The following services were rendered in the following categories:

| Task Category | Hours | Fees Earned |
|---|---|---|
| Case Administration | 3.00 | $2,163.50 |
| Employment and Fee Applications | 5.10 | $3,866.50 |
| Relief from Stay/Adequate Protection | 0.20 | $157.00 |
| **Total** | **8.3** | **$6,187.00** |

A detailed itemization of the services rendered in each of the above categories is set forth in **Exhibit A**.

2.   Disbursements Incurred

The disbursements incurred by Benesch for this Statement are as follows:

| Expense Category | Total Expenses |
|---|---|
| N/A | $0.00 |
| **Total** | **$0.00** |

3. Accordingly, the amount of compensation and expenses payable for this Statement Period is **$4,949.60** which is calculated as follows:

| | |
|---|---|
| Total Fees for Services Rendered During Statement Period | $6,187.00 |
| Twenty Percent (20%) Holdback | $1,237.40 |
| Fees Minus Holdback | $4,949.60 |
| Costs (100%) | $0.00 |
| **TOTAL** | **$4,949.60** |

**WHEREFORE**, pursuant to the Interim Compensation Order, Benesch requests payment of compensation in the amount of (i) **$4,949.60** (80% of $6,187.00) on account of actual, reasonable and necessary professional services rendered to the Debtors by Benesch and (ii) reimbursement of actual and necessary costs and expenses in the amount of **$0.00** incurred on behalf of the Debtors by Benesch.

Dated:  March 25, 2025

Respectfully submitted,

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

 */s/ Kevin M. Capuzzi*
Jennifer R. Hoover, Esq. (SDTX 3252923)
Kevin M. Capuzzi, Esq. (SDTX 3217926)
1313 North Market Street, Suite 1201
Wilmington, DE 19801-6101
Telephone: (302) 442-7010
Email:  jhoover@beneschlaw.com
            kcapuzzi@beneschlaw.com

*Special Transportation Counsel to the Debtors*