IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>Kal Freight Inc., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-90614 (CML)<br><br>(Jointly Administered) |

ORDER (I) AUTHORIZING THE SALE OF CERTAIN TRUCKS AND
DRY VAN TRAILERS AND (II) GRANTING RELATED RELIEF

(Related Docket No. 940)

Upon the *Motion of the Debtors for Entry of an Order (I) Authorizing the Sale of Certain Trucks and Dry Van Trailers and (II) Granting Related Relief* (the "Motion")[2] pursuant to sections 105(a) and 363 of the Bankruptcy Code, Bankruptcy Rules 2002 and 6004, and the Court finding that: (i) this Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334; (ii) venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iv) due and sufficient notice of the Motion has been given; (v) Seller exercised sound business judgment in negotiating and consummating the sale of the Trucks and Trailers to Purchasers; and (vi) it appearing that the relief requested in the Motion is necessary and in the best interests of the Debtors' estates and creditors; and good and sufficient cause appearing therefor,

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification numbers, are: KAL Freight Inc. (0249); KAL Aviation LLC (2600); KAL Partz Inc. (0139); KAL Trailers & Leasing Inc. (0840); and KVL Tires Inc. (0320). The location of the Debtors' service address in these Chapter 11 cases is 10156 Live Oak Ave., Fontana, CA 92335.

[2] All terms not otherwise defined herein shall be given the meanings ascribed to them in the Motion.

**THE COURT FINDS THAT:**

A.     The sale of the Trucks and Trailers to the Purchasers an on "as is/where is" basis and with no representations or warranties was negotiated and entered into by Seller and Purchasers without collusion or fraud, in good faith, and from arm's length bargaining positions.

B.     Purchaser is not an "insider" or "affiliate" of the Debtors or any other Debtor as those terms are defined in Bankruptcy Code §§ 101(31) and 101(2). None of Seller, any other Debtor, or Purchasers entered into an agreement to control the sale price for the Trucks and Trailers.

C.     Purchasers are purchasing the Trucks and Trailers in good faith and proceeded in good faith in connection with all aspects of the sale of the Trucks and Trailers.

D.     The Debtors have demonstrated a sufficient basis and compelling circumstances for Seller to sale the Trucks and Trailers to Purchasers on an "as is/where is" basis and with no representations or warranties. Such actions are, and will be, an appropriate exercise of the Debtors' business judgment and in the best interest of the Debtors, their estates, and creditors.

E.     The consideration provided by Purchasers in exchange for the Trucks and Trailers in the form of the Purchase Price (i) is fair and adequate, (ii) is the highest or otherwise best offer for the Trucks and Trailers, (iii) will provide a greater, ultimate recovery for the estate than would be provided by any other available alternative, and (iv) constitutes reasonably equivalent value and fair consideration under the Bankruptcy Code and the laws of the United States, any state, territory, possession, or the District of Columbia.

F.     The sale of the Trucks and Trailers is not for the purpose of hindering, delaying, or defrauding creditors under the Bankruptcy Code or under the laws of the United States, any state, territory, possession, or the District of Columbia. Neither Seller nor Purchasers are fraudulently

entering into the purchase and sale of the Trucks and Trailers nor any transaction contemplated thereby.

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED THAT**:

1. The Motion is **GRANTED** as set forth herein.

2. Seller is authorized to take such actions as Seller reasonably believes necessary to consummate the sale of the Trucks and Trailers to Purchasers on an "as is/where is" basis and with no representations or warranties (the "Sale").

3. The Purchasers shall pay the Purchase Price directly to BMO and, upon such payment, the Lien will be fully satisfied from the proceeds of the Sale and as an expense of the Sale.

4. Notwithstanding anything to the contrary herein, any state sales taxes applicable to the Sale shall be paid out of the proceeds of the Sale or by the Purchaser, as applicable.

5. Pursuant to section 363(b) of the Bankruptcy Code, Seller and BMO are authorized to perform any actions they believe is reasonably necessary to consummate the Sale and to sell the Trucks and Trailers to Purchasers.

6. The terms and provisions of this Order shall be binding in all respects upon all parties in these Cases and all successors and assigns thereof.

7. Notwithstanding the possible applicability of Bankruptcy Rule 6004(h), this Order shall be immediately effective and enforceable upon its entry.

8. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

9. Nothing in this Order releases, nullifies, precludes, or enjoins the enforcement of any police or regulatory liability to a governmental unit that any entity would be subject to as the

post-sale owner, lessee, or operator of property after the date of entry of this Order. Nothing in this Order authorizes the transfer or assignment of any governmental (a) license, (b) permit, (c) registration, (d) authorization, (e) certification, or (f) approval, or the discontinuation of any obligation thereunder, without compliance with all applicable legal requirements and approvals under police or regulatory law. Nothing in this Order divests any tribunal of any jurisdiction it may have under police or regulatory law to interpret this Order or to adjudicate any defense asserted under this Order.

10. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated:_____, 2025

_____
CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE

## EXHIBIT A-1

### (*The Trucks*)

| Year | VIN | Offered Price |
|---|---|---|
| 2022 | 1FUJHHDR0NLMZ7134 | $ 50,000 |
| 2022 | 1FUJHHDR1NLMZ7126 | $ 80,000 |
| 2022 | 1FUJHHDR2NLMZ7135 | $ 85,000 |
| 2022 | 1FUJHHDR3NLMZ7144 | $ 85,000 |
| 2022 | 1FUJHHDR4NLMZ7136 | $ 63,000 |
| 2022 | 1FUJHHDR6NLMZ7140 | $ 65,000 |
| 2022 | 1FUJHHDR7NLMZ7132 | $ 61,000 |
| 2022 | 1FUJHHDR8NLMZ7124 | $ 75,000 |
| 2022 | 1FUJHHDRXNLMZ7125 | $ 75,000 |
| 2022 | 1FUJHHDRXNLMZ7139 | $ 65,000 |
| 2022 | 1FUJHHDRXNLMZ7142 | $ 65,000 |
| 2020 | 4V4NC9EH7LN242506 | $ 28,000 |
| 2020 | 4V4NC9EH8LN242501 | $ 25,000 |
| 2020 | 4V4NC9EH8LN242515 | $ 32,000 |
| 2020 | 4V4NC9EH9LN242510 | $ 28,000 |

## EXHIBIT A-2

(*The Trailers*)

| Year | Type | VIN | Purchase Price |
|---|---|---|---|
| 2021 | Vanguard | 5V8VC532XMT106738 | $ 22,500.00 |
| 2021 | Vanguard | 5V8VC5321MT106739 | $ 22,500.00 |
| 2021 | Vanguard | 5V8VC5328MT106740 | $ 22,500.00 |
| 2021 | Vanguard | 5V8VC5321MT106742 | $ 22,500.00 |
| 2021 | Vanguard | 5V8VC5323MT106743 | $ 22,500.00 |
| 2021 | Vanguard | 5V8VC5325MT106744 | $ 22,500.00 |
| 2021 | Vanguard | 5V8VC5327MT106745 | $ 22,500.00 |
| 2021 | Vanguard | 5V8VC5329MT106746 | $ 22,500.00 |
| 2021 | Vanguard | 5V8VC5320MT106747 | $ 22,500.00 |
| 2021 | Vanguard | 5V8VC5322MT106748 | $ 22,500.00 |
| 2021 | Vanguard | 5V8VC5324MT106749 | $ 22,500.00 |
| 2021 | Vanguard | 5V8VC5322MT106751 | $ 22,500.00 |
| 2021 | Vanguard | 5V8VC5324MT106752 | $ 22,500.00 |
| 2021 | Vanguard | 5V8VC5326MT106753 | $ 22,500.00 |
| 2021 | Vanguard | 5V8VC5328MT106754 | $ 22,500.00 |
| 2021 | Vanguard | 5V8VC532XMT106755 | $ 22,500.00 |
| 2021 | Vanguard | 5V8VC5321MT106756 | $ 22,500.00 |
| 2021 | Vanguard | 5V8VC5325MT106758 | $ 22,500.00 |
| 2021 | Vanguard | 5V8VC5327MT106759 | $ 22,500.00 |
| 2021 | Vanguard | 5V8VC5323MT106760 | $ 22,500.00 |
| 2021 | Vanguard | 5V8VC5325MT106761 | $ 22,500.00 |
| 2021 | Vanguard | 5V8VC5327MT106762 | $ 22,500.00 |
| 2021 | Vanguard | 5V8VC5329MT106763 | $ 22,500.00 |
| 2021 | Vanguard | 5V8VC5320MT106764 | $ 22,500.00 |
| 2021 | Vanguard | 5V8VC5322MT106765 | $ 22,500.00 |
| 2021 | Vanguard | 5V8VC5324MT106766 | $ 22,500.00 |
| 2021 | Vanguard | 5V8VC5326MT106767 | $ 22,500.00 |
| 2021 | Vanguard | 5V8VC5328MT106768 | $ 22,500.00 |
| 2021 | Vanguard | 5V8VC532XMT106769 | $ 22,500.00 |
| 2021 | Vanguard | 5V8VC5326MT106770 | $ 22,500.00 |
| 2021 | Vanguard | 5V8VC5321MT106773 | $ 22,500.00 |
| 2021 | Vanguard | 5V8VC5323MT106774 | $ 22,500.00 |
| 2021 | Vanguard | 5V8VC5325MT106775 | $ 22,500.00 |
| 2021 | Vanguard | 5V8VC5327MT106776 | $ 22,500.00 |
| 2021 | Vanguard | 5V8VC5320MT106778 | $ 22,500.00 |
| 2021 | Vanguard | 5V8VC5322MT106779 | $ 22,500.00 |
| 2021 | Vanguard | 5V8VC5329MT106780 | $ 22,500.00 |
| 2021 | Vanguard | 5V8VC5320MT106781 | $ 22,500.00 |
| 2021 | Vanguard | 5V8VC5322MT106782 | $ 22,500.00 |

