# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Kal Freight Inc., *et al.* | Case No. 24-90614 (CML) |
| Debtors.[1] | (Jointly Administered) |

## AMENDED DECLARATION OF ANGELA TSAI OF STRETTO, INC. REGARDING THE SOLICITATION AND TABULATION OF BALLOTS CAST ON THE THIRD AMENDED AND RESTATED COMBINED DISCLOSURE STATEMENT AND PLAN OF LIQUIDATION OF KAL FREIGHT INC. AND ITS AFFILIATED DEBTORS UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

I, Angela Tsai, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a Managing Director of Corporate Restructuring at Stretto, Inc. ("<u>Stretto</u>"), a chapter 11 administrative services firm located at 410 Exchange, Suite 100, Irving, California 92602. I am over the age of 18 and not a party to this action. I am duly authorized to submit this declaration (the "<u>Declaration</u>") on behalf of Stretto.

2. I submit this Declaration in connection with the solicitation of votes and the tabulation of ballots cast on the *Third Amended and Restated Combined Disclosure Statement and Plan of Liquidation of Kal Freight Inc., and its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code* [Docket No. 845] (as may be amended, supplemented, or otherwise modified from time to time, the "<u>Combined Disclosure Statement and Plan</u>").[2]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification numbers, are: KAL Freight Inc. (0249); KAL Aviation LLC (2600); KAL Partz Inc. (0139); KAL Trailers & Leasing Inc. (0840); and KVL Tires Inc. (0320). The location of the Debtors' service address in these Chapter 11 cases is 10156 Live Oak Ave., Fontana, CA 92335

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Combined Disclosure Statement and Plan or the Solicitation Procedures Order (as defined herein), as applicable.

4921-3193-4772.5 47520.00002

3. Prior to the commencement of the Chapter 11 Cases, Kal Freight Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors") engaged Stretto as their claims, noticing, and solicitation agent, which was authorized by the Court on December 6, 2024 pursuant to the *Order Authorizing the Employment and Retention of Stretto, Inc. as Claims, Noticing, and Solicitation Agent* [Docket No. 30] (the "Stretto Retention Order"). The Stretto Retention Order authorizes Stretto to assist the Debtors with, among other things, the service of solicitation materials and the tabulation of votes cast to accept or reject the Combined Disclosure Statement and Plan. Stretto and its employees have considerable experience in soliciting and tabulating votes to accept or reject chapter 11 plans. I am not being compensated for this testimony other than the compensation that Stretto is receiving as a professional services firm pursuant to the Stretto Retention Order.

4. The statements in this Declaration are, except where specifically noted, based on my personal knowledge or opinion, information that I have received from the Debtors' employees or advisors, or information that I have received from employees of Stretto working directly with me or under my supervision, direction, or control. If called upon to testify, I could and would testify competently as to the facts set forth herein.

**Service and Transmittal of Solicitation Packages and Tabulation Process**

5. I am aware that, in accordance with the *Order (I) Granting Interim Approval of the Adequacy of Disclosures in the Combined Plan and Disclosure Statement; (II) Scheduling a Combined Confirmation Hearing and Setting Deadlines Related Thereto; (III) Approving Solicitation Packages and Procedures; (IV) Approving the Forms of Ballots; and (V) Granting Related Relief* [Docket No. 783] (the "Solicitation Procedures Order"), the Court established

procedures to solicit votes from, and tabulate Ballots submitted by, Holders of Claims of Claims in the Voting Classes (the "Solicitation Procedures").

