IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| KAL FREIGHT INC., *et al.*,[1] | Case No. 24-90614 (CML) |
| Debtors. | (Jointly Administered) |

**NOTICE OF SUCCESSFUL BID AND BACKUP BID FOR
REAL PROPERTY LOCATED IN SPRINGDALE, ARKANSAS**

(Relates to Docket No. 888)

**PLEASE TAKE NOTICE** that, on April 2, 2025, the United States Bankruptcy Court for the Southern District of Texas entered an Order [Docket No. 888] approving bidding procedures (as attached to the Order, the "Bidding Procedures")[2] for a sale of the Debtors' real property located in Springdale, Arkansas (the "Property").

**PLEASE TAKE FURTHER NOTICE** that an Auction for the Property was conducted on May 9, 2025, at 10:00 a.m. CDT, pursuant to and in accordance with the Bidding Procedures.

**PLEASE TAKE FURTHER NOTICE** that a true and correct copy of the Successful Bidder's Purchase and Sale Agreement is attached hereto as **Exhibit A**, and a true and correct copy of the Backup Bidder's Purchase and Sale Agreement is attached hereto as **Exhibit B**.

---

[1] The debtors in these chapter 11 cases (collectively, the "Debtors"), along with the last four digits of each Debtor's federal tax identification numbers, are: Kal Freight Inc. (0249); Kal Aviation LLC (2600); Kal Partz Inc. (0139); Kal Trailers & Leasing Inc. (0840): and KVL Tires Inc. (0320).

[2] Capitalized terms not defined in this Notice have the meanings ascribed to them in the Bidding Procedures, unless otherwise noted herein.

- 2 -

DATED:  May 9, 2025

Respectfully submitted,

**KANE RUSSELL COLEMAN LOGAN PC**

By: */s/ Kyle Woodard*
      **Joseph M. Coleman**
      Texas Bar No. 04566100
      **Kyle Woodard**
      Texas Bar No. 24102661

901 Main Street, Suite 5200
Dallas, Texas 75202
Tel.: (214) 777-4200
Fax: (214) 777-4299
Email: jcoleman@krcl.com
Email: kwoodard@krcl.com

*Counsel for the KAL GUC Liquidating Trust*

### CERTIFICATE OF SERVICE

This is to certify that on May 9, 2025, a true and correct copy of the foregoing document was filed with the Court and served via the Court's CM/ECF notification system upon all parties registered to receive such electronic notices in this case.

        */s/ Kyle Woodard*
        Kyle Woodard