| Year | Type | VIN | Purchase Price |
|---|---|---|---|
| 2022 | Vanguard | 5V8VC5321NT207085 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5323NT207086 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5325NT207087 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5326NT207082 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5327NT207088 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5328NT207083 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5329NT207089 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC532XNT207084 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5320NT206963 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5324NT207260 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5329NT206167 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5320NT206171 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5323NT206214 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5322NT206415 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5324NT206416 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5326NT206417 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5326NT206420 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5320NT206431 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5324NT207064 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5326NT207065 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5322NT207094 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5327NT207107 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5329NT207108 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5320NT207109 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5327NT207110 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5329NT207111 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5320NT207112 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5322NT207113 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5324NT207114 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5326NT207115 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5328NT207116 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC532XNT207117 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5321NT207118 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5323NT207119 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC532XNT207120 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5321NT207121 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5323NT207122 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5325NT207123 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5327NT207124 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5329NT207125 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5320NT207126 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5322NT207127 | $ 24,500.00 |

| Year | Type | VIN | Purchase Price |
|---|---|---|---|
| 2022 | Vanguard | 5V8VC5324NT207128 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5326NT207132 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5328NT207133 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC532XNT207134 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5321NT207135 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5323NT207136 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5325NT207137 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5327NT207138 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5329NT207139 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5325NT207140 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5327NT207141 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5329NT207142 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5320NT207143 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5322NT207144 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5324NT207145 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5326NT207146 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5328NT207147 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC532XNT207148 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5321NT207149 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5328NT207150 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC532XNT207151 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5321NT207152 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5323NT207153 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5325NT207154 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5327NT207155 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5329NT207156 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5320NT207157 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5322NT207158 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5324NT207159 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5320NT207160 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5322NT207161 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5324NT207162 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5326NT207163 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5328NT207164 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC532XNT207165 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5321NT207166 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5323NT207167 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5325NT207168 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5327NT207169 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5323NT207170 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5325NT207171 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5327NT207172 | $ 24,500.00 |

| Year | Type | VIN | Purchase Price |
|---|---|---|---|
| 2022 | Vanguard | 5V8VC5329NT207173 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5320NT207174 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5322NT207175 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5324NT207176 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5326NT207177 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5328NT207178 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC532XNT207179 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5328NT207181 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC532XNT207182 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5321NT207183 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5323NT207184 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5325NT207185 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5327NT207186 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5329NT207187 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5320NT207188 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5322NT207189 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5329NT207190 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5320NT207191 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5322NT207192 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5324NT207193 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5326NT207194 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5328NT207195 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC532XNT207196 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5321NT207197 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5323NT207198 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5325NT207199 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5328NT207200 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC532XNT207201 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5321NT207202 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5323NT207203 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5325NT207204 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5327NT207205 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5329NT207206 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5320NT207207 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5322NT207208 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5324NT207209 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5320NT207210 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5324NT207212 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5326NT207213 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5328NT207214 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC532XNT207215 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5321NT207216 | $ 24,500.00 |