6. I understand that the Solicitation Procedures Order established April 4, 2025 as the record date for determining the Holders of Claims in the Voting Classes entitled to vote on the Combined Disclosure Statement and Plan (the "Voting Record Date") and established April 4, 2025 at 4:00 p.m. (prevailing Central Time) as the deadline to submit a Ballot to vote to accept or reject the Combined Disclosure Statement and Plan (the "Voting Deadline"). Pursuant to the Combined Disclosure Statement and Plan and the Solicitation Procedures Order, Holders of Claims in the following classes (the "Voting Classes") were entitled to vote to accept or reject the Combined Disclosure Statement and Plan:

| 7. Classes | 8. Class Description |
|---|---|
| 2 | Other Secured Claims |
| 3 | General Unsecured Claims |

No other Classes under the Combined Disclosures Statement and Plan were entitled to vote to accept or reject the Combined Disclosures Statement and Plan.[3]

9. On March 14, 2025, Stretto, as instructed by the Debtors, transmitted the Solicitation Procedures Order, the Combined Disclosure Statement and Plan, the Confirmation Hearing Notice,[4] the applicable Ballot with voting instructions, a prepaid return envelope, the Bar

---

[3] Class 4 is an impaired class under the Plan; however, Class 4 was not entitled to vote on the Plan and is deemed to be an accepting vote pursuant to a global settlement between Holders of Class 4 claims (the "Participating Lenders"), the Debtors, and the Official Committee of Unsecured Creditors, as detailed in the Settlement Order entered on March 12, 2025 [Docket No. 770]. The Participating Lenders are Triumph Financial Services, LLC / Triumph Commercial Finance LLC ("Triumph"), TBK Bank, SSB ("TBK"), Daimler Truck Financial Services, LLC ("Daimler"), Banc of America Leasing & Capital, LLC ("BofA"), and Wells Fargo Equipment Finance, Inc. and Wells Fargo Bank, N.A. (collectively, "Wells Fargo").

[4] *Notice of (I) Interim Approval of Disclosures; (II) Hearing to Consider Confirmation of the Plan; (III) Deadline for Filing Objections to Confirmation of the Plan and Final Approval of the Disclosures; (IV) Deadline for Voting on the Plan; and (V) Bar Date for Filing Administrative Claims Established by the Plan* [Docket No. 785] (the "Confirmation Hearing Notice")

Date Notice, and a customized Proof of Claim Form (the "Combined Bar Date and Solicitation Package") to each Holder of Claims in the Voting Classes as of the Voting Record Date in accordance with the Solicitation Procedures Order.[5] Stretto served 118 Ballots to Holders of a Class 2 Claim and 576 Ballots to the Holder of a Class 3 Claim, as evidenced by the certificate of service filed with the Court on March 27, 2025 [Docket No. 847]. One (1) Ballot sent to Holders of Class 2 Claims and nine (9) Ballots sent to Holders of Class 3 Claims were returned in the mail as undeliverable. Eighty-two (82) Ballots were returned prior to the Voting Deadline.[6]

10. Additionally on March 14, 2025, Stretto, as instructed by the Debtors, transmitted the Confirmation Hearing Notice, the applicable form of Non-Voting Notice, the Bar Date Notice, and a customized Proof of Claim Form to the Holders of Claims or Interests in the Non-Voting Classes. *See* Docket No. 847.

11. Subsequent solicitation materials were served on account of previously unknown voting parties who timely filed proofs of claim against the Debtors after the initial solicitation mailing. A detailed description of these supplemental services is set forth in Supplemental Affidavit of Service of Solicitation Materials [Docket No 910].

12. On March 13, 2025, Stretto posted links on the Debtors' restructuring website maintained by Stretto at https://cases.stretto.com/KalFreight to provide the public, including

---

[5] For Holders of Class 3 claims, Stretto also served the *UCC Solicitation Letter* as part of the Combined Bar Date and Solicitation Package for Class 3 claimants.