| Year | Type | VIN | Purchase Price |
|---|---|---|---|
| 2022 | Vanguard | 5V8VC5323NT207217 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5322NT207287 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5324NT207288 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5326NT207289 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5322NT207290 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5324NT207291 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5326NT207292 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5328NT207293 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC532XNT207294 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5321NT207295 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5323NT207296 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5325NT207297 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5327NT207298 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5329NT207299 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5321NT207300 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5323NT207301 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5325NT207302 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5327NT207303 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5329NT207304 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5320NT207305 | $ 24,500.00 |
| 2022 | Vanguard | 5V8VC5323NT207329 | $ 24,500.00 |
| 2023 | Vanguard | 5V8VC5321PT304984 | $ 28,500.00 |
| 2023 | Vanguard | 5V8VC532XPT306748 | $ 28,500.00 |
| 2023 | Vanguard | 5V8VC5321PT306749 | $ 28,500.00 |
| 2023 | Vanguard | 5V8VC5328PT306750 | $ 28,500.00 |
| 2023 | Vanguard | 5V8VC5323PT306753 | $ 28,500.00 |
| 2023 | Vanguard | 5V8VC5324PT306759 | $ 28,500.00 |
| 2023 | Utility | 1UYVS2530P7665501 | $ 28,500.00 |
| 2023 | Utility | 1UYVS2532P7665502 | $ 28,500.00 |
| 2023 | Utility | 1UYVS2534P7665503 | $ 28,500.00 |
| 2023 | Utility | 1UYVS2536P7665504 | $ 28,500.00 |
| 2023 | Utility | 1UYVS2538P7665505 | $ 28,500.00 |
| 2023 | Utility | 1UYVS253XP7665506 | $ 28,500.00 |
| 2023 | Utility | 1UYVS2531P7665507 | $ 28,500.00 |
| 2023 | Utility | 1UYVS2533P7665508 | $ 28,500.00 |
| 2023 | Utility | 1UYVS2535P7665509 | $ 28,500.00 |
| 2023 | Utility | 1UYVS2531P7665510 | $ 28,500.00 |
| 2023 | Utility | 1UYVS2533P7665511 | $ 28,500.00 |
| 2023 | Utility | 1UYVS2535P7665512 | $ 28,500.00 |
| 2023 | Utility | 1UYVS2537P7665513 | $ 28,500.00 |
| 2023 | Utility | 1UYVS2539P7665514 | $ 28,500.00 |
| 2023 | Utility | 1UYVS2530P7665515 | $ 28,500.00 |

| Year | Type | VIN | Purchase Price |
|---|---|---|---|
| 2023 | Utility | 1UYVS2534P7665517 | $ 28,500.00 |
| 2023 | Utility | 1UYVS2538P7665519 | $ 28,500.00 |
| 2023 | Utility | 1UYVS2534P7665520 | $ 28,500.00 |
| 2023 | Utility | 1UYVS2536P7665521 | $ 28,500.00 |
| 2023 | Utility | 1UYVS2538P7665522 | $ 28,500.00 |
| 2023 | Utility | 1UYVS253XP7665523 | $ 28,500.00 |
| 2023 | Utility | 1UYVS2531P7665524 | $ 28,500.00 |
| 2023 | Utility | 1UYVS2533P7665525 | $ 28,500.00 |
| 2023 | Utility | 1UYVS2535P7665526 | $ 28,500.00 |
| 2023 | Utility | 1UYVS2537P7665527 | $ 28,500.00 |
| 2021 | Vanguard | 5V8VC5320MT106750 | $ 22,500.00 |
| 2017 | Utility | 1UYVS2539H3122916 | $ 12,000.00 |
| 2019 | Utility | 1UYVS2533K3689906 | $ 17,500.00 |
| 2019 | Utility | 1UYVS2535K3689907 | $ 17,500.00 |
| 2019 | Utility | 1UYVS2539K3689909 | $ 17,500.00 |
| 2019 | Vanguard | 5V8VC5329KM904378 | $ 17,500.00 |
| 2019 | Vanguard | 5V8VC5324KM904384 | $ 17,500.00 |
| 2019 | Vanguard | 5V8VC5321KM904391 | $ 17,500.00 |
| 2019 | Utility | 1UYVS2530K3642901 | $ 17,500.00 |
| 2019 | Utility | 1UYVS2532K3642902 | $ 17,500.00 |
| 2019 | Utility | 1UYVS2534K3642903 | $ 17,500.00 |
| 2019 | Utility | 1UYVS2538K3642905 | $ 17,500.00 |
| 2019 | Utility | 1UYVS253XK3642906 | $ 17,500.00 |
| 2019 | Utility | 1UYVS2531K3642907 | $ 17,500.00 |
| 2019 | Utility | 1UYVS2535K3642909 | $ 17,500.00 |
| 2019 | Utility | 1UYVS2531K3642910 | $ 17,500.00 |
| 2019 | Utility | 1UYVS2533K3642911 | $ 17,500.00 |
| 2019 | Utility | 1UYVS2535K3642912 | $ 17,500.00 |
| 2019 | Utility | 1UYVS2539K3642945 | $ 17,500.00 |
| 2019 | Utility | 1UYVS2536K3642949 | $ 17,500.00 |
| 2019 | Utility | 1UYVS2532K3642950 | $ 17,500.00 |
| 2019 | Utility | 1UYVS2534K3642951 | $ 17,500.00 |
| 2019 | Utility | 1UYVS2536K3642952 | $ 17,500.00 |
| 2019 | Utility | 1UYVS2538K3642953 | $ 17,500.00 |
| 2019 | Utility | 1UYVS253XK3642954 | $ 17,500.00 |
| 2019 | Utility | 1UYVS2531K3642955 | $ 17,500.00 |
| 2019 | Utility | 1UYVS2537K3723975 | $ 17,500.00 |
| 2019 | Utility | 1UYVS2539K3723976 | $ 17,500.00 |
| 2019 | Utility | 1UYVS2530K3723977 | $ 17,500.00 |
| 2019 | Utility | 1UYVS2530K3723980 | $ 17,500.00 |
| 2019 | Utility | 1UYVS2532K3723981 | $ 17,500.00 |
| 2019 | Utility | 1UYVS2534K3723982 | $ 17,500.00 |