[6] Pursuant to the *Stipulation and Agreed Order by and among the Debtors and MODE Transportation, LLC* [Docket No. 930], the Debtors accepted the ballot submitted by MODE Transportation LLC after the Voting Deadline. Furthermore, pursuant to negotiations with certain creditors, Credit Adjustment Bureau was provided with an extension to submit its ballot after the Voting Deadline. To date, Stretto has not received a ballot from Credit Adjustment Bureau. Pursuant to the *Stipulation and Agreed Order for Plan Treatment of JPMorgan Chase Bank, N.A.* [Docket No. 950], the Debtors accepted the ballot submitted by JPMorgan Chase Bank, N.A. after the Voting Deadline.

parties in interest, with access to copies of, among other things, the Combined Disclosure Statement and Plan, the Solicitation Procedures Order, and the Confirmation Hearing Notice.

13. As instructed by the Debtors, Stretto solicited, received, reviewed, determined the validity of, and tabulated Ballots submitted by Holders of Claims in the Voting Classes to vote on the Combined Disclosure Statement and Plan in accordance with the Solicitation Procedures. I was primarily responsible for supervising employees at Stretto who assisted with the tabulation of the Ballots received.

14. In accordance with the Solicitation Procedures Order, Stretto received and reviewed the Ballots as follows:

    a. With respect to hard copy Ballots, (i) each returned Ballot was opened and inspected at Stretto's offices and (ii) Ballots were date stamped upon receipt.

    b. With respect to Ballots submitted through the online portal, (i) encrypted ballot data, date stamp, and audit trail were created upon submission and (ii) electronic images of Ballots were created using the submitted ballot data.

15. All Ballots received were then tabulated in accordance with the Solicitation Procedures approved by the Solicitation Procedures Order. The Ballot Class, voting amounts, and status were originally issued based on scheduled claims, but given the occurrence of the General Bar Date and Voting Deadline, they were subsequently modified to reflect the Claim Class and amount asserted by timely received Proofs of Claim by the same creditor. If multiple ballots were received with respect to the same underlying claim against multiple Debtors, the Ballot count and amount were adjusted to reflect a single Ballot voted on the underlying claim.

16. For a Ballot to be counted as valid, the Ballot must have been, among other things, (i) marked to either accept or reject the Combined Disclosure Statement and Plan, (ii) returned to

Stretto via an approved method of delivery set forth in the Ballot, and (iii) received by the Voting Deadline. Ballots that did not comply with the Solicitation Procedures were not counted.

17. The final tabulation of votes cast by timely (or otherwise accepted) and properly executed ballots received by Stretto on or before the Voting Deadline are set forth below and in the report annexed hereto as **Exhibit A** (the "Final Tabulation Results").[7] Copies of all the counted Ballots are available for inspection upon request.

| CLASS | TOTAL BALLOTS RECEIVED | | | |
|---|---|---|---|---|
| | Accept | | Reject | |
| | AMOUNT (% of Amount/Share Voted) | NUMBER (% of Number voted) | AMOUNT (% of Amount/Share Voted) | NUMBER (% of Number Voted) |
| Class 2 – Other Secured Claims | $22,281,390.00 (41.30%) | 4 (36.36%) | $31,665,564.21 (58.70%) | 7 (63.64%) |
| Class 3 – General Unsecured Claims | $9,173,214.77 (88.23%) | 49 (84.48%) | $1,223,793.84 (11.77%) | 9 (15.52%) |

18. A complete list of all ballots received by Stretto but excluded from the final tabulation, and the reasons for exclusion of such ballots, is attached hereto as **Exhibit B**.

19. A schedule of undeliverable solicitation packages returned to Stretto is attached hereto as **Exhibit C**.

20. To the best of my knowledge, information and belief, I declare under penalty of perjury that the foregoing information concerning distribution, submission, and tabulation of

---

[7] My previous declaration [Docket No. 938] inadvertently included scheduled amounts as the applicable voting amount for three ballots rather than the amount contained in a superseding proof of claim. The Final Tabulation Results contained herein reflect this correction.

ballots in connection with the Combined Disclosure Statement and Plan, and the Solicitation Procedures Order is true and correct.