| Year | Type | VIN | Purchase Price |
|------|------|-----|---------------:|
| 2019 | Utility | 1UYVS2536K3723983 | $ 17,500.00 |
| 2019 | Utility | 1UYVS253XK3723985 | $ 17,500.00 |
| 2019 | Utility | 1UYVS2531K3723986 | $ 17,500.00 |
| 2019 | Utility | 1UYVS2535K3723988 | $ 17,500.00 |
| 2019 | Utility | 1UYVS2535K3723991 | $ 17,500.00 |
| 2019 | Utility | 1UYVS2532K3723995 | $ 17,500.00 |
| 2019 | Utility | 1UYVS2536K3723997 | $ 17,500.00 |
| 2019 | Utility | 1UYVS2538K3723998 | $ 17,500.00 |
| 2019 | Utility | 1UYVS253XK3723999 | $ 17,500.00 |
| 2020 | Utility | 1UYVS2531L3824902 | $ 18,500.00 |
| 2020 | Utility | 1UYVS2533L3824903 | $ 18,500.00 |
| 2020 | Utility | 1UYVS2535L3824904 | $ 18,500.00 |
| 2020 | Utility | 1UYVS2537L3824905 | $ 18,500.00 |
| 2020 | Utility | 1UYVS2539L3824906 | $ 18,500.00 |
| 2020 | Utility | 1UYVS2532L3824908 | $ 18,500.00 |
| 2020 | Utility | 1UYVS2534L3824909 | $ 18,500.00 |
| 2020 | Utility | 1UYVS2534L3824912 | $ 18,500.00 |
| 2020 | Utility | 1UYVS2538L3824914 | $ 18,500.00 |
| 2020 | Utility | 1UYVS253XL3824915 | $ 18,500.00 |
| 2020 | Utility | 1UYVS2533L3824920 | $ 18,500.00 |
| 2020 | Utility | 1UYVS2535L3824921 | $ 18,500.00 |
| 2020 | Utility | 1UYVS2537L3824922 | $ 18,500.00 |
| 2020 | Utility | 1UYVS2539L3824923 | $ 18,500.00 |
| 2019 | Utility | 1UYVS2539K3723959 | $ 17,500.00 |
| 2019 | Utility | 1UYVS2535K3723960 | $ 17,500.00 |
| 2020 | Vanguard | 5V8VC5321LT011841 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5323LT011842 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5325LT011843 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5329LT011845 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5320LT011846 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5322LT011847 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5324LT011848 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5326LT011849 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5322LT011850 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5324LT011851 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5326LT011852 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5328LT011853 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC532XLT011854 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5321LT011855 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5325LT011857 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5327LT011858 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5329LT011859 | $ 18,500.00 |