| | |
|---|---|
| Dated: April 9, 2025 | Respectfully submitted, |
| | */s/ Angela Tsai* |
| | Angela Tsai<br>Managing Director<br>Stretto, Inc. |

**Exhibit A**

**Ballot Summary**

| **Class 2** |
|---|---|---|---|---|---|
| COUNT | ENTITY NAME | BALLOT NO. | ACCEPT OR REJECT | VOTING AMOUNT | DATE RECEIVED |
| 1 | Continental Tire the Americas, LLC | 39 | Accept the Plan | $528,064.40 | 04/02/2025 |
| 2 | De Lage Landen Financial Services, Inc. | 58 | Reject the Plan | $1.00 | 04/03/2025 |
| 3 | Fifth Third Bank | 59 | Reject the Plan | $2,484,572.43 | 04/03/2025 |
| 4 | Kern County Treasurer Tax Collector | 32 | Accept the Plan | $7,827.87 | 03/31/2025 |
| 5 | Mitsubishi HC Capital America, Inc. | 60 | Reject the Plan | $1.00 | 04/03/2025 |
| 6 | Mitsubishi HC Capital Canada Inc. | 62 | Reject the Plan | $1.00 | 04/03/2025 |
| 7 | PACCAR Financial Corp. | 76 | Reject the Plan | $7,298,750.00 | 04/04/2025 |
| 8 | Truist Equipment Finance Corp. | 50 | Reject the Plan | $17,320,456.87 | 04/03/2025 |
| 9 | U.S. Bank National Association | 16 | Reject the Plan | $4,561,781.91 | 03/26/2025 |
| 10 | Vanguard National Trailer Corporation | 9 | Accept the Plan | $18,325,971.00 | 03/25/2025 |
| 11 | JPMorgan Chase Bank, N.A. | 86 | Accept the Plan | $3,419,375.73 | 04/09/2025 |

| **Class 3** |
|---|---|---|---|---|---|
| COUNT | ENTITY NAME | BALLOT NO. | ACCEPT OR REJECT | VOTING AMOUNT | DATE RECEIVED |
| 1 | 3G Sillect Partners, LP | 18 | Accept the Plan | $1,382,138.03 | 03/27/2025 |
| 2 | A&H Parts sale Inc. | 64 | Accept the Plan | $20,909.46 | 04/04/2025 |
| 3 | Allied Equipment | 22 | Accept the Plan | $5,119.33 | 03/28/2025 |
| 4 | Allied Equipment | 23 | Accept the Plan | $861.60 | 03/28/2025 |
| 5 | Big Rig Trailers & Leasing Inc. | 63 | Accept the Plan | $1.00 | 04/03/2025 |
| 6 | BJ Used Tire & Rubber Recycling Inc. | 11 | Accept the Plan | $58,300.00 | 03/25/2025 |
| 7 | Brenner-Fielder & Associates, Inc. | 3 | Accept the Plan | $462.57 | 03/24/2025 |
| 8 | Buyers Products Company | 10 | Accept the Plan | $22,682.59 | 03/25/2025 |
| 9 | CAB assignee of Shandong Linglong Tyre Co. Ltd. | 48 | Accept the Plan | $209,135.19 | 04/03/2025 |
| 10 | CAB assignee of Zhongce Rubber Group Co Ltd | 35 | Accept the Plan | $520,404.23 | 04/01/2025 |
| 11 | CalTex Tire LLC | 34 | Accept the Plan | $33,744.32 | 04/01/2025 |
| 12 | Carroll's, LLC [National Tire Wholesale; NTW] | 47 | Accept the Plan | $48,006.10 | 04/03/2025 |
| 13 | City Rent a Bin dba Serv-Wel D | 66 | Accept the Plan | $611.25 | 04/04/2025 |
| 14 | Commercial Trade, Inc. | 7 | Accept the Plan | $5,967.34 | 03/24/2025 |
| 15 | Continental Tire the Americas, LLC | 36 | Accept the Plan | $201,241.34 | 04/02/2025 |
| 16 | Continental Tire the Americas, LLC | 37 | Accept the Plan | $718,759.71 | 04/02/2025 |
| 17 | COOL TECH MECHANICAL | 26 | Accept the Plan | $302.00 | 03/31/2025 |
| 18 | Crov Distribution & Services | 46 | Reject the Plan | $959.80 | 04/02/2025 |
| 19 | Crown Equipment Corporation [Crown Lift Trucks] | 45 | Accept the Plan | $1,680.82 | 04/02/2025 |
| 20 | David Earp McClention | 44 | Accept the Plan | $350,000.00 | 04/02/2025 |
| 21 | Delta Medical Supply Group, Inc [Black Mamba Gloves, Delta Gloves] | 24 | Accept the Plan | $5,610.00 | 03/28/2025 |
| 22 | Doleco USA, Inc. | 79 | Accept the Plan | $10,060.00 | 04/04/2025 |
| 23 | Donaldson Company Inc | 2 | Accept the Plan | $106,674.11 | 03/24/2025 |