| Year | Type | VIN | Purchase Price |
|---|---|---|---:|
| 2020 | Vanguard | 5V8VC5325LT011860 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5327LT011861 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5329LT011862 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5320LT011863 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5322LT011864 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5324LT011865 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5326LT011866 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5328LT011867 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC532XLT011868 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5321LT011869 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC532XLT011871 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5321LT011872 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5323LT011873 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5325LT011874 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5329LT011876 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5320LT011877 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5322LT011878 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5324LT011879 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5320LT011880 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5322LT011881 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5326LT011883 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5328LT011884 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC532XLT011885 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5321LT011886 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5325LT011888 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5327LT011889 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5323LT011890 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5323LT011923 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5324LT011896 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC532XLT011904 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5325LT011891 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5327LT011892 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5329LT011893 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5322LT011895 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5326LT011897 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC532XLT011899 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5322LT011900 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5324LT011901 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5326LT011902 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5328LT011903 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5323LT011906 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5325LT011907 | $ 18,500.00 |

| Year | Type | VIN | Purchase Price |
|---|---|---|---|
| 2020 | Vanguard | 5V8VC5329LT011909 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5327LT011911 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5329LT011912 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5320LT011913 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5322LT011914 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5324LT011915 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5326LT011916 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5328LT011917 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC532XLT011918 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5321LT011919 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5328LT011920 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5321LT011922 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5327LT011925 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5329LT011926 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5320LT011944 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5322LT011945 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5326LT011947 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5328LT011948 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC532XLT011949 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5326LT011950 | $ 18,500.00 |
| 2021 | Vanguard | 5V8VC5321MT106692 | $ 22,500.00 |
| 2022 | Vanguard | 5V8VC5325NT206408 | $ 24,500.00 |
| 2023 | Vanguard | 5V8VC5321PT305083 | $ 28,500.00 |
| 2019 | Utility | 1UYVS2536K3492955 | $ 17,500.00 |
| 2019 | Utility | 1UYVS2537K3689908 | $ 17,500.00 |
| 2019 | Utility | 1UYVS2537K3642944 | $ 17,500.00 |
| 2019 | Utility | 1UYVS2530K3642946 | $ 17,500.00 |
| 2019 | Utility | 1UYVS2532K3642947 | $ 17,500.00 |
| 2019 | Utility | 1UYVS2532K3723978 | $ 17,500.00 |
| 2019 | Utility | 1UYVS2534K3723979 | $ 17,500.00 |
| 2019 | Utility | 1UYVS2533K3723987 | $ 17,500.00 |
| 2019 | Utility | 1UYVS2537K3723989 | $ 17,500.00 |
| 2019 | Utility | 1UYVS2533K3723990 | $ 17,500.00 |
| 2019 | Utility | 1UYVS2537K3723992 | $ 17,500.00 |
| 2019 | Utility | 1UYVS2539K3723993 | $ 17,500.00 |
| 2019 | Utility | 1UYVS2530K3723994 | $ 17,500.00 |
| 2020 | Utility | 1UYVS253XL3824901 | $ 18,500.00 |
| 2020 | Utility | 1UYVS2530L3824907 | $ 18,500.00 |
| 2020 | Utility | 1UYVS2530L3824910 | $ 18,500.00 |
| 2020 | Utility | 1UYVS2536L3824913 | $ 18,500.00 |
| 2020 | Utility | 1UYVS2531L3824916 | $ 18,500.00 |
| 2019 | Utility | 1UYVS2539K3723962 | $ 17,500.00 |

| Year | Type | VIN | Purchase Price |
|------|------|-----|---------------:|
| 2019 | Utility | 1UYVS2537K3723961 | $ 17,500.00 |
| 2020 | Vanguard | 5V8VC5324LT011882 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5323LT011887 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5321LT011905 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5327LT011908 | $ 18,500.00 |
| 2020 | Vanguard | 5V8VC5320LT011927 | $ 18,500.00 |
| 2019 | Vanguard | 5V8VC5329KM904395 | $ 17,500.00 |
| 2019 | Vanguard | 5V8VC5326KM904399 | $ 17,500.00 |
| 2016 | Wabash | 1JJV532D6GL946144 | $ 12,000.00 |
| 2017 | Utility | 1UYVS2531H3122912 | $ 12,000.00 |
| 2017 | Utility | 1UYVS2532H3122918 | $ 12,000.00 |
| 2019 | Utility | 1UYVS2534K3723996 | $ 17,500.00 |
| 2019 | Utility | 1UYVS2536K3642904 | $ 17,500.00 |