| | Class 3 | | | | |
|---|---|---|---|---|---|
| COUNT | ENTITY NAME | BALLOT NO. | ACCEPT OR REJECT | VOTING AMOUNT | DATE RECEIVED |
| 24 | Euler Hermes N.A. - Agent for AMERICAN LOGISTICS GROUP, INC. | 14 | Accept the Plan | $2,100.00 | 03/25/2025 |
| 25 | Euler Hermes N.A. - Agent for AMERICAN LOGISTICS, INC. | 15 | Accept the Plan | $18,800.00 | 03/25/2025 |
| 26 | Euler Hermes N.A. - Agent for DOWNS ENERGY | 12 | Accept the Plan | $30,255.64 | 03/25/2025 |
| 27 | Euler Hermes N.A. - Agent for GROTE INDUSTRIES, INC. | 13 | Accept the Plan | $3,926.78 | 03/25/2025 |
| 28 | Fiber Tech Industries | 4 | Accept the Plan | $15,843.00 | 03/24/2025 |
| 29 | Houston Freightliner & Western Star | 21 | Accept the Plan | $1.00 | 03/27/2025 |
| 30 | Indian American Trade Inc | 42 | Accept the Plan | $11,338.95 | 04/02/2025 |
| 31 | Jarvis Raynard Edward | 43 | Abstain | $800,000.00 | 04/02/2025 |
| 32 | Jean P Grammatico | 69 | Accept the Plan | $1.00 | 04/04/2025 |
| 33 | JORDAN KAUFMAN - KCTTC | 31 | Accept the Plan | $1.00 | 03/31/2025 |
| 34 | Kelley J Speiher | 72 | Reject the Plan | $1.00 | 04/04/2025 |
| 35 | LJS Group, LLC [LJS] | 77 | Reject the Plan | $678,682.70 | 04/04/2025 |
| 36 | MANCO LOGISTICS CORP | 71 | Reject the Plan | $5,269.82 | 04/04/2025 |
| 37 | MAT HD LLC | 40 | Accept the Plan | $314.61 | 04/02/2025 |
| 38 | Maxam Tire North America Inc | 28 | Accept the Plan | $131,496.97 | 03/31/2025 |
| 39 | MILLION H TRANSPORTATION INC | 6 | Accept the Plan | $90,849.06 | 03/24/2025 |
| 40 | MODE TRANSPORTATION LLC. | 87 | Accept the Plan | $4,916,946.00 | 04/07/2025 |
| 41 | O2 Engineering Inc [George James Mills] | 5 | Accept the Plan | $5,577.76 | 03/24/2025 |
| 42 | PACCAR Financial Corp. | 74 | Reject the Plan | $537,850.02 | 04/04/2025 |
| 43 | Plymate | 67 | Reject the Plan | $1,027.50 | 04/04/2025 |
| 44 | Popo Trucking, LLC | 65 | Abstain | $83,000.00 | 04/03/2025 |
| 45 | Ride Control LLC | 41 | Accept the Plan | $25,524.86 | 04/02/2025 |
| 46 | Rilee Nissen | 17 | Accept the Plan | $26,850.00 | 03/26/2025 |
| 47 | Sealco Commercial Vehicle Products | 29 | Accept the Plan | $1,224.95 | 03/31/2025 |
| 48 | Soleil Enterprises LLC DBA Town & Country Office Cleaning | 1 | Accept the Plan | $1,300.00 | 03/20/2025 |
| 49 | Southwest Adhesives, LLC | 30 | Accept the Plan | $1.00 | 03/31/2025 |
| 50 | Theresa Grote, As Administrator of the Estate of Karen E. Bucklew, Deceased | 70 | Reject the Plan | $1.00 | 04/04/2025 |
| 51 | Tiana Williamson | 68 | Accept the Plan | $1.00 | 04/04/2025 |
| 52 | Truist Equipment Finance | 49 | Reject the Plan | $1.00 | 04/03/2025 |
| 53 | TXU Energy Retail Company | 33 | Accept the Plan | $806.36 | 04/01/2025 |
| 54 | Tytan | 20 | Accept the Plan | $1.00 | 03/27/2025 |
| 55 | Uline | 73 | Accept the Plan | $5,627.95 | 04/04/2025 |
| 56 | Vanguard Trailer | 8 | Accept the Plan | $1.00 | 03/25/2025 |
| 57 | Velocity Truck Centers | 25 | Accept the Plan | $100,536.48 | 03/28/2025 |
| 58 | WEITRON, INC-DBA FJC INC. | 19 | Reject the Plan | $1.00 | 03/27/2025 |
| 59 | WORLD TRUCK PARTS LLC [FORTPRO] | 80 | Accept the Plan | $68,069.41 | 04/03/2025 |
| 60 | ZENO TRUCK PARTS LLC | 27 | Accept the Plan | $13,148.00 | 03/31/2025 |

**Exhibit B**

**Excluded Ballots**

| Class 2 | | | | | | |
|---|---|---|---|---|---|---|
| COUNT | ENTITY NAME | BALLOT NO. | ACCEPT OR REJECT | VOTING AMOUNT | DATE RECEIVED | REASON FOR EXCLUSION |
| 1 | Mitsubishi HC Capital America, Inc. | 61 | Reject the Plan | $1.00 | 04/03/2025 | Voting amount already accounted for in Ballot No. 60 |
| 2 | Truist Equipment Finance Corp. | 54 | Reject the Plan | $1,071,019.81 | 04/03/2025 | Voting amount already accounted for in Ballot No. 50 |
| 3 | Truist Equipment Finance Corp. | 55 | Reject the Plan | $1,571,031.74 | 04/03/2025 | Voting amount already accounted for in Ballot No. 50 |
| 4 | Truist Equipment Finance Corp. | 56 | Reject the Plan | $1,851,823.11 | 04/03/2025 | Voting amount already accounted for in Ballot No. 50 |
| 5 | Truist Equipment Finance Corp. | 57 | Reject the Plan | $1,600,583.80 | 04/03/2025 | Voting amount already accounted for in Ballot No. 50 |
| 6 | Truist Equipment Finance Corp. | 51 | Reject the Plan | $2,014,143.37 | 04/03/2025 | Voting amount already accounted for in Ballot No. 50 |
| 7 | Truist Equipment Finance Corp. | 52 | Reject the Plan | $2,020,169.29 | 04/03/2025 | Voting amount already accounted for in Ballot No. 50 |
| 8 | Truist Equipment Finance Corp. | 53 | Reject the Plan | $4,443,145.42 | 04/03/2025 | Voting amount already accounted for in Ballot No. 50 |

| Class 3 | | | | | | |
|---|---|---|---|---|---|---|
| COUNT | ENTITY NAME | BALLOT NO. | ACCEPT OR REJECT | VOTING AMOUNT | DATE RECEIVED | REASON FOR EXCLUSION |
| 1 | Continental Tire the Americas, LLC | 38 | Accept the Plan | $1,246,824.11 | 04/02/2025 | Voting amount already accounted for in Ballot Nos. 36, 37 and 39 |
| 2 | J B Hanna LLC | 82 | Accept the Plan | $47,419.35 | 04/07/2025 | Late Filed |
| 3 | Kelley Jo Speicher vs ANIL ET AL/ KAL/PRO TEC/SPG | 83 | Reject the Plan | $20,000,000.00 | 04/07/2025 | Late Filed Voting amount not in compliance with the Solicitations Procedure Order for unliquidated claims (only allowed in the amount of $1.00). |
| 4 | PACCAR Financial Corp. | 75 | Reject the Plan | $537,850.02 | 04/04/2025 | Voting amount already accounted for in Ballot Nos. 74 and 76 |
| 5 | PACCAR Financial Corp. | 78 | Reject the Plan | $7,836,600.02 | 04/04/2025 | Voting amount already accounted for in Ballot Nos. 74 and 76 |

| Class 3 | | | | | | |
|---|---|---|---|---|---|---|
| COUNT | ENTITY NAME | BALLOT NO. | ACCEPT OR REJECT | VOTING AMOUNT | DATE RECEIVED | REASON FOR EXCLUSION |
| 6 | ROBIN KELLY MARTINEZ | 85 | Accept the Plan | $1.00 | 04/07/2025 | Late Filed |
| 7 | Theresa Grote | 84 | Reject the Plan | $20,000,000.00 | 04/07/2025 | Late Filed<br>Voting amount not in compliance with the Solicitations Procedure Order for unliquidated claims (only allowed in the amount of $1.00). |

## **Exhibit C**

### **Schedule of Undeliverable Solicitation Packages**

| COUNT | CLASS | ENTITY NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | VOTING AMOUNT | RETURN DATE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | U.S. Small Business Administration | 10737 Gateway West #300 | | El Paso | TX | 79935 | $150,000.00 | 4/1/2025 |
| 2 | 3 | Danny's Truck & Auto Repair | 715 W Southern Ave | | Indianapolis | IN | 46225 | $1.00 | 4/4/2025 |
| 3 | 3 | Azael Rosales Fernandez | 8255 Vineyard Ave | | Rancho Cucamonga | CA | 91730 | $1.00 | 3/26/2025 |
| 4 | 3 | EFS Money Code | 3102 West End Ave | Ste900 | Nashville | TN | 37203 | $1.00 | 4/4/2025 |
| 5 | 3 | Trojan Tracks USA | PO Box 965 | | Lynden | WA | 98264 | $1.00 | 4/1/2025 |
| 6 | 3 | UNIPACK TRADING INC | 2118 POMONA BLVD | | POMONA | CA | 91768 | $1.00 | 3/28/2025 |
| 7 | 3 | BigBird Transportation Inc | 5665 N Pershing Ave | Ste 5 | Stockton | CA | 95207 | $44,950.00 | 3/26/2025 |
| 8 | 3 | KGA Auto Parts, Inc. [KGA Truck Parts] | Attn: George Laterovian, Ara Baghdassarian and Elizabeth Ghukasyan | 10979 Penrose Street | Sun Valley | CA | 91352 | $9,500.00 | 3/26/2025 |
| 9 | 3 | KGA Auto Parts, Inc. [KGA Truck Parts] | 707 Wilshire Blvd | Suite 3225 | Los Angeles | CA | 90017 | $9,500.00 | 3/31/2025 |
| 10 | 3 | Narsi Management LP | 808 Travis St | Ste 102 | Houston | TX | 77002-5775 | $830,768.00 | 3/31/2025 |